# RUSNANO Opens Office in Silicon Valley

(*Nanowerk News*) RUSNANO USA, Inc., a subsidiary of RUSNANO, began work today in its new Silicon Valley office. RUSNANO USA, Inc. represents the interests of RUSNANO and its project companies in the United States and Canada and facilitates marketing of Russian nano-enabled products in world markets.

RUSNANO USA, Inc. organizes collaboration with American venture capital and direct investment funds, high-tech companies, and universities and technology transfer centers that are interested in implementing joint projects with RUSNANO. The representative office conducts road-shows, meetings, negotiations, market research, and other work to attract new projects in nanotechnology. RUSNANO USA, Inc. will seek partners for project companies established with co-investment from RUSNANO who wish to market their products in America or who are looking for partners or targets for merger or acquisition.

"American venture funds and potential project applicants are showing great interest in RUSNANO. With an office in Silicon Valley, we shall be able to communicate easily and as frequently as necessary. That is important in the vibrant and dynamic sphere of high-tech investment," noted president of RUSNANO USA, Inc. Dmitry Akhanov.

RUSNANO's office together with offices of the Russian Venture Company and the Skolkovo Foundation make up the Russian Innovation Center in the heart of Silicon Valley, not far from Stanford University.

"Sharing facilities in the center allows the three Russian institutions for development—we who work in different spheres and at different stages in the innovation chain—to achieve the greatest effect from work in the United States," Mr. Akhanov added.

Address:

RUSNANO USA, Inc.

3000 Sand Hill Rd, 1-145

Menlo Park, CA 94025

USA

**About RUSNANO**

RUSNANO was established in March 2011 as an open joint-stock company through reorganization of state corporation Russian Corporation of Nanotechnologies. RUSNANO's mission is to develop the Russian nanotechnology industry through co-investment in nanotechnology projects with substantial economic potential or social benefit. The Government of the Russian Federation owns 100 percent of the shares in RUSNANO. Anatoly Chubais is chairman of the Executive Board of RUSNANO. Work to establish nanotechnology infrastructure and training for nanotechnology specialists, formerly conducted by the Russian Corporation of Nanotechnologies, has been entrusted to the Fund for Infrastructure and Educational Programs, a non-commercial fund also established through reorganization of the Russian Corporation of Nanotechnologies.

Source: *RUSNANO (press release)*

Read more: RUSNANO Opens Office in Silicon Valley

Exhibit A