


# RUSNANO: STATUS AND PROSPECTS OF CO-OPERATION WITH AMERICAN PARTNERS

Dmitry Akhanov
President, RUSNANO USA, Inc.
Chicago, October 5, 2011



Exhibit B


Nanotechnology:
The Global Boom of the 21st Century
Sources: Lux Research, NSF, http://cordis.europa.eu
Optimistic estimate:
up to $3T
Conservative estimate:
from $800bn
approx. $250bn
$54 bn
2001
2009
2015
RUSNANO
2
www.rusnano.com

# RUSNANO's Reorganization

State Corporation RUSNANO

| Open Joint-Stock Company RUSNANO: Commercial enterprise | Foundation for Infrastructure and Educational Programs: Nonprofit organization |
|---|---|
| **Investment projects** | **Innovative infrastructure** |

**Investment projects**

- ✓ Government contribution: $ 4.6 bln
- ✓ State guaranteed debt : $ 5.7 bln
- ✓ Late stage VC, Growth/PE fund
- ✓ Up to 49% of equity investment

**Innovative infrastructure**

- ✓ Infrastructure projects and programs
- ✓ Foresight, roadmaps
- ✓ Standardization, certification, metrology
- ✓ Education




RUSNANO: Support for Co-investors
Financial support
Equity:
RUSNANO's minority stake in all projects
Debt:
Long-term and comparatively cheap money.
Guarantee for loans
Non-financial support
Infrastructural:
Equipment as service, start-up incubation
Technical and investment expertise, certification, foresight and road maps
Managerial:
Assistance in marketing, investment spending supervision in the interests of all shareholders
Administrative
Shielding from the red tape and corruption
Basic prerequisite – exposure to Russia
RUSNANO
4
www.rusnano.com

# Approved Projects: Types

## Statistics as of 03.10.2011

### Industrial projects — 111

- Composite nanomaterials — 53
- Medicine & Pharmaceuticals — 23
- Nanophotonics — 13
- Nanoelectronics — 10
- Technology and Equipment for production of nanomaterials — 10
- Other — 2

### Financial infrastructure — 13

- RUSNANO Capital
- EuroTech Transfer
- Pangaea Venture Fund IV
- DFJ-VTB Aurora
- Russian-KazakhFund
- Nanomet Fund
- Rusnanotech Skolkovo Fund
- Perm Region Fund
- Burrill capital fund IV
- Harris & Harris
- Low budget projects' Fund
- Domain Associates

### Non- financial infrastructure — 4

Nanotechnology Centers

- Dubna (Moscow Region)
- Zelenograd (Moscow Region)
- Kazan (Tatarstan)
- Tomsk and Novosibirsk (West Siberia)

---

- 128 investment projects
- Total budget: $15.7 billion ($6.7 billion RUSNANO / $9 billion Co-investors)




www.rusnano.com

# Approved Industrial Projects

## By Investment Size (Statistics as of 03.10.2011)



RUSNANO

www.rusnano.com

# Clusters of Portfolio Companies

Solar energy and energy conservation



Nanostructured materials

Medicine and Biotechnology





Mechanical engineering and metalwork

Optoelectronics and nanoelectronics



Infrastructure and Education



# Key Results: Production

## Examples (1/2)

Production is carried out under 17 investment projects

### Microbor

**Product:** Boron nitride composites and tools.

**Application:** metal working, construction, mining, automotive industry.

### Prepregs

**Product:** state-of-the-art semi-finished composites (prepregs).

**Application:** construction, civil and military aircraft industry, alternative power, machine building.

### Road pavement

**Product:** composite modifier enhancing durability of road pavement.

**Application:** pavement of motor roads and aircraft runways.







# Key Results: Production

## Examples (2/2)

**Production is carried out under 17 investment projects**

### Nanoink

**Product:** heavy-duty nanoink materials for high-tech inkjet printing; UV-LED printers.

**Application:** printing industry, advertising.



### LED lamps

**Product:** energy efficient and ecofriendly super bright LEDs and lighting equipment.

**Application:** office, outdoor and industrial lighting systems, mobile devices, television sets, computers.



### Electrochemical machines

**Product:** electrochemical machines for nanoscale machining of miscellaneous materials, including hard alloys.

**Application:** aircraft industry, automotive industry, medicine, electronics.



# Foreign Applicants' Requests for Financing from RUSNANO (Statistics as of 03.10.2011)

**Total - 287 requests (from 36 countries)**









www.rusnano.com

# US-Russia Joint Projects

in RUSNANO Portfolio

**15**

approved projects
with the total budget of

**approx. $3,6 billion**

(incl. approx. $1,2 billion of RUSNANO's financing)

Clusters: nanomaterial production technologies and equipment; electronics; medicine









# What We Can Do Together




- Co-investment
- Support in companies entry into the Russian market
- Access to RUSNANO's scientific and technical expertise
- Joint creation of venture funds




- Apply for financing of your project at www.rusnano.com
- Invest in joint project together with RUSNANO
- Further develop your technology with RUSNANO help
- Consider opportunities for portfolio companies expansion into Russia
- Encourage portfolio companies to apply for RUSNANO financing
- Encourage portfolio companies to cooperate with RUSNANO projects to achieve synergies:
  - in accessing global product and finance markets
  - in exits from projects (IPO or selling to a strategic investor)








# THANK YOU!

Dmitry Akhanov
President, RUSNANO USA, Inc.
Dmitry.Akhanov@rusnano.com
+1 650 739 6878

