

# Russian innovative economy: is it real?



**RUSNANO**

Dmitry Akhanov, CEO and President of RUSNANO USA
September 5,2012

Exhibit C

Macroeconomic conditions in Russia

Rusnano_Investment_Attractiveness_Short_ENG_F_AN.pptx | 2



# After a sharp drop in 2009, Russian GDP has recovered and is now expected to continue growing

GDP development and structure



## GDP DEVELOPMENT [USD bn]

## GDP STRUCTURE, RUSSIA, 2010 [%]

Source: Federal State Statistics Service, OECD, EIU, IMF, Roland Berger Strategy Consultants



# Russian GDP (PPP): 6th in the world



**GDP (PPP), USD trillion**

Source: IMF



# Economic indicators: facts and forecasts

## FINANCE AND DEBT

International reserves (as of 16.03.2012): $505.4 bn

National Wealth Fund and Reserve Fund, aggregate amount  (as of 01.03.2012): $152.2 bn

Gross government debt ,
% of GDP (2012, forecast): 14.1%

## INFLATION [%]



Source: Federal State Statistics Service, Ministry of Finance of the Russian Federation, Bank of Russia

Rusnano_Investment_Attractiveness_Short_ENG_F_AN.pptx   |   6

# Trends in nanotechnology enabled market niches



RUSNANO

# Pharma and Biotech: high growing 4.5 bn USD market

| | **(BIO)PHARMACEUTICALS** (excl. vaccines) | **VACCINES** | **MEDICAL SERVICES** |
|---|---|---|---|
| **ATTRACTIVE-NESS** | > Upside potential<br>> Strong CAGR<br>> Government support | > Upside potential<br>> Strong CAGR<br>> Government support | > Moderate potential<br>> Demand from commercial segment |
| **MARKET 2011-2015 [USD bn]** | 3.00 (2011) → +47% → 14.00[1] max / 3.00 min (2015) | 0.20 (2011) → +78% → 2.00[1] max / 0.50 min (2015) | 0.60 (2011) → +14% → 1.00 (2015) |
| **KEY TRENDS** | > Strong medical need, especially in cardiovascular and oncology treatments<br>> Government aims to localize manufacturing due to currently high share of imported drugs (77%) | > Growth of vaccines market depends mainly on government plans for including new vaccines in National Immunization Calendar<br>> Unclear how many and what type of vaccines will be included | > Demand for IVD services is mainly driven by the commercial sector<br>> Significant R&D base, experienced scientific teams<br>> Clinical trials in Russia are high quality and less expensive and quicker than in the EU/US |

1) window of opportunity (potential)

Market attractiveness



# Energy: new segments of up to 8 bn USD worth

| | ENERGY STORAGE | POWER GENERATION | ENERGY HARVESTING AND CONVERSION | ENERGY DISTRIBUTION |
|---|---|---|---|---|
| **ATTRACTIVENESS** |  > High potential<br>> Strong CAGR<br>> Government support | > Upside potential<br>> Huge future market share |  > Moderate potential<br>> Strong CAGR<br>> Government support |  > Stable potential<br>> Moderate CAGR |
| **MARKET 2011-2015 [USD bn]** |  0.97 (2011) → 2.90 (2015) **+31%** | 3.16 (2015) |  0.46 (2011) → 1.11 (2015) **+25%** |  0.83 (2011) → 1.07 (2015) **+7%** |
| **KEY TRENDS** | > Opening up of the electric vehicles market<br>> Growing demand on grid storage demand from power distribution companies | > USC technology power stations will be built in Russia starting from 2015<br>> Technology will account for more than 30% of total power capacity installed | > Growth driven by overall growth of advertising and construction markets<br>> Growth rate of non-residential property market 2011-2015 is 18.6% | > Segment is driven by import substitution for power transformers and high level of overall investment in energy<br>> Industry leaders plan to localize transformer production in Russia |

 Market attractiveness



# Electronics and Photonics Sectors:
## Estimated market potential of USD 5.7 bn USD in 2015

|  | **INTEGRATED CIRCUITS AND CHIPS** | **OPTOELECTRONICS** | **TELECOMMUNICATIONS** |
|---|---|---|---|
| **ATTRACTIVE-NESS** | > High potential<br>> Strong CAGR<br>> Government support | > Moderate potential<br>> Moderate CAGR | > Stable potential<br>> Moderate CAGR |
| **MARKET 2011-2015 [USD bn]** |  0.46 → 3.07 (+61%)<br>2011  2015 | 0.38 → 0.75 (+18%)<br>2011  2015 | 0.12 → 1.85 (+98%)<br>2011  2015 |
| **KEY TRENDS** | > Many areas of application, including transportation, pharmaceuticals, logistics, etc.<br>> Massive government support via ERA GLONASS project and implementation of RFID in all pharma products, transportation and postal systems | > Market is driven by LED, which will mainly be used for lighting systems<br>> Government support via the restriction of incandescent light bulbs and changes in construction codes enabling the use of LEDs in buildings | > Massive market growth mainly due to transition of mobile operators to 4G networks by applying LTE base stations<br>> Growth in fiber channel market is moderate and driven by the increasing number of broadband service users |




