


# Commercialization of nanotechnologies in Russia promoted by RUSNANO

Prof. Sergey Kalyuzhnyi, Head of Department of Scientific & Technical Expertise, Member of the Executive Board

**RUSNANO**
Open Joint Stock Company

Exhibit D

# RUSNANO: Facts and Figures

**Russian Corporation of Nanotechnologies** → **Stock Company RUSNANO** – fabrication of nanoproducts

**Non-profit foundation** – infrastructure, education etc.

2007 – 2010    2011 – 2015    …



- Mission: to implement the **state policy** in the field of nanotechnology

- Key tasks: **commercialization** of nanotechnology projects, **modernization** of Russian industry, "smart jobs" creation

- RF asset contributions: **€ 3.2 bln**
  Guaranteed debt financing: **€ 4.3 bln**



*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*

2



*Aarhus, Denmark, 18-21 Jun 2012   © Sergey Kalyuzhnyi*





6

## RUSNANO projects statistics*

- Total applications: **2402**
- Approved by Scientific Council: **275**
- Approved by the Board of Directors: **116 (+23**)**
- Under financing: **86 (+14***)**

Infrastructure projects (besides nanotechnological centers) - 5

Educational programs - 63

**\*** as of 18th of June, 2012

**\*** as of 25th of May, 2012

**\*\*** 12 venture funds and 11 nanotechnological centers;

**\*\*\*** 7 venture funds and 7 nanotechnological centers;



*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*

## RUSNANO projects conveyer*

Approved to be financed:
139 projects for **€14.6 bln**

including **€6.1 bln** of RUSNANO investments



42%

58%

The rest **€8.5 bln** is from other co-investors

**\*** as of 18th of June, 2012

*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*



# ▪ RUSNANO projects under financing*

- ❑ Molecular Diagnostics
- ❑ Clinical Diagnostics
- ❑ Therapy
- ❑ Surgery

- ❑ Energy production
- ❑ Energy storage
- ❑ Energy saving
- ❑ Energy usage

- ❑ Physical methods
- ❑ Chemical methods
- ❑ Electrochemical methods
- ❑ Bulk coatings

- ❑ Optoelectronics
- ❑ Microelectronics
- ❑ Power/SHF electronics

- ❑ Metals and alloys
- ❑ Ceramic materials
- ❑ Semiconductor materials
- ❑ Carbon materials
- ❑ Polymer materials
- ❑ Composites

- ❑ Equipment
- ❑ Services
- ❑ Raw materials

* as of 13th of June, 2012

*Aarhus, Denmark, 18-21 Jun 2012* *Sergey Kalyuzhnyi*





- **Financed projects with foreign participation***

- Thunder Sky
- Joule
- …

- Plastic logic
- MRAM
- ALOX
- Oerlikon
- …

- Bind
- Selecta
- Domain
- …

- Pilkington

- Rosbeneq
- Galileo
- SDN technology
- …

\* as of 18th of June, 2012

*Aarhus, Denmark, 18-21 Jun 2012   © Sergey Kalyuzhnyi*

10



- New plants commissioned in 2010-2012

Total: 20 plants

**Novomoskovsk, Tula region**
1. "Germanium"

**Karachev, Bryansk region**
1. "Metaclay"

**St. Petersburg**
1. "Optosens"
2. "Connector Optics"
3. "Virial"
4. "Optogan"
5. "RFID"

**Rybinsk, Yaroslavl region**
1. "New instrumental solutions"

**Moscow and Moscow region**
1. "Center of prospective technologies"
2. "Nanoteh-Dubna"
3. HC "Komposit"
4. "Sintronics-Nano"

**Izhevsk**
1. "NPC Pruzhina"

**Ekaterinburg**
1. "Uralplastic-N"

**Vladimir**
1. «ALOX»

**Novosibirsk**
1. "Thunder Sky"

**Kazan**
1. "Danaflex-Nano"

**Nizhniy Novgorod**
1. "RMT"
2. "Plakart"

**Ufa**
1. "ESM"

*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*

# Establishing of fiber lasers industry in Russia

- **IPG Photonics, USA + Germany**

**World lasers market forecast, € bln**



**Application areas segmentation (2010)**



- Industrial and automotive — 29%
- Computing and entertainment — 22%
- Telecommunications — 19%
- Medicine — 14%
- Others — 16%

*Source: BCC Research 2011*



- Development and manufacturing of high-performance fiber lasers and amplifiers

**Advantages:**
- High-performance
- Diverse applications

**Investment, € mln**
- Total: 137
- **RUSNANO: 39**

**Site:** Fryasino, Moscow region
**Project company:** IRE-Polus

*Aarhus, Denmark, 18-21 Jun 2012    Sergey Kalyuzhnyi*

# Ultrahigh speed optical interconnects

## VI Systems GmbH, Germany

- Epitaxial wafers and chips of emitters/detectors for ultrahigh speed optical interconnects
- Applications in local and storage area networks, wireless and other markets

**Advantages:**
▲ Speed > 40 Gb/s, 4 times higher than competitors
▲ Thermal stability
▲ Energy efficiency



**GaAs wafer** → **Chip** → **Components** → **Modules** → **End products**



Vertical Cavity Surface Emitting Laser (VCSEL) with electro-optical modulator

**Investment, € mln**
- Total: 27
- **RUSNANO: 19**

**Site:** St. Petersburg
**Project company:** Connector optics

*Aarhus, Denmark, 18-21 Jun 2012    Sergey Kalyuzhnyi*

14

# Magnetoresistive memory TAS-MRAM 90nm/65nm

## Crocus Technology, France + USA, Israel



- The memory device with random access, which stores information using magnetic moments rather than electric charges.

