

# Nitol Solar

## Development of Innovative Production Facilities in the Irkutsk Region Based on the Available Research and Industrial Infrastructure

November 2010

ARIZONA STATE UNIVERSITY

NITOL Solar for Life

**Contents**

➢ About Nitol Solar
➢ Available Resources
➢ Nitol Solar's Projects
  - Polysilicon
  - Polysilicon Wafers
  - Industrial Park

## About Nitol Solar

- Established in 1998
- Privately owned company with strategic investors
- Production is located in Usolie-Sibirskoe, Irkutsk region
- Producer of Silanes, Polysilicon and Chlorine-based chemicals



# Company's History

**2004** – Strategy shift – from traditional chemicals to high-tech products for growing high-tech industries: Photovoltaics, Semi and others

**2006-2007** – Modernization and production startup of a high-purity Trichlorosilane facility, Trichlorosilane being the main feedstock for Polysilicon

**2008** – First Polysilicon produced and successfully tested

International Finance Corporation (IFC) and Suntech Power became minority shareholders of Nitol Solar

**2009** – Beginning of Polysilicon commercial deliveries under long-term contracts

The Russian Corporation of Nanotechnologies (RUSNANO) approved its participation in Nitol's Polysilicon project







# Available Resources

➢ **Nitol Solar resources**

- An integrated chlorine chemical production facility in Usolye-Sibirskoye
- Competitive energy costs
- Qualified personnel
- Support from both regional and local authorities





# Available Resources

## The Irkutsk region resources

- Rich raw material base: raw hydrocarbons, timber, gold, iron, coal, salt, mica, etc.
- Developed scientific and research infrastructure
- Advanced personnel training system
- Proximity to the fast glowing Asian markets

- Population – 2503,6 inhabitants
- Area - 775 sq.m. (4,6% of the Russian territory)





Photo baikalnano.ru



Photo Mefairk.ru





# Nitol Solar scope of interest

- PV cells, modules and systems
- Ingots and Wafers
  - Tolling arrangements
- Polysilicon Production
  - 5000 MT polysilicon project is underway to be completed in 2011
- Production of Silicon gases
  - Existing 10,000 MT solar grade TCS (Trichlorosilane) capacity
  - Existing STC production
- Metallurgical Silicon

# Nitol Solar Customer base



- Long-term Polysilicon supply contracts with 8 international PV customers



# Polisilicon Project



➤ **Polysilicon**
- A 5000 tpa Polysilicon production facility:
- The first 300 tpa line is operational
- Full launch by the end of 2011
- Budget: $650 mln

**Polysilicon capacity extension plans :**
- An additional 6000 tpa Polysilicon production facility
- Budget: $700 mln



## Mono and multicrystalline wafers



➤ Capacity of the Wafer manufacturing facility: 60 MW, expandable up to 150 MW

➤ Budget – $60 mln

**Project advantages**:
- Low production costs due to competitive prices for power and labor
- On-site production of Polysilicon, the main feedstock for wafering
- Guaranteed sales (long-term contracts for wafer deliveries till 2015)
- Developed infrastructure: availability of electric power, personnel, buildings and other resources

NITOL Solar for Life

# Industrial Park in Usolye-Sibirskoye

- Specialization: advanced materials for the Photovoltaics, SEMI and other industries
- Investments plan: $2 bill within 10 years
- Background
  - Support from the Irkutsk region government
  - Developed industrial and logistic infrastructure
  - Availability of electric power
  - Qualified personnel
  - Cooperation with scientific and research institutes of the Irkutsk region
  - Nitol Solar's experience in construction of high-tech production facilities

- Advantages for the Industrial Park participants
  - Tax benefits
  - Lower capital costs due to availability of infrastructure
  - Promising investment prospects for business





NITOL Solar for Life

