12/1/2014 Rusnano probed: Prosecutors launch anti-corruption audit into state hi-tech co. — RT Russian politics

Keep up with the news by installing RT's extension for Chrome. Never miss a story with this clean and simple app that delivers the latest headlines to you.

العربية ESP РУС DE Freevideo ИНОТВ RTД RUPTLY

Applications RSS

QUESTION MORE. LIVE

02:52 GMT, Dec 2, 2014

News USA UK Russian politics Business Op-Edge In vision In motion Shows Bulletin board More

Home / Russian politics /

Where to watch Schedule

# Rusnano probed: Prosecutors launch anti-corruption audit into state hi-tech co.

Published time: August 21, 2014 10:25 Get short URL

RIA Novosti / Alexey Danichev

23 54 2

Tags
Corruption, Crime, Law, Politics, Russia

The financial director and several board members of the Russian state-run corporation Rusnano have been charged with misappropriation of funds and power abuse following a probe initiated by a leftist lawmaker.

The information has disclosed by popular mass circulation daily Izvestia, which got hold of a letter from Deputy Prosecutor General Aleksandr Buksman to MP Oksana Dmitriyeva of the leftist party Fair Russia.

http://rt.com/politics/181828-rosnano-managers-criminal-case/ Exhibit F 1/6

In early June this year, Dmitriyeva asked the prosecutor general to initiate a criminal investigation into the activities of Rusnano's senior management, including the head of the corporation, Anatoly Chubais, known for his role in Russia's painful transition to capitalism.

The lawmaker referred to the results of the 2013 Audit Chamber inspection of Rusnano activities, claiming that auditors had found enough violations for at least eight charges against Rusnano managers, but for some reason their reports failed to raise any interest among prosecutors.

Dmitriyeva claimed that the possible crimes involved tax evasion, abuse of office, money laundering, embezzlement, intentional bankruptcy and copyright violation.

Back in June, Chubais dismissed all Dmitriyeva's allegations as a lame attempt of self-advertising in view of approaching municipal elections in St. Petersburg.

However, in his recent letter to the MP, Buksman reported that another inspection had resulted in a criminal probe and charges had been pressed against several senior Rusnano managers. He did not mention any names, but wrote that the people were suspected of misappropriation of funds and abuse of office. Russian law orders the maximum punishment of 10 years for both crimes, as well as a ban on occupying managerial posts in state-owned companies.

Buksman also writes that investigators uncovered that the managers allegedly violated the law when they transferred over 300 million rubles (US$8.25 million) to companies affiliated with themselves for executing contracts that could be executed by Rusnano without attracting subcontractors.

In a comment to Izvestia Rusnano's press service said that the leaders of the corporation strongly disagree with the investigators' conclusions and that the suspects had signed several contracts for consultancy services strictly in line with Russian law.

23 54 2

## Recommended

Leftist Lawmaker demands investigation into reform mastermind Chubais 6

Retired intelligence officer gets 13 years for coup plot 5

Reform mastermind Chubais forecasts surge in protests and 500,000-strong rallies

Russian privatization mastermind Chubais shares view on 2012 presidential poll

## More from rt.com

by Taboola

**Right-wingers in Italy protest Muslim women's swimming course**

**France 'double standards': Prison for Mosque offence, fines for**

12/1/2014 Rosnano probed: Prosecutors launch anti-corruption audit into state hi-tech co — RT Russian politics
Case 3:15-cv-01612-LB Document 1-6 Filed 04/08/15 Page 3 of 6

**Hi-tech gear stolen from Russia's Mistral warship in France**

RT News English
New version
for Windows 8
Download from
Windows Store

## More From The Web

Sponsored Links

**Could this Start-up be the Next Big Thing?**
VentureCapital News

**Extremely Brilliant Way To Pay Off Mortgage**
Bills.com

**How he achieved fluency in 9 languages**
Babbel

**Warren Buffett Reveals How Anyone With $40 Could Become A Millionaire**
The Motley Fool

**Ex-Microsoft Exec Looks to Turn Wall Street On Its Head**
Pando Daily | Motif Investing

**Putin Vs. Obama: Who's More Powerful?**
FORBES

by Taboola

## 13 comments

Login
Leave your comment...
Simon Mysak
0

[quote name='ketchup bottle' time='23.08.2014 00:00']The silencing of political opposition in Russia continues.

Even Orson Wells could not have dreamed up modern Russia under Putin[/quote]

http://rt.com/politics/181828-rosnano-managers-criminal-case/ 3/6

lololol here in the west, every dissident knows that they are 100% monitored and can expect to die early of some "freak" disease or accident. It is very few of us who do not care for our lives and live for truth anyway.

24.08 17:16     Reply

Pat Richards    0

Once a criminal always a criminal.

24.08 16:32     Reply

AK    0

[quote name='ketchup bottle' time='23.08.2014 00:00']The silencing of political opposition in Russia continues.

Even Orson Wells could not have dreamed up modern Russia under Putin[/quote]

Most people in the West do not seak out anymore for the fear.

23.08 16:05     Reply

ketchup bottle    0

The silencing of political opposition in Russia continues.

Even Orson Wells could not have dreamed up modern Russia under Putin

22.08 20:00     Reply

Andrei Kuznetsov    0

I see the honest ruler taking Russian crown , he blessed by God,
The trash and garbage will be wipe out of the Russian Land,
This time is near.

22.08 17:46     Reply

Harold Hachoofwe    0

If he deserves to go to prison,to prison he must go. The Russian government should not relent in its fight against corrupt officials just because they are apparently anti-establishment and would trigger media hype in the west.

22.08 08:12                                                                                    Reply


sepheronx                                                                                          0

[quote name='Terry Ross' time='21.08.2014 20:58']

There you go again. You are upsetting a perfectly good poster of dubious quality propaganda by blatantly presenting facts which destroy his attempts. I hope you are pleased with yourself!![/quote]

I am feeling so ashamed of myself for ruining his fun.

21.08 17:02                                                                                    Reply


Terry Ross                                                                                         0

[quote name='sepheronx' time='21.08.2014 13:59']

Rusnano is a state run company. They chose Chubias.....[/quote]

There you go again. You are upsetting a perfectly good poster of dubious quality propaganda by blatantly presenting facts which destroy his attempts. I hope you are pleased with yourself!!

21.08 16:58                                                                                    Reply


sepheronx                                                                                          0

[quote name='hilarious propaganda' time='21.08.2014 11:51']Chubais doesn't really get along with the kremlin and thats why he is going to be thrown in prison. this is political plain and simple.[/quote]

Rusnano is a state run company. They chose Chubias.....

21.08 09:59                                                                                    Reply


sepheronx                                                                                          0

You two are aware that the claims against them were not from the party in power in duma, right? A fair Russia party is the opposition.

Add in the fact that there is a huge chance that he is guilty

21.08 09:56                                                                                    Reply

Next comments

News
USA
UK
Russian politics
Business
Op-Edge

In vision
In motion
Shows
Bulletin board
More

Live
Where to watch
Schedule
Legal disclaimer
Privacy policy
Feedback
About us
Contact info

العربية
Español
Русский
Deutsch
Freevideo
ИНОТВ
RTД
RUPTLY
Applications
RSS
Legal disclaimer
Privacy policy
Feedback
About us
Contact info

Applications
RSS

RT NEWS ENGLISH APPS
Android
iOS
Windows phone
Windows 8

© Autonomous Nonprofit Organization "TV-Novosti", 2005–2014. All rights reserved.