

To:  Sberbank International Finance Corporation
EcoLive Limited (Cy)
Keadby Corporation (BVI)
Neas Limited (Cy)
Suntech Power International Limited
OJSC Bank Uralsib

Кому: ОАО «Сбербанк России» International Finance Corporation
EcoLive Limited (Cy)
Keadby Corporation (BVI)
Neas Limited (Cy)
Suntech Power International Limited
ОАО «Банк Уралсиб»

30 September 2011                                        30 сентября 2011

Dear Sirs,

On 26 September 2011, OOO "Usolye-Sibirskiy Silicon" ("**USS**") failed to pay interest due to Open Joint Stock Company "RUSNANO" ("**RUSNANO**") pursuant to the Agreement on Provision of Financing between USS and RUSNANO dated 11 March 2009 ("**Credit Agreement**"), which fact constitutes a default under the Credit Agreement ("**default**"). The obligation of USS under the Credit Agreement were secured by the pledge of 100% of shares of the Cypriot holding company of Group Nitol, INSQU Production Limited ("**INSQU**").

Because USS failed to cure the default within 2 business days from the interest payment date (i.e. by 29 September 2011), it became an Event of Default, which resulted in RUSNANO's right to realize on the pledge of INSQU shares.

On 29 September 2011, the security

Уважаемые господа!

26 сентября 2011 года ООО «Усолье-Сибирский Силикон» (далее — «**УСС**») не исполнило свои обязательства перед Открытым акционерным обществом «РОСНАНО» (далее — «**Роснано**») по уплате процентного платежа по Договору о предоставлении финансирования между УСС и Роснано от 11 марта 2009 года (далее — «**Кредитный договор**»), что является дефолтом (Default) по Кредитному договору (далее — «**дефолт**»). Обязательства УСС по Кредитному договору были обеспечены залогом 100% акций кипрской головной компании Группы Нитол, INSQU Production Limited (далее - «**INSQU**»).

Поскольку в течение 2-х рабочих дней с даты процентного платежа (т.е. до 29 сентября 2011 года) УСС не ликвидировал дефолт по Кредитному договору, наступило основание для защиты прав (Event of Default), которое предоставило Роснано право обращения взыскания на акции INSQU.

29 сентября 2011 года залоговый агент

Open Joint Stock Company «RUSNANO»
10A ,Prospekt 60-letiya Oktyabrya, Moscow, Russia, 117036
Tel. +7(495) 988-53-88, Fax. +7(495) 988-53-99
E-mail: info@rusnano.com, http://www.rusnano.com

Exhibit G

agent sold the INSQU shares to Sherigo Resources Limited ("**Sherigo**"). Sherigo is controlled by RUSNANO. Therefore, currently Sherigo is the holding company of Group Nitol.

For the purposes of saving this investment project, additional investments in the share capital of Group Nitol are required in the amount of 5.2 billion roubles ("**Additional Investments**"), coupled with the conversion of a part of existing indebtedness of USS into the share capital of Group Nitol (together with the Additional Investments "**Restructuring**").

We are hereby inviting you to consider participation in the Restructuring of Group Nitol in the form of your participation in the Additional Investments in proportion to your share in the share capital of the former holding company of Group Nitol, Nitol Solar Limited.

In return to your participation in the Restructuring of Group Nitol, we are offering you a percentage in the share capital of Sherigo, which will be calculated as the amount of your participation in the Additional Investment divided by final capitalization of Sherigo post Restructuring. The share capital of Sherigo post Restructuring is expected to be in the range of 14.4 – 16.0 billion roubles. If the interest of shareholders of Nitol Solar Limited in participation in the Additional Investments will be less than 5.2 billion roubles, RUSNANO reserves a right to abort the Restructuring.

продал акции INSQU компании Sherigo Resourses Limited (далее – «**Sherigo**»). Sherigo является компанией, контролируемой Роснано. Таким образом, в настоящее время Sherigo является головной компанией Группы Нитол.

Для сохранения инвестиционного проекта, Группе Нитол требуются дополнительные инвестиции в акционерный капитал в размере 5.2 миллиардов рублей (далее – «**Дополнительные инвестиции**»), а также конвертация части существующей задолженности УСС в акционерный капитал Группы Нитол (далее совместно с Дополнительными инвестициями – «**Реструктуризация**»).

Настоящим мы предлагаем Вам рассмотреть возможность участия в Реструктуризации Группы Нитол в форме участия в Дополнительных инвестициях пропорционально Вашей доле в акционерном капитале бывшей головной компании Группы Нитол, Nitol Solar Limited.

Взамен на Ваше участие в Реструктуризации Группы Нитол мы предлагаем Вам долю в акционерном капитале Sherigo, которая будет равна отношению сумме Вашего участия в Дополнительных инвестициях к конечной капитализации Sherigo после Реструктуризации. Ожидается, что уставный капитал Sherigo после Реструктуризации будет в диапазоне 14.4 – 16,0 миллиардов рублей. В случае, если заинтересованность акционеров Nitol Solar Limited в участии в Дополнительных Инвестициях составит менее 5.2 миллиардов рублей, то Роснано оставляет за собой право отказаться от проведения Реструктуризации.

Open Joint Stock Company «RUSNANO»
10A ,Prospekt 60-letiya Oktyabrya, Moscow, Russia, 117036
Tel. +7(495) 988-53-88, Fax. +7(495) 988-53-99
E-mail: info@rusnano.com, http://www.rusnano.com

Given that, based on our calculations, Group Nitol requires Additional Investments until 20 October 2011, we would like you to indicate your interest in the participation in the Restructuring of Group Nitol until 6 p.m. Moscow time on 4 October 2011. If you have any questions, please contact Sergey Polikarpov (Sergey.Polikarpov@rusnano.com).

This letter does not constitute an offer and is of a declarative nature. It does not bind either RUSNANO or Sherigo. Any binding obligations on behalf of RUSNANO or Sherigo will arise only after entering into the relevant agreements. No third party should consider this letter as a ground for entering into any legal or contractual relationships.

Sincerely,

A.B. Malyshev
Deputy Chief Executive Officer

С учетом того, что по нашим расчетам Группа Нитол нуждается в Дополнительных инвестициях до 20 октября 2011 года, просим Вас дать ответ касательно Вашей заинтересованности в участии в Реструктуризации Группы Нитол до 18:00 по Московскому времени 4 октября 2011 года. В случае каких-либо вопросов, пожалуйста, связывайтесь с Сергеем Поликарповым (Sergey.Polikarpov@rusnano.com).

Настоящее письмо не является офертой, носит декларативный характер и не налагает ни на Роснано, ни на Sherigo каких-либо обязательств. Какие-либо обязательства Роснано или Sherigo возникнут только после заключения соответствующих договоров. Третьи лица не должны рассматривать настоящее письмо как основание для вступления в те или иные правоотношения.

С уважением,

А.Б. Малышев
Заместитель Председателя Правления

Open Joint Stock Company «RUSNANO»
10A .Prospekt 60-letiya Oktyabrya, Moscow, Russia, 117036
Tel. +7(495) 988-53-88, Fax. +7(495) 988-53-99
E-mail: info@rusnano.com, http://www.rusnano.com