Market attractiveness

# Construction Materials: 14.6 bn USD opportunity in polymers and additives



| | LOW EMISSIVITY GLASS | THERMAL INSULATION | POLYMERS AND ADDITIVES | WATER TREATMENT MEMBRANES |
|---|---|---|---|---|
| **ATTRACTIVE-NESS** | > Strong CAGR<br>> Massive market potential | > Large market volume<br>> Stable market growth | > Large market volume<br>> Stable market growth<br>> Increased application of new materials | > Mostly government financing<br>> Moderate growth potential |
| **MARKET 2011-2015 [USD bn]** | 0,40 → 1,20 (+86%)<br>2011   2015 | 2,40 → 4,30 (+16%)<br>2011   2015 | 5,11 → 8,87 (+15%)<br>2011   2015 | 0,14 → 0,21 (+11%)<br>2011   2015 |
| **KEY TRENDS** | > Tighter regulations on thermal resistance of windows for new buildings from 2016<br>> Share of low emissivity glass expected to grow | > Overall construction growth and changes in energy efficy regulations for new buildings are driving market growth<br>> Great need of insulation for refurbishing existing residential stock | > Growth is driven by overall construction development<br>> Good prospects for increased application of new materials (composites, nano-additives, etc.) | > Demand for water treatment membranes mostly determined by governmental spending<br>> Strong need for refurbishing existing infrastructure |

Market attractiveness

Source: Roland Berger Strategy Consultants

RUSNANO


Rusnano_Investment_Attractiveness_Short_ENG_F_AN.pptx  |  11

# RUSNANO: goals and outlook



# Russian nanotech industry 2010-2015: late start, but huge potential



## Goal for Russia: move into the "major league" by 2015

Source: Lux Research, RUSNANO



# 5 Years Progress

- 100 projects invested
- RUSNANO's commitments - 6.2 bn USD
- Total investments - 18.6 bn USD

**Portfolio Breakdown Structure (committed, mn USD)**



- ■ Nanostructured Materials
- ■ Nanoelectronics
- ■ Nanophotonics
- ■ Life Sciences
- ■ Nanoparticles production
- ■ Others
- ■ Infrastructure
- ■ Funds

34%
11%
10%
12%
2%
2%
6%
23%







# RUSNANO's key results and plans:  Production



2011: 13 new factories in 10 Russian regions

2012:  16 new factories in 9  Russian regions



# US-based VCs Co-Investors














# North America – Russia Venture Funds



**4** funds

**$1.4 bn**

(incl. $0.65 bn of RUSNANO's investments)



# North America – Russia Industrial Projects

## 14

**Investments of**

## $2.5 bn

**($0.6 bn of RUSNANO's investments)**







# 1ˢᵗ US Investment Exit – 27% IRR





- In 2010 RUSNANO signed an investment agreement with IPG Photonics, the world's leading developer and producer of high-perfomance fiber lasers for materials processing, telecommunications, medical and other advanced applications. RUSNANO's investment was about $45 mln

- RUSNANO's primary role was not only to provide financial capital for scaling up the manufacturing, but also to share all the risks related to doing business in Russia.

- Another of RUSNANO's contributions to this project was supporting the company in negotiating with local potential customers

- Only in 2 years IRE Polyus, a subsidiary of IPG Photonics, has increased its production capacity by 5 times and enlarged its customer base in Russia across oil and gas, electronics, telecommunications, automotive and transportation industries

- In June 2012 IPG Photonics decided to purchase RUSNANO's stake in IRE Poluys equity. The exit generated an IRR of 27% (in Russian currency) on RUSNANO's investment.