**Advantages:**

▲ non-volatile memory
▲ faster than Flash
▲ data density comparable to DRAM

**Investment, € mln**
- Total: 264
- **RUSNANO: 95**

**Site:** Zelenograd, Moscow region



Semiconductor memory market, € bln

*Source: Samsung, iSuppli Corp., Electronics.ca Publications*

*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*

# Equipment for thin films and coatings production

## Beneq Oy, Finland

- Equipment for atomic layer deposition ALD and aerosol coating nAERO®/nHALO®
- To be used in solar photovoltaic, flexible electronics and strengthened glass production etc.





Potential market of technology, € mln.

| Year | ALD | Aerosol |
|---|---|---|
| 2010 | 7 | 11 |
| 2011 | 13 | 15 |
| 2012 | 29 | 25 |
| 2013 | 70 | 33 |
| 2014 | 133 | 44 |
| 2015 | 166 | 58 |
| 2016 | 197 | 80 |

*Source: Company data

**Advantages:**

▲ World leader in ALD-equipment
▲ Suitable for industrial production
▲ High yield technologies

**Investment, € mln**
- Total: 28
- **RUSNANO: 25**

**Lab:** Saint Petersburg

*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*

# Pilkington glass

## Pilkington Group Ltd, Great Britain

Scheme of operation



– Warm weather
– Cold weather

- Energy-efficient glass (low emissivity and solar control glass)

**Advantages:**

▲ Reducing the heat losss through window for 70%

▲ Cost of final products with energy-saving glass is only 10% higher than that of ordinary glass

**Glass market dynamics, € bln**



■ Low-e glass      ■ Ordinary glass

*Source: Branan 2010*

**Investment, € mln**
- Total: 740
- **RUSNANO: 185**

**Site:** Ramenskoe, Moscow region
**Project company:** Pilkington Glass

*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*

16

- # Electrochemical Energy Storage Devices
  - ## Thunder Sky Energy Group Limited, China

**Thunder Sky Russian Plant and R&D Centre**

**Investment, € mln**
- Total: 339
- **RUSNANO: 190**

**Site:** Novosibirsk
**Project company:** Liotech

*Source: Johnson Control – SAFT 2005&2007*



**Advantages:**

▲ High energy capacity (600 Ah for electric transport)
▲ No memory effect after numerous charge-discharge cycles
▲ Charging with high-ampere current (20 minutes up to 70% of capacity)
▲ Wide temperature range of exploitation from -45°C to +65°C
▲ Low cost and safety of production

*Aarhus, Denmark, 18-21 Jun 2012   Sergey Kalyuzhnyi*

# Targeted polymeric drug delivery

- **BIND Biosciences Inc., USA**

  - Combinatorial libraries of drug-encapsulated nanoparticles
  - Biodegradable PLA-PEG block copolymers
  - Self-assembling nanoparticles with unmodified API

  **Advantages:**
  - Optimal drug release profile
  - Cell/tissue specific targeting
  - High drug concentration in tumor tissue
    - long circulating half-life
    - immune system evasion
    - dual targeting mechanism
  - Reduced side effects
  - Broad range of APIs
  - Reproducible and scalable manufacturing



targeting ligand
stealth and protective layer
polymer matrix
active pharmaceutical ingredient (API)

50–150 nm

**Current stage:**

**Bind-014** (docetaxel targeted to PSMA) Phase I clinical trials (cancer patients)

**Near future further development for:**
- Oncology
- Cardiovascular disorders
- Inflammatory diseases

Investment, € mln
- Total: 147 / **RUSNANO: 19**

**Lab:** Moscow region

*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*

# Polymeric nanoparticles for vaccine development

- **Selecta Biosciences Inc., USA**
  - Targeted Synthetic Vaccine Particle tSVP
  - Biodegradable self-assembling synthetic polymers
  - Full integration of antigens and adjuvants

**Advantages:**
- ▲ Fully synthetic vaccines
- ▲ Rational design
  - optimal size for immune system recognition
  - antigen/adjuvant composition for optimal immunogenicity
  - controlled antigen/adjuvant release
  - humoral and/or cellular immune response



antigen
T-help antigen
adjuvant
matrix
PEG

150-250 nm

**Current stage:**

**Sel-068** (treatment of smoking addiction) Phase I clinical trials (Q4 2011)

**Near future further development for:**
- Oncology
- Infectious diseases

Investment, € mln
- Total: 121 / **RUSNANO: 19**

Lab: Moscow region

*Aarhus, Denmark, 18-21 Jun 2012*   © *Sergey Kalyuzhnyi*

## PUSNANO invites:

- **Technology owners** to relocate their production/R&D business in Russia

- **Strategic or financial investors** to participate in Russia-based projects

# Thank you for attention!

Prof. Sergey V. Kalyuzhnyi,
Department of Scientific and technical Expertise,
Member of the Board of Directors
RUSNANO

www.rusnano.com
Sergey.Kalyuzhnyi@rusnano.com

*Aarhus, Denmark, 18-21 Jun 2012*   *Sergey Kalyuzhnyi*