# Nanotechnology Ecosystem Development



# RUSNANO: Investment Division & Development Arm

## RUSNANO

### Open Joint-Stock Company RUSNANO:

### $10 B Investment Fund

### Direct investor and fund of funds

- ✓ Government contribution: $ 4.1 bln
- ✓ State guaranteed debt : $ 5.7 bln
- ✓ Late stage VC, Growth/PE fund

### Foundation for Infrastructure and Educational Programs:

### Nonprofit organization

### Innovative infrastructure

- ✓ Government contribution: $1 bn
- ✓ Infrastructure projects and programs
- ✓ Demand Management
- ✓ Foresight, roadmaps
- ✓ Standardization, certification, metrology
- ✓ Education



Rusnano_Investment_Attractiveness_Short_ENG_F_AN.pptx   |   21

# Setting up Nanotechnology Centers:
## 12-15 Nanotechnology Centers to create 400 new tech start-ups

**Average financing amounts for a Nanotechnology Center:**

- Investments in equipment — $37 mn
- Investments in operation budget (3-5 years) — $9 mn
- Number of start-up created (5 years) — 50





# Nanotechnology Centers: essential part of innovative ecosystem





RUSNANO

# Collaboration with Nanocenters

**What we offer:**

- Technology co-development together with the US technology incubators and acceleration centers

- Sharing our pipeline of high-technology projects

- Opening Russian market opportunities

**What we are looking for:**

- Technology partners for start-ups and R&D projects

- Expertise in business incubation

- Seed financing for early stage startup companies

- Marketing analysis for Nanocenters' technologies

- International development opportunities for Nanocenters' companies

The image appears to be the RUSNANO logo.



RUSNANO

# Demand Management in Nanotechnology Industry: changing and setting up regulations

**RUSNANO plays vital role in setting up policies to enable nanotechnology products:**

- Supporting international collaborations: changing customs regulations

- Removing regulatory obstacles: changing construction code to enable usage of LED lights in buildings

- Collaborating with federal authorities to expand R&D expenses in government controlled companies: - *1% of revenue to be spent on modernization in state controlled companies, creating 30 bn USD market for innovative products*

- Collaborating with regional authorities: Introduction of nanotech products for local manufacturing and municipal needs, enabling significant demand on new technologies: Moscow, Tatarstan, Krasnoyarks, Perm and many other regions of Russia

- Popularization of nanotechnology enabled solutions



RUSNANO

# Demand Management in Nanotechnology Industry: collaboration with leading industrial companies

**RZD:**

- Designing smart railway station enabling the use of energy efficient technology and scaling up this design among RZD's stations

**Gazprom:**

- Wear, abrasion and Vibration resistant materials to increase properties of certain equipment
- Detectors for explosive gases
- Catalysts to remove Sulfur from hydrocarbons

**Avtodor:**

- LED lights for highways and city roads to improve the quality of lights and increase power efficiency
- Composite materials for external reinforcement of road infrastructure objects
- Solar modules: to provide energy sources for road infrastructure systems

**AvtoVaz:**

- Supplying ActoVaz production capacities with LFP batteries to manufacture El-Lada – Russian EV

...and many others, including Rostelecom, Federal Grid Company, Lukoil, etc



# Education: Human Capital is one of the key components to success

1. **Training personnel to launch production**

2. **Training personnel to scale up manufacturing**

3. **Training personnel in a particular field by requests from nanotechnology companies**

## Number of educational programs
(cumulative)



| 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|
| 1 | 11 | 38 | 63 |

**Technological structure of educational programs**



- Nanomaterials — 24%
- Nanophotonics — 11%
- Technology and special equipment — 17%
- Nanoelectronics — 16%
- Nanomedicine — 3%
- 29%

**Specialized programs for certain companies' needs:**

- Nanotechnology in construction
- Metrology of products in nanophotonics
- New research methods in bionanomedicine and bionanopharmacology
- Innovation Management in an enterprise
- VC funding nanotechnology projects
- Corporate communications, brand management
- Stimulating demand for nanotech products;
- Formation of an effective sales system for nanotechnology products

Case 3:15-cv-01612-LB   Document 1-3   Filed 04/08/15   Page 27 of 37

RUSNANO

# Contact Information



## Dmitry Akhanov
## President and CEO, RUSNANO USA, Inc

### Contacts in North America

E-mail: Dmitry.Akhanov@rusnano.com

Cell:  +1 650 739 6878

Land: +1 650 681 0774

3000 Sand Hill Road, 2-240 Menlo Park, CA 94025

### Contacts in Russia

Cell:  +7 985 997 2465

Land: +7 495 988 5363

10A Prospekt 60-letiya Oktyabrya, Moscow, 117036

Rusnano_Investment_Attractiveness_Short_ENG_F_AN.pptx   |   28



# Russian innovative economy: it is real!

# On your way to a great deal

Source: Roland Berger Strategy Consultants

# Appendix:  Several Russian Nanotechnology Enabled Projects



# RUSNANO

# Pharma and Biotech:

FINANCING:

> **RUSNANO** committed capital - 1.1 bn USD (as of Jan, 2012)
> **Private investors** - 1.6 bn USD (as of Jan, 2012)

| | COMPANY | PRODUCT | TECHNOLOGY |
|---|---|---|---|
| **PHARMACEUTICALS** | SinBio | BioBetter class of pharmaceuticals | Biodegradable nanocomposite materials |
| **VACCINES** | NT Pharma | Flu nanovaccines | Technology based on pseudo-adenoviral nanofractions and special nanostructures |
| **DIAGNOSTICS** | PET-Technology | National chain of PET diagnostic centers in Russia | Nuclear medicine, new diagnostic methods |
| **TECHNOLOGY TRANSFER** | Domain Associates | Therapeutic products for the treatment of viral infections, cardiovascular diseases, cancer | GMP-standard manufacturing |
| **TECHNOLOGY TRANSFER** | Celtic Pharma | Innovative medications in hematology, endocrinology, cardiology, oncology | GMP-standard manufacturing |

Source: Roland Berger Strategy Consultants



# Energy Storage

**FINANCING:**
> **RUSNANO** committed capital – 0,9 bn USD
> **Private investors** – 1,3 bn USD

| | COMPANY | PRODUCT | TECHNOLOGY |
|---|---|---|---|
| **ACCUMULATORS** | Liotech | Accumulators for electric vehicles and power sector | High capacity lithium-ion batteries |
| **SUPERCAPACITORS** | Nesscap Energy Inc | High-capacity energy supercaps | Carbon microwave steam activation of nanopore electrode structures |
| **TRANSDUCERS** | Profotech | Fiber optic metering systems for power grids | Nanostructured fiber-based optic current and voltage measurement and monitoring sensors |
| **PHOTOVOLTAICS** | Hevel | Solar modules | Thin film tandem a-Si and u-Si structure |



RUSNANO

# Microelectronics and Photonics

**FINANCING:**
> **RUSNANO** committed capital – 1.1 bn USD
> **Private investors**        – 2.0 bn USD

| | **COMPANY** | **PRODUCT** | **TECHNOLOGY** |
|---|---|---|---|
| **PHOTONICS** | NTO IRE-Polus | Fiber lasers and telecommunications equipment in Russia | Fiber lasers |
| **OPTOELECTRONICS** | Optogan | Light emission diodes | High-brightness light-emitting diodes for a large variety of applications |
| **ELECTRONICS** | Crocus Technology SA | Magnetoresistive memory | Innovative memory production technology |

Source: Roland Berger Strategy Consultants



# Construction

**FINANCING:**

> **RUSNANO** committed capital – 0,5 bn USD
> **Private investors** – 1,0 bn USD

| | COMPANY | PRODUCT | TECHNOLOGY |
|---|---|---|---|
| **LOW EMISSIVITY GLASS** | STiS | Low emissivity glass | Glass magnetron spattering in metal-oxide nanofilm vacuum |
| **COMPOSITES** | Galen | Composite reinforcement and fittings | Reinforcement of polymer with basalt fibers |
| **ADDITIVES** | Unicom | Additives for bituminous concrete and asphalt | Devulcanized rubber nanoparticles for bituminous concrete and asphalt additives production |

Source: Roland Berger Strategy Consultants

# Our Funding Activity

Overall amount of project funding (progressive total), 2008 – 2011, $ billion







# Global Project Sourcing

## 392 applications from 37 countries

USA 152
Germany 44
Israel 36
Ukraine 15
Canada 11
UK 14
Switzerland 12
Finland 10
Others 98

as of Sep, 2012



# Focusing on 25-100 mn USD projects

as of Sep. 2012

Rusnano_Investment_Attractiveness_Short_ENG_F_AN.pptx | 36



9 — $2-10 mn
19 — $10-25 mn
32 — $25-50 mn
46 — $50-100 mn
28 — $100-500 mn
11 — > $500 mn



# RUSNANO USA, Inc.

## Mission

- **RUSNANO USA, a subsidiary of RUSNANO, was founded in December, 2010 in CA, USA to represent the interests of RUSNANO in North America**

- **Bridging ideas, technologies, capital, and expertise overseas by leveraging opportunities that are not available separately**

## Goals

- **Originate projects in North America**
  - Search for ideas, technologies or projects that might be interesting to bring to the Russian market
  - Attract venture capital / private equity firms to co-invest in projects
  - Negotiate with stakeholders of target companies

- **Support RUSNANO's project companies in the US and Canada**
  - Negotiate with partners / suppliers / co-investors
  - Promote project company products and assist with entry into North American markets
  - Look for investors and M&A opportunities at the exit stages



