# СЧЕТНАЯ ПАЛАТА РОССИЙСКОЙ ФЕДЕРАЦИИ

«*16*» *мая* 20*13*.                                    № ОМ-*89/12-04*

## ОТЧЕТ
## О РЕЗУЛЬТАТАХ КОНТРОЛЬНОГО МЕРОПРИЯТИЯ
### «Проверка эффективности использования открытым акционерным обществом «РОСНАНО» (государственной корпорацией «Российская корпорация нанотехнологий») средств федерального бюджета, полученных в 2007–2012 годах, и соответствия расходования средств установленным целям деятельности»

(утвержден Коллегией Счетной палаты Российской Федерации
(протокол от 26 апреля  2013 г. № 20К (910)

1.      Основание для проведения контрольного мероприятия: пункт 2.6.7.7 Плана работы Счетной палаты Российской Федерации на 2012 год; пункт 2.3.8.1 Плана работы Счетной палаты Российской Федерации на 2013 год; обращение депутатов Государственной Думы Федерального Собрания Российской Федерации от 23 ноября 2012 г. № КНВ-135 (1/5 от общего числа депутатов).

2.      Предмет контрольного мероприятия:

законодательные, нормативные правовые акты и иные документы, регламентирующие деятельность ОАО «РОСНАНО» (государственной корпорации «Российская корпорация нанотехнологий»), в том числе внутренние корпоративные регламентирующие документы;

документы и другие материалы, оформление которых необходимо для выполнения Федерального закона от 27 июля 2010 г. № 211-ФЗ «О реорганизации Российской корпорации нанотехнологий»;

программы, планы, отчеты и документы, разработанные ОАО «РОСНАНО» (государственной корпорацией «Российская корпорация нанотехнологий»), в том числе в целях эффективного использования средств федерального бюджета;

бухгалтерская, финансовая, производственная, статистическая и иная отчетность, сметы и отчеты об их выполнении;

контракты, договоры, соглашения со всеми документами, связанными с их заключением и исполнением;

платежные, финансовые, банковские и другие первичные документы, подтверждающие проведение финансово-хозяйственных операций;

Exhibit I

справочные и информационные материалы о корпоративной и финансово-хозяйственной деятельности, об осуществлении деятельности, определенной установленными целями.

3. Объект контрольного мероприятия: открытое акционерное общество «РОСНАНО».

4. Срок проведения контрольного мероприятия – с декабря 2012 года по апрель 2013 года.

5. Цели контрольного мероприятия:

5.1. Проверить соответствие расходования средств федерального бюджета, полученных ОАО «РОСНАНО» (государственной корпорацией «Российская корпорация нанотехнологий»), установленным целям деятельности.

5.2. Определение эффективности деятельности ОАО «РОСНАНО» (государственной корпорации «Российская корпорация нанотехнологий») по использованию средств (имущества) для достижения установленных целей, в том числе средств федерального бюджета.

6. Проверяемый период деятельности: 2007–2012 годы.

7. Краткая характеристика проверяемой сферы формирования и использования государственных средств и деятельности объекта проверки.

Государственная корпорация «Российская корпорация нанотехнологий» (далее – ГК «Роснанотех», Корпорация) была создана в соответствии с Федеральным законом от 19 июля 2007 г. № 139-ФЗ «О Российской корпорации нанотехнологий» (далее – Федеральный закон «О Российской корпорации нанотехнологий») и в последующем в соответствии с положениями Федерального закона от 27 июля 2010 г. № 211-ФЗ «О реорганизации Российской корпорации нанотехнологий» (далее – Федеральный закон «О реорганизации Российской корпорации нанотехнологий») была реорганизована в форме преобразования в ОАО «РОСНАНО».

В рамках настоящего отчета, когда речь идет о периоде времени, в который действовали ГК «Роснанотех» и ОАО «РОСНАНО», введено название – РОСНАНО.

Генеральным директором ГК «Роснанотех» с 7 сентября 2007 года по 21 сентября 2008 года являлся Л.Б.Меламед, с 22 сентября 2008 года по 11 марта 2011 года генеральным директором ГК «Роснанотех» – А.Б.Чубайс. С 11 марта 2011 года по настоящее время председателем правления ОАО «РОСНАНО» является А.Б.Чубайс.

8. По результатам контрольного мероприятия установлено следующее.

### 8.1. Краткая информация о развитии наноиндустрии в Российской Федерации.

Президентом Российской Федерации В.В.Путиным 24 апреля 2007 года была подписана президентская инициатива «Стратегия развития наноиндустрии», в соответствии с которой, исходя из современного уровня

разработок в области нанотехнологий, перспектив фундаментальных научных исследований, были сформулированы основные задачи развития наноиндустрии. Документом предусмотрено, что в целях развития нанотехнологий в Российской Федерации должна быть создана национальная нанотехнологическая сеть, в состав которой войдет российская корпорация нанотехнологий, решающая задачи организационной и финансовой поддержки инновационной деятельности в сфере нанотехнологий.

Одним из основных инструментов государственной политики в сфере нанотехнологий должны стать программа развития наноиндустрии в Российской Федерации до 2015 года и федеральная целевая программа «Развитие инфраструктуры наноиндустрии в Российской Федерации на 2008–2010 годы».

Правительством Российской Федерации 17 января 2008 года была одобрена Программа развития наноиндустрии в Российской Федерации до 2015 года (далее – Программа развития наноиндустрии), в которой, в частности, определено, что инфраструктурная база российского сектора наноиндустрии создается в виде национальной нанотехнологической сети как совокупности организаций различных организационно-правовых форм, выполняющих фундаментальные и прикладные исследования, осуществляющих процессы коммерциализации технологий, а также ведущих подготовку кадров в области нанотехнологий.

В состав национальной технологической сети, в частности, входят:

федеральное государственное учреждение «Российский научный центр «Курчатовский институт», которое является головной научной организацией Программы развития наноиндустрии,

головные организации отраслей из числа крупных отраслевых специализированных научно-технологических комплексов, осуществляющие исследования и разработки в сфере нанотехнологий, выпуск нанопродукции, организацию деятельности по нефинансовому стимулированию развития наноиндустрии,

организации, осуществляющие финансирование проектов развития наноиндустрии, включая ГК «Роснанотех».

Согласно Программе развития наноиндустрии нанотехнологии – это технологии, направленные на создание и эффективное практическое использование нанообъектов и наносистем с заданными свойствами и характеристиками. При этом нанообъект – это объект, линейный размер которого хотя бы в одном направлении составляет порядка 1–100 нм; наносистема – это система, содержащая структурные элементы размером порядка 1 – 100 нм, определяющие ее основные свойства и характеристики в целом. К разряду наносистем относятся в том числе наноустройства и наноматериалы.

Программой развития наноиндустрии установлены показатели решения ее задач, один из которых «объем продаж продукции российской наноиндустрии» к 2015 году должен составить 900 млрд. рублей.

В следующей таблице на основании данных Росстата приведены сведения о достижении плановых показателей программы за три предшествующих года.

| | 2010 год | 2011 год | 2012 год |
|---|---|---|---|
| Плановый показатель (млрд. рублей) | 155 | 240 | 340 |
| Фактическое исполнение (млрд. рублей) | 122 | 160 | 220 |
| Доля выполнения (%) | 78 | 66 | 64 |

Таким образом, размер фактического выполнения Программы развития наноиндустрии по указанному показателю за последние три года имеет тенденцию к снижению.

Программой развития наноиндустрии в качестве основного инновационного института развития российской наноиндустрии определена ГК «Роснанотех», органами управления которой в качестве основного показателя оценки деятельности компании принято достижение объема продаж продукции наноиндустрии проектных компаний к 2015 году в 300 млрд. рублей (по итогам 2012 года достигнут уровень в 23,5 млрд. рублей).

**8.2. Основные цели, задачи и источники финансирования деятельности ГК «Роснанотех» и ОАО «РОСНАНО».**

ГК «Роснанотех» была создана в соответствии с Федеральным законом «О Российской корпорации нанотехнологий», в соответствии с которым основными целями ее деятельности являлись содействие реализации государственной политики в сфере нанотехнологий; развитие инновационной инфраструктуры в сфере нанотехнологий; реализация проектов создания перспективных нанотехнологий и наноиндустрии.

Для достижения названных целей ГК «Роснанотех» реализует следующие основные функции:

рассматривает проекты в сфере нанотехнологий в целях последующего предоставления финансовой поддержки за счет средств Корпорации;

осуществляет организационную и финансовую поддержку научно-исследовательских и опытно-конструкторских разработок в сфере нанотехнологий;

осуществляет финансирование проектов в сфере нанотехнологий, предусматривающих внедрение нанотехнологий или производство продукции в сфере наноиндустрии;

осуществляет финансирование проектов по подготовке специалистов в сфере нанотехнологий;

привлекает заемные средства, в том числе осуществляет эмиссию облигаций при наличии обеспечения, соответствующего требованиям, установленным законодательством Российской Федерации о ценных бумагах;

осуществляет мониторинг реализации проектов в сфере нанотехнологий,

финансируемых за счет средств Корпорации.

Имущество ГК «Роснанотех» формируется за счет имущественного взноса Российской Федерации, доходов, получаемых от деятельности Корпорации, добровольных имущественных взносов и пожертвований, а также за счет других законных поступлений и является собственностью Корпорации.

Денежные средства ГК «Роснанотех» направляются на финансирование:

научно-исследовательских и опытно-конструкторских разработок в сфере нанотехнологий, осуществляемое на возмездной или безвозмездной основе;

проектов по внедрению нанотехнологий или производству продукции в сфере наноиндустрии в форме участия в уставных капиталах юридических лиц, в паевых инвестиционных фондах, инвестирующих средства в проекты в сфере нанотехнологий, в некоммерческих организациях, создаваемых в целях развития нанотехнологий, или в форме предоставления денежных средств на условиях возмездности, возвратности и срочности;

проектов по подготовке специалистов в сфере нанотехнологий, в том числе путем выделения денежных средств на безвозмездной и безвозвратной основе.

Федеральным законом «О Российской корпорации нанотехнологий» установлено, что ГК «Роснанотех» вправе осуществлять предпринимательскую деятельность лишь постольку, поскольку это служит достижению целей ее деятельности. Прибыль Корпорации, полученная по результатам ее деятельности, подлежит направлению исключительно на достижение установленных целей.

В соответствии с положениями Федерального закона «О реорганизации Российской корпорации нанотехнологий» была произведена реорганизация ГК «Роснанотех» путем преобразования в ОАО «РОСНАНО», которое стало правопреемником ГК «Роснанотех». Устав вновь образованного открытого акционерного общества утвержден постановлением Правительства Российской Федерации от 7 февраля 2011 г. № 55.

Основными целями деятельности ОАО «РОСНАНО» в соответствии с уставом являются:

содействие реализации государственной политики в сфере создания и развития наноиндустрии и соответствующей инновационной инфраструктуры;

финансирование инвестиционных проектов производства нанотехнологической продукции;

построение технологических цепочек, обеспечивающих развитие новых производств в сфере наноиндустрии на территории Российской Федерации;

извлечение прибыли в ходе реализации указанных целей.

Для достижения указанных целей ОАО «РОСНАНО» вправе осуществлять, в частности, следующие виды деятельности:

инициация и инвестирование проектов, способствующих созданию и развитию наноиндустрии и соответствующей инновационной инфраструктуры, реализация образовательных программ в сфере наноиндустрии;

коммерциализация результатов научной деятельности, обеспечение трансфера технологий при реализации инвестиционных проектов в сфере наноиндустрии;

капиталовложения в ценные бумаги, приобретение акций, долей, паев и иных активов российских компаний и компаний, находящихся под иностранной юрисдикцией, при условии, что такие сделки будут способствовать построению технологических цепочек и обеспечивать развитие новых производств в сфере нанотехнологий на территории Российской Федерации;

поддержка организаций, осуществляющих деятельность в сфере научно-исследовательских и опытно-конструкторских разработок, направленную на создание и развитие наноиндустрии.

На реализацию указанных выше целей и задач вновь образованному ГК «Роснанотех» были выделены значительные средства.

Так, во исполнение положений Послания Президента Российской Федерации Федеральному Собранию Российской Федерации от 26 апреля 2007 года в Федеральном законе от 2 ноября 2007 г. № 246-ФЗ «О внесении изменений в Федеральный закон «О федеральном бюджете на 2007 год» Минобрнауки России были предусмотрены средства федерального бюджета в размере 130 млрд. рублей для внесения в качестве имущественного взноса Российской Федерации в ГК «Роснанотех».

Распоряжением Правительства Российской Федерации от 5 октября 2009 г. № 1454-р предусмотрено дополнительное выделение ГК «Роснанотех» средств федерального бюджета в сумме 1 млрд. рублей.

В соответствии с распоряжением Правительства Российской Федерации от 15 июля 2009 г. № 963-р часть имущественного взноса Российской Федерации в Корпорацию в сумме 85,4 млрд. рублей подлежала передаче в собственность Российской Федерации. Распоряжением Правительства Российской Федерации от 5 октября 2009 г. № 1455-р во изменение ранее принятых решений сумма средств, перечисляемых ГК «Роснанотех» Российской Федерации, была уменьшена до 66,4 млрд. рублей.

Статьей 7 Федерального закона «О реорганизации Российской корпорации нанотехнологий» установлено учреждение ГК «Роснанотех» некоммерческой организации в форме фонда, реализующего инфраструктурные программы и образовательные программы. Состав и размер имущества Корпорации, передаваемого ею в создаваемый фонд, утверждается Правительством Российской Федерации.

Распоряжением Правительства Российской Федерации от 18 января 2011 г. № 33-р в соответствии со статьей 7 Федерального закона «О реорганизации Российской корпорации нанотехнологий» утверждены в качестве имущества ГК «Роснанотех», передаваемого в Фонд инфраструктурных и образовательных программ, денежные средства в размере 10,956 млрд. рублей, которые были перечислены 28 января 2011 года.

Таким образом, с учетом указанных изменений общая сумма бюджетного финансирования, полученного ГК «Роснанотех» за период существования Корпорации, составила 53,64 млрд. рублей.

Согласно распоряжению Правительства Российской Федерации от 17 декабря 2010 г. № 2287-р Минобрнауки России совместно с Минэкономразвития России и Минфином России были обязаны согласовать условия и порядок формирования уставного капитала создаваемого открытого акционерного общества, что исполнено не было, и уставный капитал в размере 6,5 млрд. рублей был рассчитан ГК «Роснанотех» самостоятельно.

Сведения о методике и результатах расчета, проведенного ГК «Роснанотех», приведены в таблице.

| Наименование статьи | Сумма (млрд. рублей) |
|---|---|
| Имущественный взнос Российской Федерации в 2007 году | 130,0 |
| Частичный возврат имущественного взноса (2009 год) | -66,4 |
| Имущественный взнос Российской Федерации в 2010 году | 1,0 |
| Имущественный взнос в Фонд инфраструктурных и образовательных программ | -29,1 |
| Расходы по уплате процентов (2010–2013 годы) | -28,2 |
| Промежуточный результат | 7,3 |
| Резерв (ориентировочно 10 %) | -0,8 |
| Итого уставный капитал ГК «Роснанотех» | 6,5 |

По состоянию на дату реорганизации Корпорации (30 июня 2010 года) размер ее чистых активов составлял 77,3 млрд. рублей.

В силу того, что, как отмечено выше, Минобрнауки России совместно с Минэкономразвития России и Минфином России не выполнили возложенные на них учредителем ГК «Роснанотех» - Российской Федерацией в лице Правительства Российской Федерации обязанности по установлению методики расчета размера уставного капитала, Корпорацией он самостоятельно был определен ниже размера чистых активов, а разница отнесена во вступительном балансе в раздел «Капитал и резервы» с итоговым чистовым показателем в 56,0 млрд. рублей по строке «Нераспределенная прибыль (непокрытый убыток)».

Таким образом, расчет размера уставного капитала, составленный ГК «Роснанотех», является недостоверным по следующим причинам:

в силу отсутствия решения учредителя о допустимости применения расчета уставного капитала ниже стоимости чистых активов;

в силу примененных недостоверных данных в части взноса ГК «Роснанотех» в Фонд инфраструктурных и образовательных программ, так как в расчете была использована цифра в 29,11 млрд. рублей, а не 10,95 млрд. рублей.

Кроме того, если по состоянию на 10 марта 2011 года в бухгалтерском балансе ГК «Роснанотех» по строке «Нераспределенная прибыль (непокрытый убыток)» числилась нераспределенная прибыль в размере 4,29 млрд. рублей, то

по состоянию на 11 марта 2011 года в бухгалтерском балансе ОАО «РОСНАНО» нераспределенная прибыль была отражена уже в размере 56,0 млрд. рублей.

Таким образом, в результате несогласованного снижения размера уставного капитала до 6,5 млрд. рублей в последующем внешне сохранялась благоприятная оценка финансовой деятельности компании, так как нераспределенная прибыль являлась положительной величиной и составляла по итогам 2011 года 53,01 млрд. рублей, по итогам 2012 года 28,64 млрд. рублей. Хотя ее первоначальное формирование в размере 53,0 млрд. рублей связано не с получением доходов, а с искажением бухгалтерской отчетности в результате реорганизации ГК «Роснанотех».

РОСНАНО на основании решений совета директоров было осуществлено пять выпусков облигаций номинальной стоимостью 1,0 тыс. рублей на общую сумму 53 млрд. рублей.

В соответствии с распоряжением Правительства Российской Федерации от 27 ноября 2010 г. № 2091-р предоставлены государственные гарантии Российской Федерации в обеспечение исполнения обязательств ГК «Роснанотех» на сумму до 53 млрд. рублей, в том числе:

на сумму до 5 млрд. рублей в обеспечение кредита, привлекаемого в ОАО «Банк «Санкт-Петербург»;

на сумму до 15 млрд. рублей в обеспечение кредитов, привлекаемых в ОАО «Сбербанк России»;

на сумму до 33 млрд. рублей в обеспечение облигаций, выпущенных ОАО «РОСНАНО».

В соответствии с распоряжением Правительства Российской Федерации от 14 декабря 2011 г. № 2233-р предоставлены гарантии Российской Федерации в обеспечение исполнения обязательств ОАО «РОСНАНО» на сумму до 39 млрд. рублей, в том числе:

на сумму до 20 млрд. рублей в обеспечение облигаций, выпущенных ОАО «РОСНАНО»;

на сумму до 19 млрд. рублей в обеспечение кредитов, привлекаемых в ОАО «Сбербанк России».

ОАО «РОСНАНО» были проведены две дополнительные эмиссии 47 241,7 млн. акций номинальной стоимостью 1 рубль в пользу Российской Федерации. Средства федерального бюджета в сумме 47 241,70 млн. рублей в оплату акций были перечислены Минобрнауки России в ноябре – декабре 2011 года.

Общий объем финансирования деятельности РОСНАНО в 2007–2012 годах составил 259 583,3 млн. рублей, из них:

средства федерального бюджета – 111 841,7 млн. рублей;

привлеченные заемные средства под государственные гарантии Российской Федерации – 106 018,0 млн. рублей, в том числе привлеченные кредиты под государственные гарантии Российской Федерации в сумме

53 018,0 млн. рублей (всего предусмотрено 67 000,0 млн. рублей), привлеченные облигационные займы под государственные гарантии Российской Федерации в сумме 53 000,0 млн. рублей,

иные доходы и поступления – 41 723,6 млн. рублей.

Всего в проверяемый период расходы РОСНАНО составили 196 128,93 млн. рублей, в том числе: в 2007 году – 83,65 млн. рублей; в 2008 году – 3 185,35 млн. рублей; в 2009 году – 40 534,98 млн. рублей; в 2010 году – 45 184,25 млн. рублей; в 2011 году – 59 406,53 млн. рублей; в 2012 году – 47 734,14 млн. рублей.

**8.3.** *Итоговые результаты финансово-хозяйственной деятельности РОСНАНО за пять лет.*

Реорганизация ГК «Роснанотех» была завершена 11 марта 2011 года, о чем в Единый государственный реестр юридических лиц были внесены сведения о прекращении деятельности Корпорации путем реорганизации в форме преобразования в ОАО «РОСНАНО».

Основные показатели финансово-хозяйственной деятельности ОАО «РОСНАНО» за 2011–2012 годы приведены в следующей таблице.

тыс. рублей

| Наименование показателя | 2011 год | 2012 год |
|---|---|---|
| Нематериальные активы | 112 786 | 86 196 |
| Основные средства | 4 257 494 | 4 294 203 |
| Финансовые вложения | 91 293 531 | 100 341 542 |
| в том числе: | | |
| вклады в уставные капиталы | 66 394 345 | 79 273 702 |
| займы на срок более 12 месяцев | 24 899 186 | 21 067 840 |
| дебиторская задолженность | 9 194 040 | 13 709 895 |
| Финансовые вложения (за исключением денежных эквивалентов) | 61 993 905 | 70 346 777 |
| в том числе: | | |
| займы на срок менее 12 месяцев | 4 993 905 | 7 769 397 |
| уставный капитал | 6 500 000 | 53 741 700 |
| нераспределенная прибыль | 53 015 291 | 28 646 795 |
| долгосрочные заемные средства | 67 600 000 | 104 033 873 |
| краткосрочные заемные средства | 382 824 | 3 076 784 |
| кредиторская задолженность | 47 420 128 | 3 852 300 |
| выручка | 2 715 995 | 6 020 716 |
| Чистая прибыль (убыток) | (2 969 038) | (24 369 196) |

Образование убытка в 2012 году в размере 24 369,1 млн. рублей обусловлено как наличием отрицательного финансового результата от текущей деятельности компании в размере 2 526,0 млн. рублей (расчетно), так и формированием ОАО «РОСНАНО» резерва под обесценение финансовых вложений в сумме 21 843,1 млн. рублей, который был включен в состав прочих расходов.

По мнению ОАО «РОСНАНО», сформированный резерв достаточен для компенсации возможных убытков, связанных с устойчивым снижением стоимости финансовых вложений.

При этом необходимо отметить, что Российские стандарты бухгалтерского учета не предполагают проведение обратного действия по повышению стоимости финансовых вложений.

Сведения об обесцененных финансовых вложениях ОАО «РОСНАНО» приведены в следующей таблице.

| Наименование проектной компании | ID (индекс проекта) | Доля ОАО «РОСНАНО» в уставном капитале, (%) | Балансовая стоимость на 31.12.2012 (тыс. рублей) | Резерв под обесценение финансовых вложений (тыс. рублей) |
|---|---|---|---|---|
| Sherigo Resources Limited | 854 | 58,75 | 9 400 058,20 | 9 400 058,20 |
| Monocrcrystal Holdings N.V. | 1551 | 4,98 | 1 177 162,57 | 813 000,00 |
| ItN Nanovation AG | 1302 | 26,63 | 639 702,54 | 245 000,00 |
| ЗАО «Оптиковолоконные системы» | 1050 | 47,73 | 1 295 020,18 | 424 000,00 |
| ЗАО «Галилео Нанотех» | 834 | 48,80 | 923 296,00 | 875 000,00 |
| Plastic Logic Holdings PLC | 1340 | 44,79 | 7 126 113,03 | 3 279 000,00 |
| Nanolek Holdings Limited | 1648 | 48,42 | 911 000,00 | 259 000,00 |
| ЗАО «Новые инструментальные решения» | 448 | 49,98 | 500 300,00 | 38 000,00 |
| ООО «Литий-ионные технологии» | 1241 | 60,00 | 2 422 551,91 | 1 463 000,00 |
| ООО «Коннектор Оптикс» | 952 | 45,01 | 270 060,00 | 270 060,00 |
| ООО «Каттинг энд Технолоджи» | 1945 | 48,28 | 2 599 902,14 | 1 301 000,00 |
| | | Итого | 27 265 166,57 | 18 367 118,20 |

ПБУ 19/02 «Учет финансовых вложений», утвержденным приказом Минфина России от 10 декабря 2002 г. № 126н, под обесценением финансовых вложений понимается устойчивое существенное снижение стоимости финансовых вложений, по которым не определяется их текущая рыночная стоимость, ниже величины экономических выгод, которые организация рассчитывает получить от данных финансовых вложений в обычных условиях ее деятельности.

В соответствии с ПБУ 19/02 обесценение финансовых вложений признается при наличии устойчивого существенного снижения стоимости финансовых вложений, которое характеризуется одновременным наличием следующих условий:

на отчетную дату и на предыдущую отчетную дату учетная стоимость существенно выше их расчетной стоимости;

в течение отчетного года расчетная стоимость финансовых вложений существенно изменялась исключительно в направлении ее уменьшения;

на отчетную дату отсутствуют свидетельства того, что в будущем возможно существенное повышение расчетной стоимости данных финансовых вложений.

Исходя из принципов расчета обесценения финансовых вложений, расчет, произведенный ОАО «РОСНАНО», представляется неполным, так как не

только перечисленные выше проектные компании имеют снижение их финансовых активов.

При этом следует отметить, что в ПБУ 19/02 отсутствует методика определения расчетной стоимости финансовых вложений и организация вправе определять ее самостоятельно.

Единственным акционером ОАО «РОСНАНО» является Российская Федерация.

По состоянию на 31 декабря 2011 года Российской Федерации принадлежало 6 500 тыс. акций; по итогам деятельности ОАО «РОСНАНО» в 2011 году убыток на одну акцию составил 0,4599 рубля.

По состоянию на 31 декабря 2012 года Российской Федерации принадлежало 53 741,7 тыс. акций; по итогам деятельности ОАО «РОСНАНО» в 2012 году убыток на одну акцию составил 0,5313 рубля.

В ходе контрольного мероприятия проведен анализ причин отрицательного результата финансово-хозяйственной деятельности ОАО «РОСНАНО», а также существующих системных проблем, по итогам которого, в частности, выделены следующие существенные факторы:

1) Экономическая несостоятельность проектов, реализуемых с участием РОСНАНО.

Реализация проектов осуществляется при наличии бизнес-плана проекта, определяющего динамику основных финансово-экономических показателей проекта и предусматривающего в последующем возможность для выхода РОСНАНО из проекта с возвратом ранее внесенных денежных средств, а также возмещением действующей процентной ставки в случае предоставления займов. При этом ряд проектов не реализуется в установленные сроки и не является рентабельным либо по причине недостоверности расчетов, на основании которых производилась экономическая оценка проекта, либо в силу ошибок и злоупотреблений, допущенных при фактической реализации проекта.

Часть проектных компаний до настоящего времени не приступила к реализации уставных целей и задач.

2) Снижение суммы чистых активов проектных компаний ниже величины их уставного капитала.

Отрицательные результаты финансово-хозяйственной деятельности и убыточность проектных компаний имеют следствием снижение стоимости чистых активов и превышение величины уставного капитала над суммой чистых активов.

С учетом уменьшения чистых активов общества до уровня ниже величины его уставного капитала и продолжительности такого уменьшения возникают основания, предусмотренные статьей 35 Федерального закона от 26 декабря 1995 г. № 208-ФЗ «Об акционерных обществах», для принятия решений об уменьшении уставного капитала обществ или для принятия решений об их ликвидации. Указанные решения в отношении убыточных проектных компаний в нарушение требований действующего законодательства

об акционерных обществах органами управления проектных компаний, формируемых с участием представителей ОАО «РОСНАНО», не принимаются.

3) Завышение вкладов участников проектных компаний в результате оценки их активов, вносимых в уставный капитал проектных компаний.

Уставный капитал проектных компаний формируется за счет вкладов РОСНАНО и других участников соответствующих проектов. Как показали результаты контрольного мероприятия, вклад РОСНАНО образуется исключительно за счет взноса денежных средств, вклад остальных участников – преимущественно за счет взноса имущества и нематериальных активов, стоимость которого определяется по результатам оценки.

Экономическая обоснованность определения рыночной стоимости материального (нематериального) вклада третьих лиц в ряде случаев вызывает сомнения.

4) Фиктивный или завышенный характер обеспечения, принимаемого РОСНАНО в обеспечение инвестиций в проектные компании.

По данным бухгалтерской отчетности ОАО «РОСНАНО», за 9 месяцев 2012 года на забалансовом счете 008 «Обеспечение обязательств и платежей полученных» числится полученное обеспечение в сумме 150 501,59 млн. рублей. При этом в некоторых проектах в качестве обеспечения принималось имущество, обращение взыскания на которое не может покрыть всех возможных убытков и потерь по осуществленным РОСНАНО инвестициям в проектные компании.

Например, если в целях внесения вклада в уставный капитал проектной компании ООО «НТфарма» по состоянию на 1 июня 2010 года рыночная стоимость 7 объектов интеллектуальной собственности была определена оценщиками в 156,0 млн. рублей, то при получении займа от ГК «Роснанотех» стоимость тех же объектов интеллектуальной собственности была оценена в 3,4 раза выше, то есть в 529,3 млн. рублей. При этом оценка каждого объекта интеллектуальной собственности не прозрачна.

· При оценке имущества, принятого РОСНАНО в залог, во многих случаях не привлекался независимый оценщик, а также не принимались во внимание ликвидность имущества, расходы на его реализацию.

5) Конвертация и реструктуризация задолженностей проектных компаний.

В некоторых случаях с учетом экономической несостоятельности проектов РОСНАНО проводится реструктуризация задолженности, позволяющая отсрочить стадию банкротства проектных компаний и скрыть реальные финансовые результаты их деятельности.

В частности, по итогам деятельности ЗАО «Оптоган» за период с 2010 года по сентябрь 2011 года был получен убыток в общей сумме 2 355,77 млн. рублей. Правлением ОАО «РОСНАНО» (протокол от 4 декабря 2012 г. № 45) с учетом указанных результатов реализации проекта принято решение о рефинансировании проекта в сумме 2 000,00 млн. рублей путем

конвертации займа (1 453,00 млн. рублей), процентов по займу (325,81 млн. рублей) и оплате дополнительной эмиссии акций (221,19 млн. рублей).

6) Реализация проектов, которые или однозначно не относятся к наноиндустрии (нанотехнологиям), или же имеют отрицательные заключения некоторых экспертов.

Например, ГК «Роснанотех» в качестве инвестиционного проекта в 2009 году был профинансирован проект ID 821 «Формирование российского склада-каталога химических и биохимических реактивов», основной целью которого является организация в г. Москве склада импортных химических и биохимических реактивов. Данный проект является проектом организации посреднической торговли химическими реактивами и медицинским оборудованием и не соотносится с целями и задачами ОАО «РОСНАНО», что в первую очередь подтверждается тем, что выручка указанной организации в 2010–2012 годах ни разу не была включена в выручку проектных компаний РОСНАНО, производящих нанопродукцию.

Кроме того, несмотря на наличие экспертных заключений о том, что проект ID «Нанофабрикация асферических оптических элементов» построен на технологиях 70 – 80 годов прошлого века и не содержит инновационной составляющей, органами управления ГК «Роснанотех» в 2008 году было принято решение о его финансировании. В итоге выделенные денежные средства в размере более 4,3 млн. евро находились на счете компании-нерезидента более девяти месяцев и были возвращены Корпорации по причине отказа соинвестора от реализации проекта.

7) Реализация проектов на базе как российских, так и иностранных компаний, находящихся в предбанкротном состоянии или даже под внешним управлением.

Более детальное подтверждение указанных выше данных приведено в следующем разделе отчета, детализирующем реализацию некоторых проектов.

### 8.4 Деятельность РОСНАНО по финансированию проектов в сфере нанотехнологий.

Предынвестиционная стадия рассмотрения заявок на финансирование проектов в РОСНАНО укрупненно включает в себя следующие этапы: входная экспертиза; комплексная экспертиза (научно-техническая экспертиза, инвестиционная экспертиза (финансово-экономическая, юридическая, производственная, патентная и др.); рассмотрение заявок на научно-техническом совете; рассмотрение заявок на заседаниях коллегиальных консультативных органов и органов управления; рассмотрение и утверждение проектов органами управления РОСНАНО.

Несмотря на сложную и многоступенчатую систему предынвестиционной стадии рассмотрения заявок на финансирование проектов, многие проекты РОСНАНО одобрялись к финансированию вопреки серьезным и обоснованным замечаниям со стороны научно-технического совета, а также выявленным рискам и проблемам при проведении комплексной экспертизы проектов.

14

В 2008–2012 годах в РОСНАНО поступило 2 227 заявок на финансирование проектов, из них одобрено к финансированию было всего 155 проектов, или менее 7 % от общего количества заявок.

Материалы проверки свидетельствуют о том, что начиная с 2009 года количество поданных заявок на финансирование снижается. Так, в 2008 году было подано 760 заявок, в 2009 году – 685 заявок, в 2010 году – 439 заявок, в 2011 году – 229 заявок, в 2012 году всего 114 заявок. Это, в свою очередь, свидетельствует о снижении интереса хозяйствующих субъектов к реализации совместных проектов с РОСНАНО.

Из 155 одобренных в 2008–2012 годах к финансированию проектов фактически было профинансировано 105 проектов, при этом со стороны РОСНАНО инвестиции составили 134 052,0 млн. рублей, со стороны соинвесторов – 131 934,62 млн. рублей.

К эффективным проектам, которые были рассмотрены в ходе контрольного мероприятия, можно отнести проект ID 476 «Освоение технологии и организация производства высокобарьерных полимерных пленок с целью расширения производства гибкой упаковки», реализуемый проектной компанией ООО «ДАНАФЛЕКС-НАНО» на территории Республики Татарстан.

В рамках 25 проектов РОСНАНО предусмотрено перечисление за рубеж организациям-нерезидентам 56 097 млрд. рублей, из которых на 31 декабря 2012 года перечислено 47 369,5 млн. рублей, что составляет 35,3 % от общего объема профинансированных РОСНАНО проектов.

В свою очередь, организации-нерезиденты должны направить в Российскую Федерацию 73 351,0 млн. рублей, из которых направлено 23 023,5 млн. рублей, или 31,4 % от объема имеющихся обязательств. На момент проверки установить экономический эффект от произведенных вложений не представляется возможным.

При этом в ходе выборочной проверки установлено, что в некоторых случаях денежные средства, поступающие в Российскую Федерацию от компаний-нерезидентов, в последующем вновь перечисляются за рубеж.

Например, в рамках проекта ID 1340 «Plastic Logic» РОСНАНО было перечислено 7 126,1 млн. рублей компании «Plastic Logic Holding» (Ирландия), которая в полоном объеме выполнила взятые на себя обязательства и перечислила своей дочерней компании в Российской Федерации ЗАО «Пластик Лоджик» 7 266,5 тыс. рублей, из них 5 764,0 млн. рублей, или 79,3 % в последующем было направлено за рубеж в виде займа компании «Plastic Logic Luxemburg» (Люксембург).

На этом фоне удельный вес ведущих российских научных организаций, получивших финансирование, незначителен.

В следующем разделе отчета отражены некоторые аспекты реализации РОСНАНО отдельных проектов за пределами Российской Федерации.

8.4.1 Проект ID 1340 «Plastic Logic; организация производства дисплеев и других устройств с использованием технологий пластиковой электроники нового поколения»

Правлением ГК «Роснанотех» на начальном этапе 20 апреля 2010 года было утверждено решение о финансировании на территории Российской Федерации проекта «Plastic Logic; организация производства дисплеев и других устройств с использованием технологий пластиковой электроники нового поколения» (далее по разделу – проект), в рамках которого планировалась реализация инвестиционного проекта (совместно с компаниями-нерезидентами, входящими в группу компаний Plastic Logic) по строительству и пуску в эксплуатацию нового научно-производственного предприятия по производству дисплеев из гибкого пластика (трансфер технологий) в особой экономической зоне в Ленинградской области путем совместного участия, в специальной проектной компании, учреждаемой в соответствии с законодательством Российской Федерации в форме закрытого акционерного общества, в виде вклада в уставный капитал по линии Корпорации средств в размере 230 млн. долларов США.

Указанная технология принадлежит группе компаний Plastic Logic во главе с публичной компанией с ограниченной ответственностью «Пластик Лоджик Холдинг» (Plastic Logic Holding Public Limited Company; Ирландия), являющейся фактическим собственником всего выпущенного капитала компании «Пластик Лоджик Люксембург» (Plastic Logic Luxemburg S.a.R.L), которая, в свою очередь, на предынвестиционной стадии являлась фактическим собственником, владеющим (прямо или косвенно) всем капиталом компаний «Пластик Лоджик Великобритания» (Plastic Logic Limited), «Пластик Лоджик Германия» (Plastic Logic Gmbh), «Пластик Лоджик США» (Plastic Logic, Inc).

ЗАО «Пластик Лоджик» было зарегистрировано 23 июня 2010 года.

В соответствии с основными условиями финансирования проекта (с учетом изменений на июль 2010 года) предполагаемая общая сумма финансирования проекта (исключая неденежные вклады) – 770 млн. долларов США (изначально планировалось 670 млн. долларов США), в том числе: вклад в размере 230 млн. долларов США в уставный капитал ЗАО «Пластик Лоджик», предоставляемый ГК «Роснанотех»; сумма в размере 50 млн. долларов США, предоставляемая кредитором (ОАО «МДМ Банк») ЗАО «Пластик Лоджик» в качестве промежуточного кредита; заемное финансирование на сумму 100 млн. долларов США, предоставляемое кредитором (ОАО «Банк Санкт-Петербург») в качестве заемного капитала; вклад в размере 120 млн. долларов США в уставный капитал ЗАО «Пластик Лоджик», предоставляемый инвестором (3-я сторона); вклад в размере 100 млн. долларов США в уставный капитал ЗАО «Пластик Лоджик», предоставляемый компанией «Пластик Лоджик Холдинг», а также сумма в размере 170 млн. долларов США, предоставляемая компанией «Пластик Лоджик Холдинг» в пользу ЗАО «Пластик Лоджик» в виде займа.

По линии компании «Пластик Лоджик Холдинг» планировалось внесение в счет уставного капитала ЗАО «Пластик Лоджик» неденежных вкладов на общую сумму не менее 370 млн. долларов США, включая: 100 % акций компании «Пластик Лоджик Германия», владеющей действующим производством гибких дисплеев в г. Дрездене (Германия), на сумму порядка 170 млн. долларов США с учетом стоимости производственных активов; интеллектуальную собственность на сумму порядка 190 – 200 млн. долларов США путем заключения соответствующих лицензионных соглашений на использование технологий (передача интеллектуальной собственности).

На данном этапе согласно графику финансирования строительства завода развитие ЗАО «Пластик Лоджик» и увеличение мощности завода до 2,1 млн. единиц продукции в год планировалось реализовать в срок до 31 декабря 2013 года.

Как было установлено, указанная выше схема реализации проекта посредством внесения сторонами средств в уставный капитал ЗАО «Пластик Лоджик» не была осуществлена.

Средства РОСНАНО в сумме 7 126,11 млн. рублей (эквивалент 230 млн. долларов США) не были направлены на установленную изначально цель – развитие нанотехнологического производства на территории Российской Федерации.

Установлено, что:

строительство завода на территории Российской Федерации не осуществляется и, по имеющейся информации, осуществляться не будет, что обусловлено отсутствием экономической целесообразности;

передача в виде вклада в уставной капитал ЗАО «Пластик Лоджик» продуктов интеллектуальной собственности группы компаний Plastic Logic не осуществлена и трансфер технологий не произведен, соответствующие лицензионные соглашения с ЗАО «Пластик Лоджик» не заключались.

Подобная ситуация сложилась в результате того, что в соответствии с решениями органов управления ОАО «РОСНАНО» указанный проект на протяжении всего процесса его реализации претерпевал существенные изменения в части стратегии его реализации, также была изменена схема движения инвестиционных средств.

Так, в соответствии с решением ГК «Роснанотех» (октябрь 2010 года), одобренным наблюдательным советом, участие Корпорации в проекте было осуществлено посредством приобретения акций компании «Пластик Лоджик Холдинг» как проектной компании на общую сумму 7 126,11 млн. рублей (эквивалент 230 млн. долларов США) в рамках заключенных договоров купли-продажи, в том числе: по договору купли-продажи акций от 10 декабря 2010 года перечислено 4 647,46 млн. рублей (эквивалент 150 млн. долларов США); по договору купли-продажи акций от 29 сентября 2011 года перечислено 2 478,64 млн. рублей (эквивалент 80 млн. долларов США). При

этом доля ГК «Роснанотех» в компании «Пластик Лоджик Холдинг» составила 43,89 %.

Далее в соответствии с условиями заключенного инвесторами-подписчиками (ГК «Роснанотех», второй инвестор Oak Investment Partners XII, PL, компании группы Plastic Logic) в декабре 2010 года акционерного соглашения (в новой редакции) (далее – акционерное соглашение) компания «Пластик Лоджик Холдинг» из средств, полученных от ГК «Роснанотех», осуществила 2 денежных перевода на общую сумму 7 037,40 млн. рублей (98,8 % средств, разница 88,71 млн. рублей) в пользу дочерней компании «Пластик Лоджик Люксембург», в том числе: 16 декабря 2010 года – в сумме 4 647,40 млн. рублей (в виде займа); 18 октября 2011 года – в сумме 2 390,0 млн. рублей.

Следует отметить, что ЗАО «Пластик Лоджик» 9 августа 2010 года в рамках договора займа от 28 июля 2010 г. № 2 (далее – договор займа № 2) также направило в пользу компании «Пластик Лоджик Люксембург» на общие корпоративные цели средства в сумме 1 459,90 млн. рублей (эквивалент 49 млн. долларов США), источником которых являлся бридж-кредит ОАО «МДМ Банк» по кредитному договору от 20 июля 2010 г. № 09.18/10.63 (далее – кредит ОАО «МДМ Банк»), выданный под поручительство ГК «Роснанотех».

В свою очередь, в соответствии с измененными основными условиями финансирования и акционерным соглашением компания «Пластик Лоджик Люксембург» в рамках заключенных договоров приобрела акции ЗАО «Пластик Лоджик» (100 % доли) в количестве 4 541 550 штук (акции обыкновенные именные бездокументарные номинальной стоимостью 1 тыс. рублей за акцию) на общую сумму 7 266,48 млн. рублей (по цене 1,6 тыс. рублей за акцию).

Приобретение акций было осуществлено:

посредством перечисления в период с 17 по 27 декабря 2010 года (в том числе за счет инвестиций ГК «Роснанотех» в сумме 4 647,40 млн. рублей) по договору займа от 19 ноября 2010 г. № 3 (далее – договор займа № 3) средств в пользу ЗАО «Пластик Лоджик» в размере 4 908,04 млн. рублей (эквивалент 160 млн. долларов США) (далее – транш № 1), из которых в ноябре 2011 года сумма оставшихся денежных обязательств по договору займа № 3 в размере 4 876,48 млн. рублей была переведена в акционерный капитал ЗАО «Пластик Лоджик» путем зачета встречных требований в счет оплаты акций ЗАО «Пластик Лоджик» в количестве 3 047 800 штук по договору купли-продажи акций от 1 ноября 2011 г. № 11-1, заключенному сторонами;

по договору купли-продажи акций от 3 ноября 2011 г. № 11-2 в количестве 1 493 750 штук на общую сумму 2 390,0 млн. рублей (средства перечислены 10 ноября 2011 года) (далее – транш № 2).

15 декабря 2011 года решением № 13 единственного акционера – компании с ограниченной ответственностью «Пластик Лоджик Люксембург» утвержден устав ЗАО «Пластик Лоджик» в новой редакции, согласно которому

уставный капитал составляет 4 541,56 млн. рублей (состоит из 4 541 560 штук обыкновенных именных акций номинальной стоимостью 1 тыс. рублей за акцию). Средства в размере 2 724,92 млн. рублей (включая 2 390,00 млн. рублей; 334,92 млн. рублей – оставшаяся разница между фактической и номинальной стоимостью акций, приобретенных по договору от 1 ноября 2011 г. № 11-1) направлены в ЗАО «Пластик Лоджик» в качестве добавочного капитала (ввиду приобретения одной акции по цене 1,6 тыс. рублей за 1 штуку).

Фактически ввиду изменения стратегии реализации проекта средства, перечисленные компанией «Пластик Лоджик Люксембург» в ЗАО «Пластик Лоджик» в 2010–2011 годах в общей сумме 7 298,04 млн. рублей (сумма траншей № 1 и № 2), источником которых являлись инвестиции Корпорации, а также частично средства, по которым Корпорация выступала поручителем, полученные компанией «Пластик Лоджик Люксембург» от ЗАО «Пластик Лоджик» по договору займа № 2 (за счет кредита ОАО «МДМ Банк»), на строительство производственного предприятия на территории Российской Федерации не направлялись, а были направлены на обратную выдачу внутригрупповых займов в пользу «Пластик Лоджик Люксембург» и на полное погашение кредита ОАО «МДМ Банк» и кредитной линии на сумму 4 060,0 млн. рублей, открытой в ОАО «Банк «Санкт-Петербург» по кредитному договору от 9 декабря 2011 г. № 0000-11-05672 (далее – кредит ОАО «Банк «Санкт-Петербург»), за счет которых также осуществлялась выдача займов в пользу компании «Пластик Лоджик Люксембург».

Так, например, из суммы транша № 1 в размере 4 908,04 млн. рублей:

20 декабря 2010 года средства в общей сумме 1 512,68 млн. рублей были направлены на погашение кредита ОАО «МДМ Банк» (с учетом процентов и комиссии за пролонгацию кредита), полученного под поручительство ГК «Роснанотех»; ранее, 9 августа 2010 года, средства в сумме 1 459,90 млн. рублей были предоставлены на общие корпоративные цели компании «Пластик Лоджик Люксембург» (эквивалент 49 млн. долларов США) в рамках договора займа № 2;

29 декабря 2010 года средства в общей сумме 1 203,95 млн. рублей (эквивалент 20 млн. долларов США и 15 млн. евро) дополнительно 2 траншами предоставлены в пользу «Пластик Лоджик Люксембург» по договору займа № 2;

1 и 2 августа 2011 года средства в общей сумме 1 386,16 млн. рублей (эквивалент 25 млн. долларов США и 17,51 млн. евро) предоставлены в пользу «Пластик Лоджик Люксембург» по договору займа от 29 июля 2011 г. № 4 (далее – договор займа № 4).

Из суммы транша № 2 (2 390,00 млн. рублей) средства с размере 1 561,54 млн. рублей (без учета процентов) впоследствии (июль 2012 года) были направлены на полное погашение кредита ОАО «Банк «Санкт-Петербург» в части, не покрытой отозванным из кредитной организации депозитом в размере 2 498,46 млн. рублей, размещенных на депозитном счете в данной

кредитной организации, из общей суммы полученных средств по кредиту в размере 4 060,0 млн. рублей.

Следует отметить, что из общей суммы кредитной линии 4 060,0 млн. рублей средства, не размещаемые на депозите в размере 1 561,54 млн. рублей (эквивалент 50 млн. долларов США), по которым поручителем выступает ОАО «РОСНАНО», 12 декабря 2011 года также были перечислены ЗАО «Пластик Лоджик» в пользу компании «Пластик Лоджик Люксембург» по договору займа от 9 декабря 2011 г. № 7 (далее – договор займа № 7).

Остальные средства по кредиту ОАО «Банк «Санкт-Петербург» ЗАО «Пластик Лоджик» конвертировались в валюту, и производилось их размещение на депозитных счетах в различных кредитных организациях и частично путем денежного вклада в имущество дочерней компании «Пластик Лоджик Германия»; впоследствии, 4 июля 2012 года, часть средств от продажи валюты направлена на полное погашение указанного кредита с процентами (сумма процентов 213,48 млн. рублей), в том числе средства, размещенные на депозитном счете (включая средства транша № 2 в размере 2 390,00 млн. рублей).

Часть валютных средств также направлялась в пользу компании «Пластик Лоджик Люксембург». Так, например, средства в размере 152,48 млн. рублей (эквивалент 3,1 млн. фунтов стерлингов) 25 декабря 2012 года были направлены по договору займа от 11 декабря 2012 г. № 8 (далее – договор займа № 8).

Общая сумма выданных займов ЗАО «Пластик Лоджик» в пользу компании «Пластик Лоджик Люксембург» за период 2010–2012 годов составила 5 764,04 млн. рублей.

Следует отметить, что займы предоставляются под льготный процент (от 3 % до 10,4 % годовых и на льготных условиях (на срок до 31 декабря 2020 года). Все договоры займа подписаны одним физическим лицом – Люси Генриеттой Кук, действующей от имени ЗАО «Пластик Лоджик» по доверенности и в качестве директора от компании «Пластик Лоджик Люксембург». Фактически оплата по займам не осуществляется, а производится полное или частичное погашение в результате применяемых юридических схем зачета взаимных требований.

Так, например:

в рамках договора займа № 2, по которому общая сумма займа в пользу компании «Пластик Лоджик Люксембург» составила 2 663,85 млн. рублей, стороны по договорам цессии от 19 ноября 2010 г. № 1 и № 2 провели зачет задолженности компании «Пластик Лоджик Люксембург» по договору займа № 2 в сумме 91,97 млн. долларов США (2 728,60 млн. рублей) к общей сумме уступки прав требований по денежным обязательствам компании «Пластик Лоджик Германия» перед компанией «Пластик Лоджик Люксембург» (по состоянию на 31 января 2011 года) в сумме 100,75 млн. долларов США, в результате чего у ЗАО «Пластик Лоджик» возникла кредиторская

задолженность перед компанией «Пластик Лоджик Люксембург» в сумме 8,78 млн. долларов США. В свою очередь, компания «Пластик Лоджик Германия» в подтверждение задолженности перед ЗАО «Пластик Лоджик» в рамках договора от 31 марта 2011 года, заключенного между компаниями, выпустила вексель на сумму 2 992,24 млн. рублей в пользу ЗАО «Пластик Лоджик»;

в рамках договора займа № 4 по которому общая сумма займа в пользу компании «Пластик Лоджик Люксембург» составила 1 386,16 млн. рублей (эквивалент 25 млн. долларов США и 17,5 млн. евро), стороны произвели зачет общей суммы задолженности ЗАО «Пластик Лоджик» в сумме 1 003,03 млн. рублей в задолженности компании «Пластик Лоджик Люксембург» по основной сумме 1 386,16 млн. рублей по договору займа № 4. При этом в сумму задолженности ЗАО «Пластик Лоджик» включена кредиторская задолженность по договору займа № 2 в сумме 8,78 млн. долларов США (эквивалент 243,06 млн. рублей) и 759,97 млн. рублей – сумма, подлежащая уплате по договору купли-продажи акций от 30 ноября 2010 года, согласно которому ЗАО «Пластик Лоджик» приобрело у компании «Пластик Лоджик Люксембург» 100 % доли компании «Пластик Лоджик Германия».

В целом общая сумма задолженности компаний Plastic Logic, сложившейся в результате политики предоставления внутригрупповых займов, перед компанией группы ЗАО «Пластик Лоджик» составила по состоянию (с учетом процентов) на 1 апреля 2013 года  5 471,32 млн. рублей, из них:

вексель компании «Пластик Лоджик Германия» в результате уступки прав требований в рамках договора займа № 2 – 3 179,94 млн. рублей (с учетом начисленных процентов);

задолженность компании «Пластик Лоджик Люксембург» в общей сумме 2 291,38 млн. рублей, в том числе: по договору займа № 4 – 400,20 млн. рублей; по договору займа № 7 – 1 737,36 млн. рублей; по договору займа № 8 – 153,70 млн. рублей.

Деятельность ЗАО «Пластик Лоджик» за период 2011–2012 годов убыточна, по состоянию на 31 декабря 2012 года убыток общества увеличился более чем в 3 раза по сравнению с предыдущим периодом и составил 385,19 млн. рублей (на 31 декабря 2011 года составлял 122,79 млн. рублей).

Фактически общество не осуществляет никакой производственной деятельности; из общего остатка средств на счетах по состоянию на 1 апреля 2013 года в сумме 620,23 млн. рублей 617,31 млн. рублей размещены на депозитах.

Таким образом, выводы в отношении реализации указанного проекта представляются следующими:

реализация проекта не направлена на достижение установленной цели деятельности РОСНАНО – развитие нанотехнологий и нанотехнологического производства на территории Российской Федерации. Изначально предусмотренная цель участия в проекте ГК «Роснанотех» –

строительство завода по производству гибких дисплеев на территории Российской Федерации – не достигнута и в ближайшем будущем реализовываться не будет ввиду отсутствия экономической целесообразности, в связи с чем также и не осуществлен приток новых технологий и продуктов интеллектуальной собственности в Российскую Федерацию;

принимаемые органами управления РОСНАНО решения фактически привели к созданию убыточной компании-резидента ЗАО «Пластик Лоджик» и к ситуации, насущной проблемой которой являются необходимость кардинального изменения стратегии развития проекта и поиск новых решений его развития, в частности, путем переформатирования бизнеса и поиска новой стратегии развития группы компаний Plastic Logic, уже не предусматривающей использование инвестиций ОАО «РОСНАНО» исключительно для российского проекта, что, в свою очередь, обусловило использование указанных инвестиций компаниями группы Plastic Logic не на территории Российской Федерации, а посредством внутригрупповых займов, получаемых от ЗАО «Пластик Лоджик» и направляемых на корпоративные цели группы, включая развитие действующего производства в Германии;

фактически ввиду изменения стратегии реализации проекта средства, перечисленные компанией «Пластик Лоджик Люксембург» в ЗАО «Пластик Лоджик» в 2010–2011 годах в общей сумме 7 298,04 млн. рублей, источником которых являлись инвестиции Корпорации и частично средства, по которым Корпорация выступала поручителем, на строительство производственного предприятия на территории Российской Федерации не направлялись, а были направлены на обратную выдачу внутригрупповых займов в пользу «Пластик Лоджик Люксембург» и на полное погашение кредитов ЗАО «Пластик Лоджик» перед кредитными организациями (ОАО «МДМ Банк» и ОАО «Банк «Санкт-Петербург»), за счет которых также осуществлялась выдача займов в пользу компании «Пластик Лоджик Люксембург»;

использование практики предоставления долгосрочных льготных внутригрупповых займов группы Plastic Logic и их зачетов по различным юридическим схемам зачета взаимных требований привело к оттоку финансовых активов из ЗАО «Пластик Лоджик» и наличию задолженности группы компаний Plastic Logic перед компанией группы ЗАО «Пластик Лоджик» в сумме 5 471,32 млн. рублей (по состоянию на 1 апреля 2013 года), включая вексельное обязательство компании «Пластик Лоджик Германия» (100 % доли которого в результате зачетной схемы по займу перешло в собственность ЗАО «Пластик Лоджик») на сумму 3 179,94 млн. рублей и задолженность компании «Пластик Лоджик Люксембург» в общей сумме 2 291,38 млн. рублей по действующим договорам займа;

по итогам 2012 года ОАО «РОСНАНО» из общей суммы балансовой стоимости в размере 7 126,11 млн. рублей по компании «Пластик Лоджик Холдинг» сумма в размере 3 279,0 млн. рублей (46 %) была заложена в резерв под обесценение финансовых вложений.

### 8.4.2. Проект ID 1549 «Роснано капитал»: создание международного фонда нанотехнологий»

В 2009 году руководством ГК «Роснанотех» было принято решение о реализации проекта «Роснано капитал»: создание международного фонда нанотехнологий» (далее в разделе – проект).

В соответствии с решениями органов управления ГК «Роснанотех» в реализацию проекта планировалось инвестировать 1,0 млрд. долларов США. Основными условиями участия дочерней РОСНАНО компании в совместных международных фондах нанотехнологий являлись следующие:

ее доля не должна была превышать 50 % от общего размера каждого отдельного совместного международного фонда;

наличие обязательств международных фондов по финансированию проектов с привязкой в России на сумму не менее коммитмента РОСНАНО в данных фондах.

При этом согласно мнению члена наблюдательного совета ГК «Роснанотех», директора НИЦ «Курчатовский институт» М.В.Ковальчука в материалах, представленных наблюдательному совету ГК «Роснанотех», не было дано полноценного обоснования необходимости создания подобной структуры, в то время как оставались без финансирования значимые для развития отечественной нанотехнологической индустрии инфраструктурные, образовательные проекты, а также «мегапроекты» и НИОКР, ранее финансировавшиеся Минобрнауки России в рамках федеральных целевых программ.

По мнению члена наблюдательного совета ГК «Роснанотех» В.А.Дмитриева, создание управляющей компании должно было осуществляться с участием российских финансовых институтов.

Компания Rusnano Capital A.G. зарегистрирована в г. Цюрихе (Швейцария) и является 100-процентной дочерней компанией РОСНАНО. Согласно Уставу компании Rusnano Capital A.G. основным предметом ее деятельности является оказание консультационных услуг по инвестициям в области высоких технологий, а также нанотехнологий в России.

Компания Fonds Rusnano Capital S.A. является акционерным обществом, созданным и действующим по законодательству Великого Герцогства Люксембург. Согласно Уставу компании Fonds Rusnano Capital S.A. предметом ее деятельности являются холдинговая деятельность в любой форме в отношении люксембургских и иностранных компаний, любые формы инвестиций, приобретений путем покупки или подписки или любым иным способом, уступка ценных бумаг путем продажи, обмена или любым другим способом, а также управление, контроль и развитие своего портфеля.

Штатная численность Fonds Rusnano Capital S.A. (Люксембург) составляет всего 3 человека (совет директоров; в его составе в том числе числится И.М.Рапопорт).

Штатная численность Rusnano Capital A.G. (Швейцария) составляет всего 5 человек, включая совет директоров, в состав которого входят А.Б.Чубайс, О.В.Киселев, И.М.Рапопорт.

Фактическое управление проектом осуществляет дочерняя Rusnano Capital AG компания ООО «РУСНАНО Капитал» (генеральный директор И.М.Рапопорт).

В 2010–2012 годах РОСНАНО было перечислено на счета Fonds Rusnano Capital S.A. 440,0 млн. долларов США, при этом в адрес международных фондов нанотехнологий было перечислено всего 128,9 млн. долларов США (29,3 % от выделенных средств).

Таким образом, 311,1 млн. долларов США (70,7 % выделенных средств), перечисленных РОСНАНО в адрес Fonds Rusnano Capital S.A., не используются для целей привлечения иностранных инвестиций в совместные международные фонды нанотехнологий. Указанные средства размещаются на депозитах в иностранных банках, а также за счет указанных средств осуществляется купля-продажа ценных бумаг различных компаний, в том числе компаний «Алроса», «Эмират Айр», «Евраз Групп» и др.

Кроме того, часть указанных средств в сумме 1,9 млн. долларов США в 2011–2012 годах была израсходована на услуги ООО «РУСНАНО Капитал» по договору оказания консультационных услуг. В состав консультационных услуг входили маркетинговые, юридические, инжиниринговые и прочие услуги административного характера, а также услуги по отбору банковских организаций для целей размещения на депозитах свободных денежных средств. Помимо этого, дополнительным соглашением к договору оказания консультационных услуг была предусмотрена выплата дополнительного ежегодного вознаграждения ООО «РУСНАНО Капитал». В дополнение к этому Fonds Rusnano Capital S.A. было израсходовано 1,3 млн. долларов США на услуги финансового консультанта (компания Axioma Wealth Management AG).

При этом средства, перечисленные ОАО «РОСНАНО» в Fonds Rusnano Capital S.A., были предназначены для инвестирования в международные фонды нанотехнологий. Для целей управления Fonds Rusnano Capital S.A. была создана компания Rusnano Capital A.G., функцией которой как раз и являлось оказание консультационных услуг по инвестициям в области высоких технологий. Для целей обеспечения функционирования Rusnano Capital A.G. РОСНАНО была перечислена в данную компанию сумма, эквивалентная 195,0 млн. рублей.

Таким образом, имеются признаки нецелевого использования средства Fonds Rusnano Capital S.A. в сумме 3,2 млн. долларов США на консультационные услуги сторонних организаций, при этом данные функции были возложены на Rusnano Capital A.G.

Кроме того, имеются признаки аффилированности при заключении и реализации договора оказания консультационных услуг, так как И.М.Рапопорт

одновременно являлась членом совета директоров Fonds Rusnano Capital S.A. и генеральным директором ООО «РУСНАНО Капитал».

Fonds Rusnano Capital S.A. были приняты обязательства по инвестированию средств в следующие фонды: Celtic Pharma Holdings II LP (о. Гернси, Нормандские острова, Великобритания) (оффшор); Celtic Pharma Holdings III LP (о. Гернси, Нормандские острова, Великобритания) (оффшор); Азиатский нанотехнологический фонд (Южная Корея); NANOENERGO FUND LIMITED (Кипр) (оффшор); I2BF-RNC STRATEGIC RESOURCES FUND L.P. (Каймановы острова) (оффшор).

Средства фонда Celtic Pharma Holdings II LP (вклад ОАО «РОСНАНО» – 51,8 млн. долларов США) были инвестированы в проектные компании, расположенные на Мальте и в Великобритании.

При этом фонд Celtic Pharma Holdings II LP обязался предпринимать попытки помочь РОСНАНО достичь стратегических целей по оказанию содействия Российской Федерации в разработке базы для нанотехнологий, которая позволит Российской Федерации стать важным глобальным разработчиком и поставщиком новых технологий.

Указанные инвестиционные обязательства фондом Celtic Pharma Holdings II LP перед РОСНАНО выполнены не были. Инвестиции фонда Celtic Pharma Holdings II LP в российские компании (ООО «Про Боно Био» и ОАО «Про Боно Био») составили всего 2,0 млн. рублей, что несопоставимо с вложениями РОСНАНО в указанный фонд (51,8 млн. долларов США).

Российские компании фонда Celtic Pharma Holdings II LP занимаются импортом и дистрибуцией в России двух медицинских продуктов. Намерение указанных компаний в дальнейшем заниматься локализацией производства лекарственных препаратов и товаров медицинского назначения на территории Российской Федерации документально не подтверждено.

Средства РОСНАНО в сумме 150,0 млн. долларов США, перечисленные в Fonds Rusnano Capital S.A. для участия в фонде Celtic Pharma Holdings III LP еще в 2010 году, до настоящего времени в сферу нанотехнологий не инвестированы и продолжают оставаться на счетах Fonds Rusnano Capital S.A.

При этом фонд Celtic Pharma Holdings III LP обязался в качестве инвестиционного требования посредством компании «Про Боно Био», инвестировать средства в фармацевтическое производство и создать структуру для продвижения и продажи фармацевтических и биотехнологических продуктов.

Фактически исполнение условий финансирования Celtic Pharma Holdings III L.P. (в части компании «Про Боно Био») было начато фондом Celtic Pharma Holdings II LP, что не было предусмотрено инвестиционными требованиями к фонду Celtic Pharma Holdings II LP. Таким образом, имеется риск, что Celtic Pharma Holdings II LP не будет развивать деятельность своих проектных компаний (ООО «Про Боно Био» и ОАО «Про Боно Био») до уровня фармацевтического производства на территории Российской Федерации.

Как минимум 50 % инвестированного капитала Азиатского нанотехнологического фонда должно было размещаться в нанотехнологические проекты в России.

В настоящий момент указанный фонд находится в стадии ликвидации. Средства ОАО «РОСНАНО» в сумме 0,49 млн. долларов США были инвестированы в данный фонд безрезультативно.

Основной задачей фонда NANOENERGO FUND LIMITED является увеличение капитала в долгосрочной перспективе за счет инвестиций в акционерный капитал компаний, реализующих проекты в области современных нанотехнологий и инноваций в секторах эффективного использования ресурсов и энергии в России.

Средства фонда NANOENERGO FUND LIMITED не направлялись на указанные цели. Всего в данный фонд со стороны ОАО «РОСНАНО» было инвестировано 50,0 млн. долларов США.

При этом фонд NANOENERGO FUND LIMITED указывал на риски, связанные с инвестициями в него, в том числе на отсутствие гарантии достижения инвестиционной цели; риски неликвидности; риски неэффективного управления; риск отсутствия дохода по инвестициям.

Целью партнерства I2BF-RNC Strategic Resources Fund является инвестирование в иностранные (нероссийские) компании, разрабатывающие инновационные технологии или проекты в ресурсном секторе, нацеленном на развитие и применение таких технологий в Российской Федерации.

Средства I2BF-RNC Strategic Resources Fund были инвестированы в акции компании Solix Biosystems Inc. (США, Штат Колорадо), учредившей дочернюю компанию в России ООО «Соликс БиоСистемз Восток». Размер уставного капитала ООО «Соликс БиоСистемз Восток» составляет всего 15,0 тыс. рублей, что несопоставимо с вложениями ОАО «РОСНАНО» в указанный фонд (26,6 млн. долларов США).

Таким образом, изложенное свидетельствует о том, что средства ОАО «РОСНАНО» в общей сумме почти 13,5 млрд. рублей, перечисленные в дочерние компании Fonds Rusnano Capital S.A. (Люксембург) и Rusnano Capital AG (Швейцария), не были направлены на цели развития нанотехнологий в Российской Федерации и остаются за рубежом.

В следующем разделе отчета отражены вопросы реализации РОСНАНО отдельных проектов на территории Российской Федерации.

### 8.4.3. Проект ID 1000 «Строительство завода по производству солнечных модулей на базе технологии «тонких пленок» Oerlikon».

В 2009 году руководством ГК «Роснанотех» было принято решение об участии в реализации проекта «Строительство завода по производству солнечных модулей на базе технологии «тонких пленок» Oerlikon» (далее в разделе – проект). Соинвестором по проекту выступила кипрская компания

«Белуна Инвестментс Лимитед», входящая в холдинг ROS-Holding ltd. (холдинг «Ренова Оргсинтез»).

На предынвестиционной стадии проекта экспертами научно-технического совета ГК «Роснанотех» указывалось на следующие проблемы, которые существенно повышают риски при реализации проекта:

неоправданно высок запрашиваемый объем инвестиций; стоимость аналогичного проекта компании Applied Material составляет не более 200,0 млн. долларов США;

в представленных на экспертизу материалах отсутствовал график освоения всех видов инвестиционных средств по назначению, что не позволяло экспертам оценить их целевое использование;

преимущества расположения предприятия на территории Российской Федерации были недостаточно обоснованы с точки зрения конкурентных преимуществ, наличия сырьевых ресурсов и комплектующих, количества создаваемых рабочих мест и других социальных факторов;

после реализации проекта исследования и разработки будут по-прежнему сосредоточены в центрах технологических разработок Oerlikon Solar в Швейцарии, а на основе планируемой к созданию в рамках проекта научно-производственной лаборатории в Российской Федерации будут проводиться лишь текущие измерения характеристических параметров и контроль качества продукции;

в проекте некорректно указывалось, что тонкопленочные модули Oerlikon являются единственными коммерчески эффективными фотоэлектрическими преобразователями;

модули компании Applied Materials по себестоимости имеют конкурентные преимущества по сравнению с Oerlikon, они производятся с 2008 года. По оценке Applied Materials, цена модуля в 2009 году должна была составить 1,8 $/Вт, а цена на модуль Oerlikon в 2009 году планировалась на уровне 2,4 $/Вт.

Кроме того, один из экспертов отмечал, что фотовольтаические преобразователи (как продукт) являются не совсем актуальными для России (ввиду того что Россия является северной страной и применение продуктов проекта на территории России представляется ограниченным).

Несмотря на данные замечания, проект был одобрен со стороны органов управления ГК «Роснанотех». Докладчиком на заседаниях органов управления ГК «Роснанотех» по данному проекту выступал управляющий директор ГК «Роснанотех» С.С.Поликарпов.

Инвестиционное соглашение было заключено между ГК «Роснанотех» (в лице генерального директора А.Б.Чубайса) и компанией «Белуна Инвестментс Лимитед» (в лице В.Ф.Вексельберга) в 2009 году. В дальнейшем в данное инвестиционное соглашение вносились изменения, в том числе корректировались график его реализации и этапы, а также переносились сроки окончания строительства завода. Первоначально планировалось, что завод

==будет построен к декабрю 2011 года, однако строительство завода до сих пор не завершено.==

Общий объем финансирования по проекту составлял 20 128,13 млн. рублей, в том числе: вклад в уставный капитал ООО «Хевел» со стороны ГК «Роснанотех» в сумме 3 705,08 млн. рублей, со стороны компании «Белуна Инвестментс Лимитед» в сумме 3 856,31 млн. рублей; заемные денежные средства со стороны ГК «Роснанотех» в сумме 9 820,00 млн. рублей, со стороны компании «Белуна Инвестментс Лимитед» в сумме 2 746,73 млн. рублей. Реализация проекта должна была быть завершена в I квартале 2012 года.

Часть средств компании «Белуна Инвестментс Лимитед» в сумме 3 848,81 млн. рублей в уплату взноса в уставный капитал была размещена на счете ООО «Нано Солар Технолоджи» (в дальнейшем было переименовано в ООО «Хевел»), открытом в ОАО «Меткомбанк». Согласно данным интернет-сайта ОАО «Меткомбанк» (www.metcom.ru) В.Ф.Вексельберг входит в число лиц, оказывающих косвенное (через третьи лица) существенное влияние на решения органов управления ОАО «Меткомбанк». Таким образом, указанные средства были размещены в аффилированном с В.Ф.Вексельбергом банке.

До настоящего времени компания «Белуна Инвестментс Лимитед» не предоставила ООО «Хевел» заемные денежные средства в сумме 2 746,73 млн. рублей, тем самым нарушила пункты 8.1, 5.1.11, 10.5 инвестиционного соглашения.

По условиям договора гарантии и возмещения в отношении совместного предприятия от 29 июля 2009 года компания ROS-Holding Ltd. гарантировала ГК «Роснанотех» выполнение компанией «Белуна Инвестментс Лимитед» обязательств по инвестиционному соглашению, в том числе в части предоставления совместному предприятию (ООО «Хевел») финансирования в размере 2 746,73 млн. рублей.

Таким образом, руководство ОАО «РОСНАНО» в условиях неисполнения компанией «Белуна Инвестментс Лимитед» своих обязательств по инвестиционному соглашению в части обеспечения предоставления займа ООО «Хевел» в сумме 2 746,73 млн. рублей не воспользовалось своим правом, предусмотренным договором гарантии и возмещения в отношении совместного предприятия.

Заемные денежные средства со стороны ГК «Роснанотех» были выделены ООО «Хевел» единовременно в сумме 9 820,0 млн. рублей, в дальнейшем ООО «Хевел» за счет размещения данных средств на депозитах было получило дохода (расчетно) на общую сумму 874,57 млн. рублей. Кроме того, средства указанного займа в сумме 8 800,0 млн. рублей были практически сразу перечислены на депозит в ОАО «Промсвязьбанк», а также 500,0 млн. рублей – на текущий счет ООО «Хевел» в банке «Алемар».

Таким образом, отсутствовала экономическая необходимость единовременного предоставления займа ООО «Хевел» в сумме 9 820,0 тыс.

рублей, так как реализация проекта должна была осуществляться поэтапно. Единовременное предоставление займа привело к повышению уровня кредитной нагрузки на ООО «Хевел» в связи с начислением процентов по займу на всю сумму займа, что в дальнейшем способствовало образованию просроченной дебиторской задолженности ОАО «РОСНАНО» по процентам по выданному ООО «Хевел» займу.

В нарушение условий предоставления займа не был заключен договор залога в отношении оборудования, поставленного ООО «Хевел» по договору поставки с Oerlikon Solar Ltd.

Несмотря на то, что строительство завода было начато в начале 2010 года, положительное заключение государственной экспертизы на строительство и разрешение на строительство были получены ООО «Хевел» только в конце 2011 года.

Основное оборудование для функционирования завода ООО «Хевел» было поставлено компанией Oerlikon Solar Ltd., мажоритарным акционером которой является группа компаний РЕНОВА. Стоимость контракта составила 244 239,5 тыс. евро.

ООО «Хевел» были оплачены юридические услуги МГАБ «ЮрГруппа Сопровождения Бизнеса» в сумме 90,0 млн. рублей. Тематика выполненных работ была связана с анализом, мониторингом и выработкой рекомендаций по отраслевым нормативным правовым актам в сфере электроэнергии в части возобновляемых источников энергии. При этом указанные расходы являются безрезультативными и завышенными; так, большая часть отчетных материалов, составленных по итогам выполненных работ, содержит материалы переписки между органами государственной власти, а также действующие нормативные правовые акты и их проекты, которые имеются в свободном доступе. Кроме того, в отчетных материалах имеются повторы.

По состоянию на 1 декабря 2012 года просроченная задолженность ООО «Хевел» по процентам по выданному ГК «Роснанотех» займу составляла 3 578,85 млн. рублей. В течение 2009–2012 годов ООО «Хевел» не осуществило ни одной выплаты РОСНАНО в целях погашения процентов по займу.

На основании дополнительного соглашения к договору о предоставлении финансирования льготный период по процентам был продлен на 8 месяцев, тем самым была произведена реструктуризация задолженности ООО «Хевел» с целью сокрытия реальных финансовых результатов реализации проекта.

Руководство ОАО «РОСНАНО», имея ряд механизмов по взысканию просроченной задолженности с ООО «Хевел» и начисленной неустойки по ней, предусмотренных договором о предоставлении финансирования, не воспользовалось ими.

Кроме того, при передаче в залог ГК «Роснанотех» доли компании «Белуна Инвестментс Лимитед» в уставном капитале ООО «Хевел» стоимость указанной доли была занижена на 342,47 млн. рублей.

За нарушение сроков начала и окончания работ, промежуточных сроков выполнения работ ЗАО «Иркутскэнергострой» (подрядчик) должно было уплачивать ООО «Хевел» неустойку.

Штрафные санкции со стороны ООО «Хевел» к ЗАО «Иркутскэнергострой» в связи с нарушением сроков строительства в сумме 623,04 млн. рублей были выставлены только после соответствующего запроса Счетной палаты Российской Федерации.

Выявлены факты, свидетельствующие о скрытом кредитовании со стороны ООО «Хевел» генерального подрядчика – ЗАО «Иркутскэнергострой», а именно: в течение более чем полугода сумма средств в размере 189,91 млн. рублей находилась в пользовании ЗАО «Иркутскэнергострой».

Отставание от графика строительства отмечалось в ежеквартальных отчетах об исполнении бюджета ООО «Хевел», предоставляемых ООО «Хевел» в адрес РОСНАНО ежеквартально, при этом руководством РОСНАНО не принималось мер по исправлению ситуации.

В результате нарушения сроков строительства завода имеется риск, что ООО «Хевел» лишится рынка сбыта своей продукции по ранее заключенным договорам на поставку продукции с компаниями Solar Projects East ltd. и Avelar Energy ltd., так как срок действия договоров истек.

Из-за срыва установленных сроков строительства (по необъективным причинам) бизнес-план проекта был скорректирован более чем на 20 месяцев, запуск завода запланирован на июль 2013 года.

Данный проект нельзя отнести к инновационным, так как его продукция по технико-экономическим параметрам не соответствует мировому уровню, сбыт не ориентирован на экспорт либо замещение импорта на внутреннем рынке.

Ввиду наличия высокого уровня экономических, правовых, технологических и организационных рисков проект крайне непривлекателен в инвестиционном плане.

Оборудование, закупленное ООО «Хевел» у компании Oerlikon Solar AG, является модифицированной линией первого поколения «1st generation ThinFab». Коэффициент полезного действия (далее – КПД) фотоэлектрических модулей, производимых по этой технологии, составляет около 9 %. В начале 2012 года компания Oerlikon Solar AG анонсировала технологию следующего поколения «2nd generation ThinFab», позволяющую производить модули с КПД 12 %.

Таким образом, за время строительства завода его оборудование устарело.

В связи с существенным изменением рыночной ситуации, выражающейся в наличии избыточных производственных мощностей и перепроизводстве фотоэлектрических модулей с более высокой эффективностью, мировая рыночная цена на них неуклонно снижается. Сложившаяся на рынке ситуация вызвана в том числе тем, что в период с 2008 по 2012 год цена на поликремний,

основное сырье для производства элементов фотоэлектрических систем, снизилась с 300 – 400 долларов США за килограмм до 16 долларов США за килограмм. Избыток производственных мощностей оказывает ценовое давление на весь рынок фотовольтаики, в том числе на себестоимость выпускаемой продукции. Учитывая данные факторы рыночной конъюнктуры и перераспределение уровня рентабельности (маржи) по цепочке добавленной стоимости в отрасли, следует считать высокий спрос на продукцию ООО «Хевел» на рынке нереалистичным.

Себестоимость одного модуля, которые планирует производить ООО «Хевел», составляет 1,07 евро/Вт, при этом на мировом рынке модули предлагаются к продаже по ценам всего 0,43 – 0,578 евро/Вт. Кроме того, КПД фотоэлектрических модулей, которые планирует производить ООО «Хевел», составляет около 9 %. На мировом рынке в основном предлагаются модули с КПД 12 – 15 %, а экспериментальные разработки подтвердили возможность преобразования солнечной энергии с КПД до 30 %.

ООО «Хевел» было принято решение об изменении модели бизнеса, то есть об отказе от попыток продаж этой продукции на свободном рынке и переходе к бизнес-модели, предусматривающей поставку практически всего объема выпускаемой ООО «Хевел» продукции дочерним и зависимым обществам (SPV-компаниям) по трансфертным ценам для строительства «под ключ» солнечных электростанций (СЭС) и последующую продажу долей в SPV-компаниях. Однако возможность реализации данного решения определяется соотношением уровней рыночных и трансфертных цен на продукцию ООО «Хевел» (то есть возможность реализации этого решения более высока при сближении уровней рыночных и трансфертных цен).

Принуждение дочерних или зависимых SPV-компаний (в том числе и через органы управления, подконтрольные ООО «Хевел» и другим компаниям группы «Ренова») к приобретению продукции у единственного поставщика (ООО «Хевел») по ценам, в несколько раз превышающим рыночные, сопряжено как с риском отказа потенциальных покупателей от приобретения доли в SPV-компаниях после выявления данного факта, так и с риском судебных тяжб с требованием возмещения издержек после приобретения доли в SPV-компаниях или с риском предъявления претензий правоохранительными органами.

Российские производства, выпускающие фотоэлектрические солнечные модули и батареи, убыточны. Так, в 2009 году на НПП «Квант» (Москва) чистый убыток составил 235,0 млн. рублей (26 % выручки), а в ОАО «Рязанский завод металлокерамических приборов» – 38,0 млн. рублей (12 % выручки).

В связи с отсутствием рынка сбыта как в России, так и за рубежом ООО «Хевел» планируются продажи модулей только внутри холдинга по трансфертным ценам. Появление других рынков сбыта маловероятно и может быть обусловлено лишь радикальным улучшением технических характеристик

модулей при внедрении в используемую технологию и производство результатов планируемых НИОКР.

Сравнительный анализ проектов по производству солнечных модулей на базе технологии «тонких пленок» выявил, что показатель капиталовложения/мощность проектов на оборудовании Oerlikon на базе аморфной и микроморфной технологии «тонких пленок» в среднем по миру составляет 3,15 доллара США/Вт. При этом ООО «Хевел» имеет данный показатель равный 4,85 доллара США/Вт.

В настоящий момент средства ОАО «РОСНАНО» и соинвестора компании «Белуна Инвестментс Лимитед» практически полностью израсходованы. ООО «Хевел» испытывает трудности с выплатами по займу, предоставленному со стороны ОАО «РОСНАНО».

В связи с изложенным руководство ОАО «РОСНАНО» обратилось в Правительство Российской Федерации с просьбой о необходимости привлечения дополнительных средств на реализацию проекта в сумме 14,0 млрд. рублей, при этом ОАО «РОСНАНО» не учитываются иные источники финансирования проекта в сумме 3,3 млрд. рублей, а именно средства, которые так и не были представлены соинвестором (группой компаний «Ренова Оргсинтез») в сумме 2,7 млрд. рублей (могут быть взысканы путем обращения взыскания на ROS-Holding Ltd.), и средства, которые могут быть взысканы с подрядчика (ЗАО «Иркутскэнергострой»), в сумме 0,6 млрд. рублей за нарушение сроков строительства по необъективным причинам.

Ревизионной комиссией ООО «Хевел» по итогам проверки деятельности компании за 2011 год отмечалось, что ООО «Хевел» испытывает недостаток ликвидности; в структуре баланса значительна доля заемного капитала, при этом выручка за 2011 год незначительна; показатели рентабельности и деловой активности равны нулю.

Таким образом, ревизионная комиссия ООО «Хевел» оценивает финансовое состояние ООО «Хевел» как неустойчивое. Расходы ООО «Хевел» на оплату охраны в 2011 году составили более 12,0 млн. рублей, в том числе на охрану завода ООО «Хевел» в г. Новочебоксарске – 2,9 млн. рублей, на охрану офиса ООО «Хевел» в г. Москве – 9,4 млн. рублей. Таким образом, стоимость охраны московского офиса ООО «Хевел» более чем в 3 раза превысила стоимость охраны завода ООО «Хевел», на территории которого находилось дорогостоящее оборудование.

### 8.4.4. Проект ID 1241 «Thunder Sky Russian Pant: Организация первого в России современного производства литиево-ионных батарей»

В 2009 году руководством ГК «Роснанотех» было принято решение об участии в реализации проекта «Thunder Sky Russian Pant: Организация первого в России современного производства литиево-ионных батарей» (далее в разделе – проект). Соинвестором по проекту выступил холдинг Thunder Sky Group Limited (Британские Виргинские острова), который является

холдинговой компанией Thunder Sky Group Limited, зарегистрированной в Гонконге.

На предынвестиционной стадии проекта одним из экспертов научно-технического совета ГК «Роснанотех» (М.Н.Стриханов) указывалось, что в материалах проекта отсутствует информация о том, являются ли материалы, используемые для производства аккумуляторов, наноматериалами. Эксперт усомнился в нанотехнологической направленности проекта и его технической реализуемости.

По мнению эксперта, проект недостаточно научно обоснован, работы находятся на ранней стадии НИР, их перспективы неясны. Продукция, которую предполагается производить, подпадает под категорию продукции двойного назначения, что несколько раз отмечается в заявке. В связи с отсутствием спроса на продукцию в гражданских отраслях в ближайшее время единственным потребителем рассматриваемых аккумуляторов в России будет Министерство обороны Российской Федерации. Кроме того, экспертом указывалось, что китайский производитель станет монополистом на российском рынке и будет определять политику на нем, при этом данная политика будет не в пользу России, так как производственная и исследовательская часть проекта будут находиться под контролем иностранцев, в том числе связанных с разработкой и производством аналогичной продукции для вооруженных сил Китая и США. Проект два раза рассматривался на научно-техническом совете ГК «Роснанотех» и был одобрен только со второго раза.

Таким образом, одним из экспертов фактически указывалось, что реализация проекта с участием иностранцев (китайской компании) может представлять собой угрозу национальной безопасности Российской Федерации.

По мнению оценщика (ООО «Эрнст энд Янг-Оценка»), на основании проведенного анализа перспектив развития рынка литиево-ионных батарей для электрических и гибридных транспортных средств в течение ближайших 10 лет Китай будет единственным рынком сбыта для продукции проектной компании. Во всех прочих странах, на территории которых разрешена коммерциализация производимой проектной компанией продукции, существенного спроса на литиево-ионные аккумуляторные батареи для электрических транспортных средств не будет по причине отсутствия государственной поддержки отрасли

По условиям заключенного инвестиционного соглашения (со стороны ГК «Роснанотех» подписано А.Б.Чубайсом) компания Thunder Sky Group Limited учредила российское общество с ограниченной ответственностью «Литий-ионные технологии» (далее – ООО «Лиотех»). После создания ООО «Лиотех» компания Thunder Sky Group Limited увеличила уставный капитал ООО «Лиотех» путем передачи в него лицензии, стоимость которой стороны оценили в 640,0 млн. рублей (сроком действия на 10 лет). ГК «Роснанотех» передала в качестве оплаты доли в уставном капитале ООО

«Лиотех» 2 090,0 млн. рублей. Затем компания Thunder Sky Group Limited передала в качестве доли в уставном капитале ООО «Лиотех» 1 450,0 млн. рублей. В дальнейшем ГК «Роснанотех» предоставила ООО «Лиотех» заем в размере 5 500,0 млн. рублей, а также свое поручительство в размере 3 500,0 млн. рублей в отношении кредита, предоставленного ОАО «Сбербанк России».

В договоре на поставку ООО «Лиотех» линии для производства литиево-ионных батарей, заключенном с компанией Thunder Sky Group Limited, отсутствовала детализация стоимости каждого вида предлагаемого к поставке оборудования.

На момент заключения указанного договора компания Thunder Sky Group Limited владела 50,0001 % доли уставного капитала ООО «Лиотех». Данный факт свидетельствует о конфликте интересов при заключении и реализации указанного договора.

В процессе исполнения договора стоимость доставки оборудования безосновательно была увеличено более чем в 3,0 раза.

В связи с изложенным имеются признаки завышения стоимости линии для производства литиево-ионных батарей, стоимость которой в итоге составила 206,8 млн. долларов США (6 427,5 млн. рублей).

ООО «Лиотех» в качестве инвестора заключило инвестиционный контракт с ООО «ПНК-Толмачево» на строительство завода стоимостью 1 522,1 млн. рублей.

Среди разрешенных видов деятельности у ООО «ПНК-Толмачево» отсутствует разрешение на строительство, кроме того, у ООО «ПНК-Толмачево» отсутствуют разрешительные лицензионные документы на ведение строительно-монтажных работ.

Таким образом, изложенное свидетельствует о том, что ООО «ПНК-Толмачево» является посредником, а работы по строительству объекта осуществляются другой организацией, что влияет на итоговую стоимость строительства.

На конец 2012 года размер задолженности ООО «Лиотех» по процентам по выданному РОСНАНО займу составлял 1 534,0 млн. рублей.

На основании дополнительного соглашения к договору займа льготный период по процентам был продлен на 10 месяцев, тем самым была произведена реструктуризация задолженности ООО «Лиотех», что скрыло реальные финансовые результаты реализации проекта.

При этом ОАО «РОСНАНО» имело ряд механизмов, предусмотренных договором займа, по взысканию просроченной задолженности по займу, в том числе путем обращения взыскания на акции Thunder Sky Group Limited, стоимость которых была оценена в 681,0 млн. долларов США. Однако руководство ОАО «РОСНАНО» не воспользовалось данным механизмом.

Первоначально структура уставного капитала ООО «Лиотех» имела следующий вид: размер уставного капитала ООО «Лиотех» составлял

380,0 млн. рублей (номинальная стоимость), из них: 190,0 млн. рублей (номинальная стоимость доли, денежные средства) – доля ГК «Роснанотех» (49,9999 %); 58,2 млн. рублей (номинальная стоимость доли, неденежный вклад), 131,8 млн. рублей (номинальная стоимость доли, денежные средства) – доля компании Thunder Sky Group Limited (50,0001 %).

В качестве неденежного вклада в уставный капитал ООО «Лиотех» компания Thunder Sky Group Limited внесла нематериальные активы по договору патентного сублицензирования от 1 апреля 2010 года, цена указанных нематериальных активов была определена в размере 640,0 млн. рублей, срок действия договора составлял 10 лет.

В дальнейшем на основании соглашения о внесении изменений от 14 марта 2012 года в договор прав участников от 20 апреля 2010 года компания Thunder Sky Group Limited произвела отчуждение части своей доли в уставном капитале ООО «Лиотех» номинальной стоимостью 38,0 млн. рублей (10 %) в пользу ОАО «РОСНАНО».

Таким образом, структура уставного капитала ООО «Лиотех» стала иметь следующий вид: номинальная стоимость 100 % доли в уставном капитале ООО «Лиотех» – 380,0 млн. рублей, при этом доля ОАО «РОСНАНО» – 228,0 млн. рублей (59,9999 %); доля компании Thunder Sky Group Limited – 152,0 млн. рублей (около 40,0001 %).

В связи с неисполнением ООО «Лиотех» своих обязательств по договору займа от 28 апреля 2010 г. № С1-0002, выразившимся в неуплате процентов по займу, было принято решение о выходе компании Thunder Sky Group Limited из проекта на условиях заключенного между ОАО «РОСНАНО», компанией Thunder Sky Group Limited и ООО «Лиотех» соглашения о расторжении и взаимном освобождении от обязательств от 6 сентября 2012 года.

По условиям указанного соглашения был расторгнут договор патентного сублицензирования от 1 апреля 2010 года, при этом указанный договор действовал не 120 месяцев, как это было предусмотрено его условиями, а всего 29 месяцев. Таким образом, на момент расторжения его стоимость составляла 485,3 млн. рублей. С момента расторжения договора патентного сублицензирования от 1 апреля 2010 года доля компании Thunder Sky Group Limited в уставном капитале ООО «Лиотех» (номинальной стоимостью 58,2 млн. рублей) стала неоплаченной.

3 сентября 2012 года компанией Thunder Sky Group Limited была выдана доверенность на гражданина Российской Федерации С.С.Поликарпова (управляющий директор ОАО «РОСНАНО»), в соответствии с которой указанный гражданин был назначен доверенным лицом компании Thunder Sky Group Limited на территории Российской Федерации.

По условиям соглашения о расторжении и взаимном освобождении от обязательств от 6 сентября 2012 года компания Thunder Sky Group Limited учредила свою дочернюю компанию ООО «ТС-Рус».

В дальнейшем С.С.Поликарпов, действуя по доверенности от компании Thunder Sky Group Limited, заключил с ООО «ТС-Рус» договор о внесении неденежного вклада в имущество общества от 19 сентября 2012 года, в соответствии с условиями которого доля компании Thunder Sky Group Limited в уставном капитале ООО «Лиотех» номинальной стоимостью 152,0 млн. рублей (40,0001 % от уставного капитала ООО «Лиотех») была передана ООО «ТС-Рус».

В соответствии со статьей 153 Гражданского кодекса Российской Федерации сделками признаются действия граждан и юридических лиц, направленные на установление, изменение или прекращение гражданских прав и обязанностей. Таким образом, заключение договора о внесении неденежного вклада в имущество общества от 19 сентября 2012 года (без номера) является сделкой (согласно статье 153 Гражданского кодекса Российской Федерации).

В соответствии с требованиями пункта 3 статьи 21 Федерального закона от 8 февраля 1998 г. № 14-ФЗ «Об обществах с ограниченной ответственностью» доля участника общества может быть отчуждена до полной ее оплаты только в части, в которой она оплачена.

Таким образом, договор о внесении неденежного вклада в имущество общества от 19 сентября 2012 года (без номера) был заключен с нарушением требований пункта 3 статьи 21 Федерального закона от 8 февраля 1998 г. № 14-ФЗ «Об обществах с ограниченной ответственностью», так как на момент его заключения доля компании Thunder Sky Group Limited не была полностью оплачена.

В соответствии со статьей 168 Гражданского кодекса Российской Федерации сделка, не соответствующая требованиям закона или иных правовых актов, ничтожна, если закон не устанавливает, что такая сделка оспорима, или не предусматривает иных последствий нарушения.

Таким образом, имеются признаки ничтожности сделки по заключению договора о внесении неденежного вклада в имущество общества от 19 сентября 2012 года.

В соответствии с требованиями пункта 3 статьи 15 Федерального закона от 8 февраля 1998 г. № 14-ФЗ «Об обществах с ограниченной ответственностью» в случае прекращения у общества права пользования имуществом до истечения срока, на который такое имущество было передано в пользование обществу для оплаты доли, участник общества, передавший имущество, обязан предоставить обществу по его требованию денежную компенсацию, равную плате за пользование таким же имуществом на подобных условиях в течение оставшегося срока пользования имуществом. Денежная компенсация должна быть предоставлена единовременно в разумный срок с момента предъявления обществом требования о ее предоставлении, если иной порядок предоставления денежной компенсации не установлен решением общего собрания участников общества.

Таким образом, в результате заключения договора о внесении неденежного вклада в имущество общества от 19 сентября 2012 года ООО «Лиотех» лишилось права требования денежной компенсации в размере 485,3 млн. рублей от компании Thunder Sky Group Limited и было вынуждено в дальнейшем произвести списание нематериальных активов за счет собственных оборотных средств (внереализационные расходы).

В дальнейшем С.С.Поликарпов, действуя по доверенности от компании Thunder Sky Group Limited, заключил с ООО «Лиотех» договор купли-продажи доли в уставном капитале ООО «ТС-Рус» от 19 сентября 2012 года. За долю в уставном капитале ООО «ТС-Рус» ООО «Лиотех» уплатило компании Thunder Sky Group Limited сумму в размере 900,0 тыс. долларов США, что эквивалентно 27,8 млн. рублей.

Оценка стоимости доли компании Thunder Sky Group Limited в уставном капитале ООО «ТС-Рус» не проводилась, уставный капитал ООО «ТС-Рус» составлял всего 10,0 тыс. рублей.

Таким образом, в результате реализации схемы по выходу компании Thunder Sky Group Limited из проекта проектной компании ООО «Лиотех», ОАО «РОСНАНО» (как владельцу доли в уставном капитале ООО «Лиотех») и Российской Федерации (как акционеру ОАО «РОСНАНО») был причинен ущерб в сумме 513,1 млн. рублей.

Кроме того, в результате реализации схемы по выходу компании Thunder Sky Group Limited из проекта: ООО «Лиотех» лишилось потенциального рынка сбыта своей продукции; производимая ООО «Лиотех» продукция оказалась не защищенной какими-либо охранными документами; задолженность ООО «Лиотех» перед ОАО «РОСНАНО» по договору займа так и осталась непогашенной; в структуре уставного капитала ООО «Лиотех» появилась неоплаченная доля, равная стоимости изъятых компанией Thunder Sky Group Limited нематериальных активов; ОАО «РОСНАНО» фактически стало единоличным собственником ООО «Лиотех».

Схема выхода компании Thunder Sky Group Limited из проекта на момент ее утверждения при подписании соглашения о расторжении и взаимном освобождении от обязательств в нарушение пунктов 48 и 71 Устава ОАО «РОСНАНО», утвержденного постановлением Правительства Российской Федерации от 7 февраля 2011 г. № 55, не была утверждена органами управления ОАО «РОСНАНО». Фактически органы управления ОАО «РОСНАНО» утвердили данную схему постфактум.

Попытка ОАО «РОСНАНО» продать свою долю в ООО «Лиотех» в конце 2012 года сингапурской компании Nanochem Systems Pte. Ltd. не увенчалась успехом, так как переговоры были приостановлены.

В связи с неисполнением ООО «Лиотех» своих обязательств по кредиту, предоставленному ОАО «Сбербанк России», ОАО «РОСНАНО» в январе 2013 года перечислило ОАО «Сбербанк России» в исполнение своих обязательств по договору поручительства сумму в размере 3 500,0 млн. рублей.

Необходимо отметить, что договор залога акций компании Thunder Sky Group Limited по праву справедливости до сих пор действует. Заложенными акциями являются 500 акций компании Thunder Sky Group Limited в собственности компании Thunder Sky Energy Group Limited, представляющие 50 % выпущенного акционерного капитала Thunder Sky Group Limited. Обеспеченными обязательствами в том числе являются все денежные средства, подлежащие оплате ООО «Лиотех» в пользу ГК «Роснанотех», в том числе в части погашения займа, выданного со стороны ГК «Роснанотех», и процентов по нему.

Несмотря на это, руководством ОАО «РОСНАНО» до настоящего времени не приняты действенные меры по обращению взыскания задолженности ООО «Лиотех» перед ОАО «РОСНАНО» на акции компании Thunder Sky Group Limited.

В настоящий момент ООО «Лиотех» испытывает серьезные проблемы со сбытом своей продукции, несмотря на то, что завод был введен в эксплуатацию в марте 2012 года, результатом его работы в 2012 году стал убыток в сумме 2 038,6 млн. рублей. В течение года готовая продукция ООО «Лиотех» реализовывалась по цене, которая была почти в 2 раза ниже ее себестоимости.

Убытки ООО «Лиотех» являются следствием неэффективного менеджмента со стороны ОАО «РОСНАНО», а также следствием неучета мнений экспертов, которые указывали, что продукция ООО «Лиотех» в ближайшие 10 лет будет иметь спрос только на территории Китая.

### 8.4.5. Проект ID 854 «Создание производства поликристаллического кремния и моносилана».

С 2009 года в соответствии с решением наблюдательного совета ГК «Роснанотех» и решением правления ГК «Роснанотех» Корпорация начала финансирование проекта (путем выдачи займа) по созданию производства поликристаллического кремния (далее – ПКК) мощностью 3 800 тонн в год и моносилана на единой промышленной площадке действующих производственных предприятий ООО «Усольехимпром» (далее – ООО «УХП») и ООО «Усолье-Сибирский Силикон» (далее – ООО «УСС») в г. Усолье-Сибирское Иркутской области, входящих в группу компаний ООО «Группа Нитол».

На основании договора о предоставлении финансирования от 11 марта 2009 года заем был выдан в размере 4 500,0 млн. рублей в пользу проектной компании ООО «УСС», хоть и являющейся резидентом и входящей (наряду с ООО «УХП») в группу компаний, принадлежащих ООО «Группа Нитол», однако ее основными владельцами на тот момент являлись иностранные юридические лица, зарегистрированные в оффшорных зонах; компания Insqu Production Limited (Инскью Продакшн Лимитед, Республика Кипр), являющаяся холдинговой компанией, объединяющей в своей структуре

химический и силиконовый бизнес материнской компании Nitol Solar Limited («Нитол Солар Лимитед», остров Джерси).

Из вышеизложенного следует, что, несмотря на то, что ООО «УСС» является резидентом, его основными владельцами являлись компании-нерезиденты, а следовательно, Корпорация фактически на льготных условиях профинансировала посредством предоставления займа ООО «УСС» иностранную компанию, владеющую частью производства на территории Российской Федерации.

Следует отметить, что на предынвестиционной стадии экспертами отмечалось, что данный проект не является инновационным, связь проекта с нанотехнологиями опосредованная, давно используемый процесс выращивания ПКК из моносилана никогда не относился к нанотехнологичному, производство продукции основано на стандартной западной технологии, являющейся при этом наиболее капиталоемкой и затратной.

Кроме того, отмечались очевидные рыночные риски проекта (наличие конкурентного блока (более 20 заводов в Китае), перенасыщенность рынка ПКК, тенденция к значительному падению мировых цен (более чем в 25 раз по сравнению с докризисным периодом), а следовательно, и убыточность производства.

В настоящее время общемировые цены на ПКК составляют 16 долларов США/кг (в 2008 году – 400 долларов США/кг), а себестоимость производства ПКК более чем в 10 раз превышает его рыночную стоимость.

Таким образом, с учетом указанного данный проект не мог быть признан инвестиционно привлекательным с точки зрения развития нанотехнологий и нанотехнологичного производства в России, а является убыточным и содержит риски потери вложенных инвестиций.

Следует отметить, что изначально заявленные сроки реализации проекта по запуску дополнительного производства ПКК и выхода в I квартале 2010 года на мощность 3 800 тонн в год не достигнуты, а соответственно, не реализованы планы по созданию на производстве ООО «УСС» дополнительных рабочих мест для 365 человек, что является значительным недостатком социально-экономического характера.

Данное обстоятельство вызывает серьезную озабоченность ряда депутатов муниципального образования Усолье-Сибирское, по информации которых, состояние дел в ООО «УСС» создает значительную социальную напряженность в городе, так как производство ООО «УСС» является градообразующим; имеется информация о сокращении рабочих мест в связи с убыточностью организации.

При реализации проекта по основным точкам графика (пусконаладочные работы, выход на проектную мощность) допущены серьезные отклонения по срокам – от 274 до 820 дней (сравнение планов-графиков на 1 июля 2011 года и на 9 ноября 2012 года).

На заседании правления ОАО «РОСНАНО» в марте 2013 года были утверждены новые контрольные точки по проекту, согласно которым выход на проектную мощность производства 3 300 тонн запланирован на 1 января 2018 года, из чего следует, что фактически изначально запланированные сроки реализации проекта не реализованы. В настоящее время предполагаемый год выхода Корпорации из проекта – 2022 год.

Следует отметить, что в процессе реализации органами управления Корпорации были приняты параметры финансового участия в проекте, кардинально отличающиеся от изначально установленных, включая смену проектной организации и форму финансового участия в проекте.

В 2011 году в соответствии с решениями органов управления ГК «Роснанотех» и изменениями основных условий финансирования проекта и путем реализации юридических схем посредством заключения соответствующих соглашений в проект было инвестировано еще 16 000,0 млн. рублей, в том числе по линии ОАО «РОСНАНО» – 9 400,0 млн. рублей; по линии соинвестора ООО «Сбербанк капитал» – 6 600,0 млн. рублей.

Указанные средства были направлены на приобретение 100 % акций компании Sherigo Resources Limited («Шериго Ресорсез Лтд», Британские Виргинские острова), определенной в качестве новой проектной компании (доля ОАО «РОСНАНО» – 58,75 %; доля ОАО «Сбербанк Капитал» – 41,25 %), которая, в свою очередь, часть из них в размере 15 800,0 млн. рублей направила на приобретение дополнительных акций компании «Инскью Продакшн Лимитед», являющейся держателем всей доли материнского капитала ООО «Группа Нитол»; рыночная стоимость 100 % акций на момент приобретения составляла условно 1 рубль (ввиду отрицательной величины собственного капитала компании).

Впоследствии указанные средства были направлены в виде денежного вклада в имущество ООО «Группа Нитол», а далее – в ООО «УСС».

Подобная ситуация сложилась в результате применения в рамках реализации данного проекта следующей схемы.

По договору о предоставлении финансирования от 11 марта 2009 года ГК «Роснанотех» предоставила на возвратной основе процентный заем в пользу ООО «УСС» на общую сумму 4 500,0 млн. рублей (далее – Заем) двумя траншами: 3 000,0 млн. рублей – 13 апреля 2009 года; 1 500,0 млн. рублей – 18 сентября 2009 года. По условиям договора ООО «УСС» обязалось возвратить полученный Заем с выплатой процентов по гибкой схеме с льготными периодами в порядке и на условиях, установленных в договоре.

С целью согласования роли кредиторов группы компаний Nitol Solar Group (акционерной компанией Ecolive Limited (Республика Кипр), акционерной компанией Nitol Solar Limited (Джерси, Нормандские острова), ООО «Группа Нитол», ООО «УХП», ООО «УСС»), назначения агента по обеспечению и исполнению кредитных соглашений и соглашений об обеспечении, включая распределение и учет средств, полученных в результате

обращения взыскания при исполнении кредитных соглашений и соглашений об обеспечении между ГК «Роснанотех», ОАО «Альфа-Банк», ООО «УСС», акционерной компанией Nitol Solar Limited, компанией Solaricos Trading Limited (Республика Кипр) и компанией Ereswin Trustees Limited (залоговый агент; Республика Кипр), было заключено соглашение об учреждении доверительной собственности с целью предоставления обеспечения от 11 марта 2009 года.

Согласно соглашению о залоге акций и сертификата акций от 13 марта 2009 года б/н, заключенному между единственным акционером компании Insqu Production Limited – акционерной компанией Nitol Solar Limited и компанией Ereswin Trustees Limited, обязательства по Займу обеспечиваются залогом – 100 % акций компании Insqu Production Limited в количестве 14 871 664 штук, которой, в свою очередь, принадлежит 100 % акций ООО «Группа Нитол».

28 сентября 2009 года в соответствии с соглашением между кредиторами об учреждении доверительной собственности с целью предоставления обеспечения от 11 марта 2009 года (с соответствующими изменениями), заключенным ранее между ГК «Роснанотех», ОАО «Сбербанк России», ОАО «Альфа-банк», ОАО «Банк «Санкт-Петербург», ООО «УСС», ООО «УХП», акционерной компанией Nitol Solar Limited, компанией Solaricos Trading Limited и компанией Ereswin Trustees Limited, кредиторами было принято решение о назначении ОАО «РОСНАНО» мажоритарным кредитором.

ОАО «РОСНАНО» письмом от 29 сентября 2011 года как мажоритарный кредитор уведомило ООО «УСС», ОАО «Сбербанк России», Евразийский банк развития и других заинтересованных лиц о нарушении ООО «УСС» обязательств по выплате 26 сентября 2011 года процентов по Займу в сумме 802,8 млн. рублей и неустранении указанного нарушения в течении 2 рабочих дней.

Таким образом, наступило действие нормы, содержащейся в пункте 5 соглашения о залоге акций и сертификата на акции от 13 марта 2009 года, заключенного между акционерной компанией Nitol Solar Limited и компанией Ereswin Trustees Limited – агентом по обеспечению, согласно которой в случае необеспечения обязательств по Займу обеспечение, установленное залогом акций Insqu Production Limited, немедленно приводится в исполнение и засчитывается в счет просроченного платежа.

Следует отметить, что согласно отчету независимого оценщика ООО «Нексиа Пачиоли Консалтинг» по состоянию на 26 сентября 2011 года рыночная стоимость 100 % пакета акций компании Insqu Production Limited составляла (условно) 1 рубль ввиду того, что стоимость собственного капитала оцениваемой компании составила отрицательную величину.

В соответствии с письменным решением всех кредиторов от 29 сентября 2011 года и по поручению ОАО «РОСНАНО» в качестве мажоритарного кредитора агентом по обеспечению (по залогу) – компанией Ereswin Trustees Limited в пользу компании Sherigo Resources Limited были переданы 100 %

акций компании Insqu Production Limited (14 871 664 штуки) за вознаграждение в сумме 35,0 тыс. долларов США, уплаченных в пользу ОАО «РОСНАНО». Выписка из л/с № 40702840700007004684 ОАО «РОСНАНО» от 30 сентября 2011 года подтверждает поступление средств от компании Sherigo Resources Limited в сумме 35 тыс. долларов США (эквивалент – 1,1 млн. рублей).

Согласно выписке из реестра акционеров (по состоянию на 26 сентября 2011 года) единственным участником компании Sherigo Resources Limited и владельцем 100 % акций в количестве 16 000 штук являлось ООО «Метрологический центр РОСНАНО» (дочерняя компания ОАО «РОСНАНО»).

На основании решений органов управления ОАО «РОСНАНО» по договору купли-продажи акций от 6 октября 2011 года приобрело 16 000 акций компании, составляющих первоначальный акционерный капитал (100 %) компании Sherigo Resources Limited, у ООО «Метрологический центр РОСНАНО» за 48,1 тыс. долларов США (эквивалент – 1,5 млн. рублей).

Кроме того, советом директоров ОАО «РОСНАНО» 4 октября 2011 года были одобрены следующие решения правления ОАО «РОСНАНО» об участии в уставном капитале компании Sherigo Resources Limited в сумме 9 400,0 млн. рублей путем приобретения 100 % акций, которые после осуществления финансирования Sherigo Resources Limited соинвесторами по проекту составят не более 59 %; о погашении Займа, предоставленного ОАО «РОСНАНО» в пользу ООО «УСС», за счет средств, вносимых ОАО «РОСНАНО» и другими акционерами Sherigo Resources Limited в счет оплаты акций проектной компании.

23 декабря 2011 года между ООО «Сбербанк Капитал», ОАО «РОСНАНО» и компанией Sherigo Resources Limited заключено акционерное соглашение в отношении компании Sherigo Resources Limited (далее – акционерное соглашение от 23 декабря 2011 года), согласно которому, в частности, акционеры и кредиторы компании Sherigo Resources Limited желают провести корпоративную реструктуризацию долга ООО «УСС» путем применения алгоритма, по которому акционеры (ОАО «РОСНАНО» и ОАО «Сбербанк России») и компания Sherigo Resources Limited обязуются добиться соответствующих действий от ООО «Группа Нитол» и ООО «УСС» по заключению соответствующих документов по конвертации долга ООО «УСС» (сторонами по которым они являются), в соответствии с которыми компания Sherigo Resources Limited и ООО «УСС» осуществляют опосредованную замену долговых обязательств акциями в порядке, предусматривающем совместную подписку ОАО «РОСНАНО» и ОАО «Сбербанк России» на акции компании Sherigo Resources Limited. Компания Sherigo Resources Limited в свою очередь осуществляет подписку в отношении акций компании Insqu Production Limited, осуществляющей вклад в имущество ООО «Группа Нитол» в сумме, полученной от компании Sherigo Resources

Limited, а ООО «Группа Нитол» осуществляет вклад в имущество ООО «УСС» в сумме, полученной от Insqu Production Limited.

Помимо этого, в указанный день между ОАО «РОСНАНО», ОАО «Сбербанк России», Евразийским банком развития, ООО «Сбербанк Капитал» и Sherigo Resources Limited подписано соглашение о проведении реструктуризации компании, включая условия подписки на акции по траншам, стоимостной структуре акций и финансовой задолженности ООО «УСС», размер которой по состоянию на дату подписания указанных соглашений только перед указанными кредитными организациями составлял 7 500,0 млн. рублей и 360,0 млн. долларов США (без учета процентов).

Таким образом, в результате принятых советом директоров и правлением ОАО «РОСНАНО» решений по финансированию проекта сложилась ситуация, при которой с сентября 2011 года компания Sherigo Resources Limited (нерезидент; Британские Виргинские острова) является проектной компанией по указанному проекту и владеет 100 % акций компании Insqu Production Limited (Кипр), владеющей, в свою очередь, 100 % акций ООО «Группа Нитол». В состав ООО «Группа Нитол» входят (по состоянию на 1 января 2013 года) ООО «УСС» (100 %), ЗАО «НПО Синеф-Инжиниринг» (100 %), ООО «ХСМ» (100 %), ООО «Химическая группа «НИТОЛ» (100 %), ООО «УХП» (100 %) и еще ряд миноритарных организаций (ООО «СольСиб», ООО «Группа «СТМ»).

В общей сложности в уставный капитал компании Sherigo Resources Limited ОАО «РОСНАНО» вложило 9 400,0 млн. рублей (количество акций 94 000 878 штук; доля 58,75 %); ОАО «Сбербанк Капитал» – 6 600,0 млн. рублей (количество акций 66 000 000 штук; доля 41,25 %).

Из указанной суммы в размере 9 400,0 млн. рублей (средства ОАО «РОСНАНО»):

1,5 млн. рублей были перечислены ООО «Метрологический центр РОСНАНО» за 16 000 акций компании Sherigo Resources Limited, составляющих первоначальный акционерный капитал (100 %);

9 398,5 млн. рублей перечислены в качестве оплаты акций компании Sherigo Resources Limited по договорам подписки на акции, из них:

- 598,5 млн. рублей перечислены 2 платежами (198,5 млн. рублей и 400 000 млн. рублей соответственно) на банковский счет (CY58003001790000017932327286) компании Sherigo Resources Limited, открытый в Marfin Popular Bank Public Co.LIMITED (Республика Кипр);

- 8 800,0 млн. рублей – на расчетный счет компании Sherigo Resources Limited, открытый ОАО «Сбербанк России».

Из указанных 598,5 млн. рублей 400,0 млн. рублей были направлены в виде займа в ООО «УСС» по договору от 21 октября 2011 года б/н, по которому также со счета компании Sherigo Resources Limited в ОАО «Сбербанк России» за счет средств, поступивших от ОАО «Сбербанк Капитал» по договору купли-продажи акций, было направлено еще 400,0 млн. рублей. Общая сумма займа

составила 800,0 млн. рублей. Средства впоследствии были возвращены (30 марта 2012 года) и в этот же день направлены на покупку дополнительных акций Insqu Production Limited с последующим вкладом в уставный капитал ООО «УСС» (посредством денежного вклада в имущество ООО «Группа Нитол»).

Средства в размере 198,5 млн. рублей фактически остались на счете компании Sherigo Resources Limited, открытом в Marfin Popular Bank Public Co.LIMITED (Республика Кипр), и на покупку акций Insqu Production Limited не направлялись, а использовались частично для оплаты юридических и консалтинговых услуг сторонних организаций. По состоянию на 31 декабря 2011 года остаток средств на счете составлял 171,7 млн. рублей; на 31 декабря 2012 года – 135,1 млн. рублей; на 5 марта 2013 года – 134,6 млн. рублей.

Выборочной проверкой определен ряд платежей, осуществленных Sherigo Resources Limited с указанного счета в Marfin Popular Bank Public Co.LIMITED (Республика Кипр) на сумму 5,0 млн. рублей в пользу ООО «Святовит А», назначение расходов по которым не установлено.

В соответствии с акционерным соглашением от 23 декабря 2011 года компания Sherigo Resources Limited в I квартале 2012 года осуществила покупку дополнительных акций компании Insqu Production Limited на общую сумму 15 800,0 млн. рублей, которая в эти же сроки за счет указанных средств осуществила вклад в имущество ООО «Группа Нитол» в сумме 15 800,0 млн. рублей, а ООО «Группа Нитол» осуществило вклад в имущество ООО «УСС» в сумме, полученной от Insqu Production Limited.

Как показали результаты контрольного мероприятия, фактически полученные ООО «УСС» средства были направлены в большей степени на погашение в первом полугодии 2012 года кредитных обязательств на сумму более 11 000,0 млн. рублей в различные кредитные организации и в ОАО «РОСНАНО». Из указанной суммы средства в размере 9 426,0 млн. рублей, то есть в сумме, фактически равнозначной объему инвестиций ОАО «РОСНАНО» (посредством приобретения акций Sherigo Resources Limited), были направлены только на погашение собственно займа ОАО «РОСНАНО» в размере 5 648,3 млн. рублей и приобретение валюты для погашения действующих кредитных обязательств по договорам с ОАО «Сбербанк России» на сумму 3 777,7 млн. рублей. Еще 881,5 млн. рублей были направлены в качестве платы за открытие кредитной линии ОАО «Сбербанк России» по очередному кредитному договору.

Часть средств была направлена в виде займов в ООО «УХП» и ООО «Группа Нитол». Например, ООО «Группа Нитол» были направлены средства в общей сумме 185,2 млн. рублей, которые фактически пошли на выплату заработной платы физическим лицам и сотрудникам-резидентам, оплату командировочных расходов, выплату страховых взносов и пеней ФСС и ФОМС, НДФЛ, платежей в Пенсионный фонд Российской Федерации.

При этом, например, в январе 2012 года из суммы займа в размере 17,3 млн. рублей (получен 27 января 2011 года) выплата аванса по заработной плате за январь 2012 года генеральному директору ООО «УСС» В.А.Ростокину составила 11,3 млн. рублей. Общая сумма выплат заработной платы В.А.Ростокину за 2012 год составила 33,8 млн. рублей, включая единовременную премию за апрель 2012 года в размере 3,9 млн. рублей (без учета представительских и командировочных расходов).

Подобный уровень заработной платы представляется необоснованно высоким в условиях убыточности группы компаний ООО «Группа Нитол» и социальной напряженности на производстве, связанной с необходимостью сохранения числа рабочих мест.

В целом, объем предоставленного финансирования в рамках проекта со стороны ОАО «РОСНАНО» – 13,9 млрд. рублей, из них 4,5 млрд. рублей – средства, предоставленные в виде займа, впоследствии возвращенного в ОАО «РОСНАНО» в общей сумме 5,71 млрд. рублей, включая проценты по займу.

Следует отметить, что согласно бухгалтерской отчетности ОАО «РОСНАНО» за 2012 год из общей суммы балансовой стоимости в размере 9,4 млрд. рублей по компании Sherigo Resources Limited сумма в размере 9,4 млрд. рублей (100 %) заложена в общую сумму резерва под обесценение финансовых вложений.

В части деятельности ООО «УСС» можно отметить, что с момента вхождения в проект ООО «УСС» является убыточным предприятием. Так, убыток общества в 2009 году составил 406,7 млн. рублей; в 2010 году – 1 037,5 млн. рублей; в 2011 году – 1 751,3 млн. рублей; в 2012 году – 1 561,4 млн. рублей.

При этом размер заемных средств по состоянию на 31 декабря 2009 года составлял 11 911,5 млн. рублей; на 31 декабря 2010 года – 16 041,7 млн. рублей; на 31 декабря 2011 года – 21 622,0 млн. рублей; на 31 декабря 2012 года – 10 955,4 млн. рублей, то есть хоть и сократился в 2 раза за счет вложения средств ОАО «РОСНАНО» и ООО «Сбербанк Капитал» по сравнению с 2011 годом, однако остается весьма значительным с учетом убыточности предприятия.

Учитывая данные показатели, а также активно используемую группой компаний ООО «Группа Нитол» практику получения и предоставления процентных внутригрупповых займов как за счет полученных инвестиций ООО «УСС» (с учетом займа), так и за счет привлекаемых ООО «УСС» кредитных ресурсов, можно предположить сценарий «вынужденного» банкротства предприятия в недалеком будущем.

Учитывая тот факт, что фактическими владельцами ООО «Группа Нитол» являлись оффшорные компании Insqu Production Limited и Nitol Solar Limited, сделки по выдаче внутригрупповых займов содержат признаки отмывания и

легализации средств, одним из основных признаков которых является выдача займа оффшорным компаниям.

Так, согласно представленным ООО «УСС» данным (за период с даты получения займа ГК «Роснанотех» и вкладов денежных средств в имущество ООО «УСС» посредством схемы покупки акций компании Sherigo Resources Limited ОАО «РОСНАНО» и ООО «Сбербанк Капитал»):

общая сумма договоров о предоставлении займов со стороны ООО «УСС» в пользу ООО «УХП» составила 5 662,6 млн. рублей; по ним было выплачено 4 618,7 млн. рублей;

общая сумма договоров о предоставлении займов между ООО «УСС» и ООО «Группа Нитол» составила 4 435,6 млн. рублей, из них 2 137,7 млн. рублей – сумма заключенных договоров о предоставлении займов ООО «УСС» в пользу ООО «Группа Нитол».

При этом, как установлено, предоставленные займы направляются на погашение уже имеющихся у организаций кредитных обязательств, то есть фактически осуществляется перекредитование аффилированных юридических лиц по имеющимся у них обязательствам, возникшим ранее.

Так, например:

ООО «УСС» в рамках договора от 13 марта 2009 г. № ГН 13/03-2009 предоставило в пользу ООО «Группа Нитол» заем в сумме 1 791,0 млн. рублей, который ООО «Группа Нитол» на следующий день направило в ОАО «Банк Зенит» для исполнения условий публичной оферты, то есть для выкупа ранее размещенных среди инвесторов облигаций ООО «Группа Нитол»;

ООО «УСС» в рамках договора от 13 марта 2012 г. № 11 И-2012/03-77 предоставило в пользу ООО «Группа Нитол» заем в сумме 58,2 млн. рублей, которые были направлены на погашение выданных векселей в ОАО «НИКО-Банк».

Всего из общей суммы займа ООО «УСС» в размере 4 500,0 млн. рублей, полученных в период с 11 марта 2009 года по 31 декабря 2010 года, было направлено:

не менее 1 327,1 млн. рублей на покупку валютных средств с последующим переводом их в Московский филиал ОАО «Банк «Алемар» и перечислением оттуда в компанию Insqu Production Limited с назначением платежей – на оплату оборудования по договорам поставки, то есть в оффшорную компанию, в которой численность работников, включая административно-управленческий персонал, уже с 1 января 2010 года и по настоящее время года составляет 0 человек;

не менее 556,1 млн. рублей в пользу ООО «УХП» в виде займов;

не менее 855,8 млн. рублей в пользу ЗАО «НПО «Синеф-Инжиниринг» по различным договорам услуг, по сопровождению договоров, по управлению проектами, по поддержанию интегрированной системы менеджмента в рабочем состоянии, по договорам поставки товара (различная продукция: кабель,

электрооборудование, трубопроводная арматура, оказание различных услуг и др.)

В результате анализа банковских выписок по счетам ООО «УСС» установлено, что реализация договора поставки товара от 27 апреля 2009 г. № 2009/04-205, заключенного с ЗАО «НПО «Синеф Инжиниринг» (ИНН 7730500048; учредитель А.В.Котенко; доля 100 % принадлежит ООО «Группа Нитол», уставный капитал 10,0 тыс. рублей; находится в г. Москве) содержит признаки ничтожной (притворной) сделки, направленной на отмывание денежных активов и получение налоговой выгоды.

Так, например:

в 2009 году по указанному контракту на расчетный счет ЗАО «НПО «Синеф-Инжиниринг» № 40702810861000061530 в ОАО Банк «ПЕТРОКОММЕРЦ» от ООО «УСС» поступили средства в сумме 1 263,3 млн. рублей, из которых:

180,0 млн. рублей были направлены 13 июля 2009 года по договору займа от 10 июля 2009 г. № СИ-2009/60-З в пользу ООО «УСС»;

274,6 млн. рублей возвращены по данному договору на разные счета ООО «УСС»;

452,1 млн. рублей переведены как собственные средства на другие расчетные счета, при этом из них: 352,1 млн. рублей переведены в общей сумме на р/с счет 40702810602800000470 (ОАО «Альфа-Банк»), из которых 248,8 млн. рублей, перечисленных 23 июля 2009 года, уже 24 июля 2009 года в сумме 248,7 млн. рублей были направлены виде займа в пользу ООО «УСС» на р/с 40702810102800000459 (ОАО «Альфа-Банк)» по договору займа от 10 июля 2009 г. № СИ-2009/60-З;

в 2010 году перечислены средства в размере 1 436,3 млн. рублей, из них:

472,3 млн. рублей возвращены в общей сумме на разные счета ООО «УСС» по данному договору;

91,3 млн. рублей направлены в общей сумме по договору займа от 10 июля 2009 г. № СИ-2009/60-З в пользу ООО «УСС» на различные счета;

в 2011 году перечислены средства в сумме 1 434,7 млн. рублей, из них возврат на различные счета составил 420,0 млн. рублей.

в 2012 году перечислено средств со счета № 40702810200020008410 (ОАО «Сбербанк России») в сумме 592,2 млн. рублей, из них возврат составил 230,0 млн. рублей.

Таким образом, в рамках договора поставки товара от 27 апреля 2009 г. № 2009/04-205 в пользу ЗАО «НПО «Синеф-Инжиниринг» за период 2009–2012 годов последним ежегодно производился возврат части средств ООО «УСС» уже на другие счета в других банках, а также производилась выдача займа в пользу ООО «УСС» по договору займа от 10 июля 2009 г. № СИ-2009/60-З (общая сумма займа 650,0 млн. рублей), по которому ООО «УСС» производилось регулярное погашение.

То есть имеются все признаки формального документооборота между организациями с целью получения необоснованной налоговой выгоды в виде налоговых вычетов по НДС и занижения налогооблагаемого дохода в результате намеренного включения ЗАО «НПО «Синеф-Инжиниринг» в цепочку контрагентов ООО «УСС» при приобретении различного рода товаров.

Всего, по данным ООО «УСС», по договору поставки товара от 27 апреля 2009 г. № 2009/04-205 в пользу ЗАО «НПО «Синеф-Инжиниринг» за период 2009–2012 годов было перечислено средств в общей сумме 4 602,1 млн. рублей.

Кроме того, вызывает сомнение в своей законности ряд сделок, заключенных ООО «УСС» с оффшорной компанией Solaricos Trading Limited (Республика Кипр), посредством которой ООО «УСС» осуществляет реализацию производимой продукции, а также выступает покупателем сырья и оборудования по договорам с указанной компанией.

Так, например, согласно соглашению о поставке от 24 января 2011 г. № S-2-2011, контрактам от 13 апреля 2011 г. № 16 И-2011/04-144, от 13 апреля 2011 г. № 16-2011/04-142, по которым ООО «УСС» выступает покупателем сырья и оборудования, было произведено перечисление средств на общую сумму 33 761,7 тыс. долларов США (эквивалент – 1 099,8 млн. рублей) на счет компании Solaricos Trading Limited (Республика Кипр), которые затем были возвращены в один день (15 июня 2012 года) на счет ООО «УСС» (период от получения до перечисления денег ООО «УСС» составил от 6 месяцев до полутора лет с момента перечисления), в том числе:

| Контракты (соглашения) | Перечислено от ООО «УСС» в валюте в пользу Solaricos Trading Limited (тыс. долларов США) | | Возвращено (млн. рублей – рублевый эквивалент сумм в валюте) | |
|---|---|---|---|---|
| | дата | сумма | дата | сумма |
| Соглашение о поставке от 24 января 2011 г. № S-2-2011 | 24.01.2011 | 10 224,9 | 15.06.2012 | 333,1 |
| Контракт от 13 апреля 2011 г. № 16И-2011/04-144 | 25.04.2011 04.07.2011 | 10 350,0 | 15.06.2012 | 337,2 |
| Контракт от 13 апреля 2011 г. № 16-2011/04-142 | 25.04.2011 04.07.2011 | 13 186,8 | 15.06.2012 | 429,6 |
| Итого | | 33 761,7 | | 1 099,9 |

Указанные в таблице средства, включая 10 224,9 тыс. долларов США, 10 350,0 тыс. долларов США и 13 186,8 тыс. долларов США, были возвращены 15 июня 2012 года компанией Solaricos Trading Limited как суммы, ранее перечисленные ООО «УСС» по указанным контрактам, на счет № 40702840800021008410 ООО «УСС» в ОАО «Сбербанк России», с которого они уже 18 июня 2012 года поступили на счет № 40702840500020008410 в ОАО «Сбербанк России» как перевод сумм поступившей экспортной выручки.

Установлены факты обратной ситуации, когда уже ООО «УСС» выступает продавцом продукции, за которую ему от компании Solaricos Trading

Limited перечисляются средства, а ООО «УСС» уже спустя некоторое время возвращает указанные суммы на счет компании Solaricos Trading Limited. Как установлено, подобная ситуация сложилась при расчетах между сторонами по 2 контрактам, заключенным на общую сумму 4 004,0 тыс. долларов США: от 1 сентября 2009 г. № 16И-2009/09-374 на предмет отгрузки (продажи) трихлорсилана марки «Б» на сумму 1 001,0 тыс. долларов США и от 6 апреля 2010 г. № 16-2010/04-110 на предмет отгрузки кремния четыреххлористого на сумму 3 003,0 тыс. долларов США, по которым от компании Solaricos Trading Limited в пользу ООО «УСС» поступило в общей сумме 2 128,0 тыс. долларов США. Средства в указанной общей сумме спустя некоторое время (до 6 месяцев) были перечислены обратно на счет компании Solaricos Trading Limited.

| Контракты (соглашения) | Перечислено в ООО «УСС» в валюте от Solaricos Trading Limited (тыс. долларов США) | | Возвращено (тыс. долларов США) | |
|---|---|---|---|---|
| | дата | сумма | дата | сумма |
| Контракт от 1 сентября 2009 г. № 16И-2009/09-374 | 15.09.2009 21.09.2009 | 714,0 | 23.09.2009 | 714,0 |
| Контракт от 6 апреля 2010 г. № 16-2010/04-110 | 22.04.2010 17.05.2010 15.07.2010 | 1 414,0 | 09.08.2010 28.01.2011 | 1 414,0 |
| Итого | | 2 128,0 | | 2 128,0 |

Указанные выше факты по контрактам и соглашениям, заключенным ООО «УСС» с компанией Solaricos Trading Limited, дают основание для предположения о возможности необоснованного получения ООО «УСС» возмещения НДС из бюджета.

Установлены также факты недопоступления экспортной выручки по контракту с компанией Solaricos Trading Limited в Российскую Федерацию.

Так, в рамках контракта от 10 января 2008 г. № 17-2008/01-6 с ориентировочной стоимостью продукции, определенной сторонами в размере 20,0 млн. евро, ООО «УСС» реализовывало продукцию – трихлорсилан марки «Б», что следует из анализа документов, согласно которым за период с 4 февраля 2008 года по 27 февраля 2009 года было отгружено и вывезено на экспорт 954 тонны продукции на общую сумму 70,0 млн. рублей (эквивалент – 1,8 млн. евро) на условиях поставки DDU завод Мерано (Италия; получатель – МЕМК Электроник Материалс).

При этом, по данным ООО «УСС», оплата по контракту составила 14,7 млн. рублей, что на 55,3 млн. рублей меньше, чем стоимость поставленного на экспорт товара. В качестве платежных документов представлено заявление на перевод от компании Solaricos Trading Limited в Raiffaeisen Bank International AG (/AT403100007054095690) в пользу ООО «УСС» на р/с № 40702978523093000562 (ОАО «Альфа-Банк») средств в

размере 313,5 тыс. евро, что на 1 521,0 тыс. евро меньше суммы, подлежащей уплате по контракту.

Следует отметить, что численность работников компании Solaricos Trading Limited по состоянию на 1 января 2010 года и на 1 января 2011 года составляла 2 человека (административно-управленческий персонал); на 1 января 2012 года – 1 человек; на 1 января 2013 года – 0 человек.

Реализация контрактов (соглашений), заключенных ООО «УСС» с компанией Insqu Production Limited на поставку оборудования для производства, осуществляется со значительной наценкой.

Так, например, по соглашению от 15 августа 2008 г. № 15В-2009/02-68 компания Insqu Production Limited выступает поставщиком оборудования (части реакторов, конвертеров, трансформаторы и т.д.) на общую сумму согласно спецификации 56,6 млн. долларов США по списку оборудования № 1 и 5,4 млн. евро по списку оборудования № 2. Соглашение выполнено в полном объеме. Сумма оплаты ООО «УСС» составила в рублевом эквиваленте 1 741,9 млн. рублей. Исходя из представленной информации общая сумма оплаты оборудования компанией Insqu Production Limited по договорам с контрагентами составила 49,3 млн. долларов США и 5,4 млн. евро.

Сумма заключенных соглашений на поставку оборудования и оказание услуг между ООО «УСС» и компанией Insqu Production Limited за период 2008–2013 годов составила 98,2 млн. долларов США и 12,1 млн. евро. Общая сумма оплаты за указанный период по данным соглашениям (по данным ООО «УСС») составила порядка 100 млн. долларов США (в рублевом эквиваленте 3 064,1 млн. рублей).

В отношении реализации ОАО «РОСНАНО» указанного проекта можно сделать следующие выводы:

на предынвестиционной стадии ввиду наличия рыночных рисков проекта по созданию производства поликристаллического кремния и моносилана, а именно: наличия конкурентного блока в западных и азиатских государствах, перенасыщенности рынка ПКК, убыточности производства в результате тенденции к значительному падению мировых цен (в настоящее время более чем в 25 раз по сравнению с докризисным периодом 2008 года), а также учитывая отсутствие в проекте инновационности, капиталоемкость и затратность западной технологии, на которой основано производство продукции, и ее опосредованную связь с нанотехнологиями, проект не мог быть признан инвестиционно привлекательным с точки зрения развития нананоиндустрии в России;

инвестиции ОАО «РОСНАНО» в общей сумме 13,9 млрд. рублей, направленные в 2009–2012 годах в проект посредством предоставления займа и перечисления вклада в уставный капитал ООО «Усолье-Сибирский Силикон», входящего в группу компаний ООО «Группа Нитол», владельцами которой были оффшорные компании, являются неэффективными расходами; фактически денежные средства были направлены на поддержание убыточной

группы компаний, включая убыточное предприятие ООО «Усолье-Сибирский Силикон», и сокращение его долговой нагрузки перед кредитными организациями. При реализации проекта по основным точкам графика (пусконаладочные работы, выход на проектную мощность) допущены значительные отклонения. В настоящее время проект является убыточным, создает предпосылки к социальной напряженности в регионе и содержит риски потери вложенных инвестиций;

в процессе реализации проекта органами управления ГК «Роснанотех» были приняты параметры финансового участия в проекте, кардинально отличающиеся от изначально установленных, включая смену проектной организации и форму финансового участия в проекте. В результате этого в 2011 году в соответствии с изменениями основных условий финансирования проекта и путем реализации юридических схем посредством заключения соответствующих соглашений в проект было дополнительно направлено 16,0 млрд. рублей на приобретение 100 % акций компании Sherigo Resources Limited, определенной в качестве новой проектной компании (доля ОАО «РОСНАНО» – 58,75 %; доля ОАО «Сбербанк Капитал» – 41,25 %); часть из полученных средств (15,8 млрд. рублей) компания Sherigo Resources Limited направила на приобретение дополнительных акций компании Insqu Production Limited (Республика Кипр), являющейся держателем всей доли материнского капитала ООО «Группа Нитол». Рыночная стоимость 100 % акций ООО «Группа Нитол» на момент приобретения составляла условно 1 рубль. Указанные средства были направлены в виде денежного вклада в имущество в ООО «УСС» (посредством вклада в имущество ООО «Группа Нитол»);

финансовая политика, проводимая ООО «УСС», ООО «Группа Нитол» и иных компаний как резидентов, так и нерезидентов, входящих в настоящее время в группу компаний, принадлежащих оффшорной проектной компании Sherigo Resources Limited (доля ОАО «РОСНАНО» – 58,25%), а также политика выдачи и получения внутригрупповых займов, заключения договоров на поставку и покупку различной продукции с аффилированными лицами, зарегистрированными в оффшорных странах, содержит в себе: признаки отмывания и легализации средств, формального документооборота между организациями с целью получения необоснованной налоговой выгоды в виде налоговых вычетов по НДС и занижения налогооблагаемого дохода в результате намеренного включения дополнительного контрагента; необоснованного возмещения НДС из бюджета при экспортно-импортных операциях;

учитывая факт используемой обществом практики выдачи и получения внутригрупповых займов за счет полученных инвестиций и привлекаемых кредитных ресурсов, а также наличие задолженности по кредитным обязательствам ООО «УСС» (по состоянию на 31 декабря 2012 года – 10 955,4 млн. рублей), можно предположить сценарий «вынужденного» банкротства предприятия в недалеком будущем.

### 8.4.6. Проект ID 870 «Создание сети современных инновационных производственных центров, предлагающих комплексные решения по нанесению многофункциональных наноструктурированных защитных покрытий с целью восстановления и продления сроков работы оборудования российского машиностроения, ТЭК и других отраслей промышленности».

В 2009 году руководством ГК «Роснанотех» было принято решение об участии в реализации проекта «Создание сети современных инновационных производственных центров, предлагающих комплексные решения по нанесению многофункциональных наноструктурированных защитных покрытий с целью восстановления и продления сроков работы оборудования российского машиностроения, ТЭК и других отраслей промышленности («Нанопокрытия»)» (далее в разделе – проект «Нанопокрытия»).

Одним из основных условий финансирования проекта «Нанопокрытия», определенных РОСНАНО, являлось создание физическими лицами – участниками проекта Кипрской компании, передача ей трех российских компаний, принадлежащих этим физическим лицам, с последующей передачей российских компаний проектной компании в качестве взноса в проект со стороны Кипрской компании.

Включение в проект компании, созданной в оффшорной зоне, а не самих российских компаний – производителей нанопродукции в дальнейшем в случае успешной реализации проекта и расширения производства приведет к существенному снижению налоговых платежей в бюджетную систему Российской Федерации. То есть уже на подготовительном этапе реализации проекта эффективность вложения РОСНАНО средств, в том числе средств федерального бюджета, в проект с точки зрения увеличения доходов бюджета Российской Федерации от расширения производства нанопродукции была существенно снижена.

Как показали результаты анализа данных и документов, представленных ОАО «РОСНАНО», участие Кипрской компании в проекте не было обусловлено деятельностью российских компаний, на базе которых планировалась реализация проекта, и не являлось необходимым с точки зрения развития и расширения производства нанопродукции. Более того, согласно экспертному заключению независимой идентификационной экспертизы товара (технологии) для целей экспортного контроля технология и оборудование для нанесения наноструктурированных покрытий, указанные в проекте, подпадают под действие Списка товаров и технологий двойного назначения, которые могут быть использованы при создании вооружений и военной техники и в отношении которых осуществляется экспортный контроль, утвержденного Указом Президента Российской Федерации от 5 мая 2004 г. № 580, и, соответственно, подлежат экспортному контролю.

В проекте «Нанопокрытия» вкладом участников в проект являлась передача прав на результаты интеллектуальной деятельности (далее – РИД). В этом случае условием, необходимым для финансирования проекта со стороны РОСНАНО, являлось получение удовлетворительных результатов патентной и юридической экспертизы интеллектуальной собственности.

Из 26 патентов, исключительные права на РИД по которым были переданы по условиям финансирования проекта «Нанопокрытия» физическим лицом – инициатором и участником проекта, патентные исследования для определения патентной чистоты (патентная экспертиза) были проведены в отношении только 4 патентов. В отношении всех 5 патентов, права на использование РИД по которым были переданы этим лицом в целях реализации проекта по лицензионным договорам, патентная экспертиза не была проведена.

Таким образом, патентная экспертиза была проведена не по всем объектам интеллектуальной собственности, вносимым в качестве вклада в проект.

При этом РИД (полезные модели и изобретения), исключительные права на которые были переданы в целях реализации проекта физическим лицом – инициатором и участником проекта, были созданы различными коллективами авторов, а не лично этим лицом. По данным юридической экспертизы интеллектуальной собственности, в отношении указанных РИД существуют следующие риски: признания патентов, оформленных на физическое лицо – инициатора и участника проекта, недействительными полностью или частично на основании того, что в них в качестве патентообладателя указано лицо, не являющееся таковым; предъявления требований выплаты вознаграждения авторам за создание и использование РИД; предъявления требований работодателем в отношении прав на использование РИД, созданных его работниками, либо возмещения расходов, связанных с созданием РИД.

В отношении полезной модели, исключительные права на которую по условиям финансирования проекта «Нанопокрытия» были переданы в марте 2010 года физическим лицом – инициатором и участником проекта организации – участнику проекта, патент прекратил свое действие через год из-за неуплаты в установленный срок пошлины за поддержание патента в силе. По данным реестра Роспатента (по состоянию на 8 апреля 2013 года), действие патента не восстановлено. Указанная полезная модель, право на использование которой было внесено в проект в качестве прав на РИД, необходимых для реализации проекта (для производства нанопродукции), вследствие отсутствия надлежащего оформления прав на нее может использоваться сторонними хозяйствующими субъектами даже в случае восстановления действия патента (право послепользования, статья 1400 Гражданского кодекса Российской Федерации).

В рамках реализации проекта (2010–2015 годы) было предусмотрено создание проектной компании ЗАО «Плакарт», в оплату акций которой были переданы следующие вклады: со стороны ГК «Роснанотех» – денежный вклад в

общей сумме 1 220,1 млн. рублей (49 % уставного капитала проектной компании); со стороны Кипрской компании – неденежный вклад, оцененный в 1 269,9 млн. рублей (51 %). В качестве неденежного вклада Кипрской компанией, учрежденной физическими лицами с целью участия в проекте, были внесены доли участия в трех российских организациях (группа компаний «ТСЗП»), принадлежавшие ранее физическим лицам – участникам проекта, в том числе РИД, переданные физическим лицом – инициатором проекта группе компаний «ТСЗП».

По существу финансирование проекта со стороны физических лиц – инициаторов и участников проекта осуществлялось посредством передачи проектной компании трех российских компаний, действующих на рынке выполнения работ (оказания услуг), связанных с нанесением нанопокрытий. Фактически основными участниками проекта, в случае выхода которых из проекта (прекращения трудовых отношений этих участников с проектной компанией) ОАО «РОСНАНО» прекращает свое участие в проекте, являются физические лица Л.Х.Балдаев, С.Л.Балдаев, В.В.Гераськин.

Как показали результаты представленных ОАО «РОСНАНО» документов в отношении группы компаний «ТСЗП», доли участия в которых были переданы физическими лицами – участниками проекта в качестве вклада в него, оцененного РОСНАНО в сумме 1 269,9 млн. рублей (51 % уставного капитала проектной компании), как вклад в проект были переданы организации со следующими характеристиками:

все организации обременены обязательствами перед банками по полученным кредитам;

у всех организаций большая часть имущества заложена под банковские кредиты, в том числе у одной организации – под кредит, взыскиваемый банком через арбитражный суд;

организации использовали с начала операционной деятельности и до момента вхождения в проект технические компании для обналичивания денежных средств (наличные денежные средства использовались для осуществления выплат неофициальной заработной платы и премий, бонусов клиентам, для выкупа доли в передаваемом в качестве вклада в проект обществе в пользу физического лица – участника проекта), для закупки импортных материалов и оборудования по завышенным ценам с использованием незаконных схем минимизации таможенных платежей и НДС (то есть организации используют оборудование, незаконно перемещенное через границу Российской Федерации). Так, группой компаний «ТСЗП» в 2008 году и за 6 месяцев 2009 года техническим фирмам были перечислены средства в общей сумме 154,1 млн. рублей. В результате выплат неофициальной заработной платы и премий, приобретения импортных материалов и оборудования через посредников с использованием незаконных схем группой компаний «ТСЗП» не были уплачены в бюджет значительные суммы налогов;

организация, в течение всего периода своего существования (5 лет) имеющая отрицательную стоимость чистых активов, в отношении которой в соответствии с законодательством Российской Федерации мог быть подан иск о ликвидации;

организация, в собственности которой находится недвижимое имущество, в отношении которого отсутствуют правоустанавливающие документы, соответственно, действительность сделок по приобретению недвижимого имущества в собственность этой организации может быть оспорена;

организация, использующая для осуществления своей деятельности помещения на основании договора субаренды, действительность которого не подтверждена.

Как показали результаты анализа отчетов об оценке рыночной стоимости РИД и долей организаций, вносимых в качестве вклада в проект, денежная оценка вклада физических лиц – участников проекта (1 269,9 млн. рублей) была завышена в 2 раза. При оценке рыночной стоимости долей организаций, вносимых в качестве вклада в проект, по существу, оценивалась рыночная стоимость бизнеса группы компаний «ТСЗП», но при этом такая важная часть бизнеса, как производственные помещения, на базе которых осуществлялось производство нанопродукции, расширение которого было заявлено в качестве проекта, не планировалась руководством группы компаний «ТСЗП» к передаче в качестве вклада в проект. Учитывая, что в дальнейшем в оплату указанных производственных помещений были перечислены средства в сумме 200 млн. рублей, денежная оценка долей группы компаний «ТСЗП», вносимых в оплату акций проектной компании, была завышена в 3 раза.

В отношении указанных производственных помещений необходимо отметить следующее.

Производственные помещения, расположенные в нежилом административно-производственном здании, общей площадью 3 080,6 кв. метра (Московская обл., г. Щербинка, ш. Симферопольское, д. 19) находились в собственности ООО «Пи-Карбайд», собственником которого, в свою очередь, являлись физические лица – участники проекта. В то время, когда предложенный этими физическими лицами проект находился на рассмотрении в ГК «Роснанотех» (в январе – феврале 2010 года), ООО «Пи-Карбайд» было продано стороннему физическому лицу (было продано 100 % долей ООО «Пи-Карбайд»). После получения денежных средств от ГК «Роснанотех» в качестве финансирования проекта со специального счета проектной компании в феврале 2011 года было перечислено 200 млн. рублей в адрес этого стороннего физического лица в оплату приобретения проектной компанией 100 % долей ООО «Пи-Карбайд».

Таким образом, основная часть производственной базы группы компаний «ТСЗП», собственники которых (физические лица) являлись инициаторами и участниками проекта, не была внесена этими лицами в качестве вклада в

проект. За включение в проект этого имущества за счет средств, внесенных РОСНАНО в проект, было выплачено 200 млн. рублей.

Как показали результаты анализа движения денежных средств, поступивших от РОСНАНО в качестве финансирования проекта на специальный счет проектной компании ЗАО «Плакарт», в 2011–2012 годах за счет инвестиционных средств, вложенных РОСНАНО в проект, со специального счета проектной компании были перечислены средства в адрес группы компаний «ТСЗП» и физических лиц – участников проекта в общей сумме 141,2 млн. рублей, в том числе в качестве: займов группе компаний «ТСЗП» 116,7 млн. тыс. рублей (из них перечислено на счета физических лиц – участников проекта 61,1 млн. рублей), вкладов в уставный капитал группы компаний «ТСЗП» 24,5 млн. рублей. Учитывая наличие задолженности группы компаний «ТСЗП» перед банками, существовавшей до начала реализации проекта, указанные средства были использованы не на реализацию проекта, а на погашение существовавших до проекта или возникших в период подготовки проекта долгов группы компаний «ТСЗП». С учетом оплаты за включение в проект части производственной базы группы компаний «ТСЗП», произведенной в сумме 200 млн. рублей за счет инвестиционных средств, вложенных РОСНАНО в проект, общая сумма средств РОСНАНО, использованных не в целях реализации проекта (производства нанопродукции), а для решения проблем группы компаний «ТСЗП», возникших задолго до вхождения в проект, составила 341,2 млн. рублей, или 28 % от общей суммы финансирования проекта со стороны РОСНАНО (соответственно 28 % от общей суммы денежного финансирования проекта).

Кроме того, для финансирования за счет инвестиционных средств расходов одной из компаний (ООО «ТСЗП»), в том числе для погашения долгов, возникших до начала реализации проекта, использовались договоры купли-продажи проектной компании ЗАО «Плакарт» оборудования и материалов, находящихся на балансе ООО «ТСЗП» (100 % долей которого были внесены в проект и находились в собственности ЗАО «Плакарт»), с помощью которых инвестиционные средства попадали в ООО «ТСЗП».

По мнению ОАО «РОСНАНО», проект «Нанопокрытия» относится к числу успешно реализуемых проектов. Результаты проверки документов о ходе реализации проекта, представленных ОАО «РОСНАНО», свидетельствуют об обратном.

Как показала проверка, проект «Нанопокрытия» в части создания проектной компанией совместно с организациями, финансирующими проект денежными средствами, не был реализован. Так, проект в части создания совместно с ОАО «Уфимское моторостроительное производственное объединение» компании – производителя работ по нанесению нанопокрытий для нужд авиационной промышленности не был начат, в части создания компании – производителя работ по нанесению нанопокрытий для нужд атомной промышленности был выполнен частично (39 % акций указанной

компании не были оплачены ОАО «РОСНАНО» и проектной компанией в установленный законодательством Российской Федерации срок).

ОАО «РОСНАНО» не подтверждено прохождение контрольных точек проекта, установленных в плане-графике реализации инвестиционного проекта «Нанопокрытия»: по найму персонала; по пуску машин по нанесению покрытий в г. Нижнем Новгороде, г. Санкт-Петербурге, г. Москве.

По итогам 2011 года проектной компанией ЗАО «Плакарт» был получен убыток в сумме 31,5 млн. рублей.

Объем выручки в сумме 409,2 млн. рублей, полученной в 2011 году в рамках реализации проекта, меньше:

прогнозных объемов выручки на 2011 год, указанных в отчете об оценке рыночной стоимости долей, вносимых физическими лицами – участниками проекта в качестве неденежного вклада (1 191,65 млн. рублей), в 2,9 раза;

запланированных на 2011 год объемов выручки, указанных в инвестиционном меморандуме (1 722 млн. рублей), в 4,2 раза.

Объем выручки в сумме 453,4 млн. рублей, полученной в 2012 году рамках реализации проекта, меньше:

прогнозных объемов выручки на 2012 год, указанных в отчете об оценке рыночной стоимости долей, вносимых физическими лицами – участниками проекта в качестве неденежного вклада (1 998,2 млн. рублей), в 4,4 раза;

запланированных на 2012 год объемов выручки, указанных в инвестиционном меморандуме (3 192 млн. рублей), в 7 раз.

Таким образом, фактические объемы выручки, полученные в 2011–2012 годах в рамках реализации проекта «Нанопокрытия», в несколько раз (в 2,9 раза в 2011 году, в 4,4 раза в 2012 году) меньше прогнозных показателей выручки, на основании которых была произведена оценка вклада физических лиц – участников проекта. Указанные факты подтверждают, что денежная оценка долей группы компаний «ТСЗП», вносимых в оплату акций проектной компании (1 269,9 млн. рублей), была завышена в 3 раза.

### 8.4.7. Проект ID 2168: «Акрилан: расширение производства водных дисперсий»

Участие ОАО «РОСНАНО» в проекте одобрено решением правления ОАО «РОСНАНО» (протокол от 22 мая 2012 г. № 19).

Целью реализации проекта является расширение производства водных дисперсий (содержащих наноматериал) с 10 тыс. тонн до 40 тыс. тонн в год на базе имеющегося в г. Владимире производства ООО «Акрилан» (владельцы – компании, зарегистрированные в оффшоре: Республика Белиз, Британские Виргинские острова) на основе европейских технологий, уже применяющихся в европейских странах и используемых в России (завод DOW Chemicals).

В рамках проекта инвестиции ОАО «РОСНАНО» составили 600,0 млн. рублей, из которых 330,0 млн. рублей – инвестиции в оборудование.

На момент вхождения в 2012 году в проект ОАО «РОСНАНО» с формой участия в виде вклада в уставный капитал ООО «Акрилан» средств в размере 600,0 млн. рублей состояние ООО «Акрилан» характеризовалось следующим образом:

на дату подписания инвестиционного соглашения от 25 мая 2012 года по проекту между ОАО «РОСНАНО», компанией «Тримдон Менеджмент Лтд» (Республика Белиз), компанией «Кардин Пропертис Лимитед» (Британские Виргинские острова) и ООО «Акрилан» определением Арбитражного суда Владимирской области от 3 апреля 2012 года в отношении ООО «Акрилан» была введена процедура наблюдения сроком до 2 июля 2012 года на основании иска ОАО «Газпромбанк» в связи с наличием задолженности ООО «Акрилан» по кредитному договору в сумме 465,12 млн. рублей (включая пени, штрафы);

общество обладало признаками несостоятельности (банкротства) ввиду неисполнения обязательств по кредитному договору от 7 марта 2006 г. № 944, задолженность по которому составляла 13,73 млн. швейцарских франков, отсутствия средств для их погашения, наличия решения Арбитражного суда г. Москвы, вступившего в законную силу по делу № 40-227353/11-31-260 от 8 сентября 2011 года (о взыскании с ООО «Акрилан» в пользу ОАО «Газпромбанк» указанных денежных средств), в связи с чем имелся риск утраты права собственности на объекты, являющиеся предметом залога (договор ипотеки в отношении недвижимости и договор залога оборудования);

общество не располагало средствами для финансирования развития бизнеса, предусматривающего строительство 2-й и 3-й производственных линий; не генерирует достаточного количества выручки для обслуживания имеющихся кредитных обязательств; оборотный капитал недостаточен;

ООО «Акрилан» являлось убыточным предприятием, что связано с существенной долей затрат на сырье и материалы, приобретаемые через одного контрагента – ООО «Акрилан-Коутинг» (выделено из ООО «Акрилан» в 2009 году в результате реорганизации), действующего на основании агентского договора, что способствует искажению закупочных цен, получению необоснованной налоговой выгоды, то есть имеются все признаки формального документооборота между организациями с целью получения необоснованной налоговой выгоды в виде налоговых вычетов по НДС и занижения налогооблагаемого дохода в результате намеренного включения ООО «Акрилан-Коутинг» в цепочку контрагентов ООО «Акрилан» с целью приобретения сырья и материалов по завышенным ценам и реализации продукции по заниженным ценам;

общество подлежало ликвидации в связи с отрицательной величиной чистых активов согласно требованиям пункта 4 статьи 90 Гражданского кодекса Российской Федерации и пункта 3 статьи 20 Федерального закона от 8 февраля 1998 г. № 14-ФЗ «Об обществах с ограниченной ответственностью» (величина чистых активов ООО «Акрилан» имела отрицательные значения: на 31 декабря 2009 года – (-) 74,6 млн. рублей; на 31 декабря 2010 – (-) 152,35 млн.

рублей на 31 декабря 2011 года – (-) 256,87 млн. рублей; на 31 декабря 2012 года – (-) 352,10 млн. рублей).

Фактически средства в размере 600,0 млн. рублей, направленные 19 октября 2012 года ОАО «РОСНАНО» в проектную компанию ООО «Акрилан» в ходе реализации проекта, были направлены убыточному предприятию (100 % доли которого принадлежало оффшорным компаниям), обладающему признаками несосоятельности (банкротства). Из полученных от ОАО «РОСНАНО» 600,0 млн. рублей обществом 325,0 млн. рублей были размещены на депозитных счетах, а 250,0 млн. рублей были направлены ОАО «Промсвязьбанк» в качестве погашения кредита в размере 486,0 млн. рублей, привлеченного в целях погашения задолженности перед ОАО «Газпромбанк» в сумме 486,72 млн. рублей.

Согласно форме статистического наблюдения № 1-НАНО по ООО «Акрилан» за 2012 год с момента вхождения в совместный проект с ОАО «РОСНАНО» фактически показатели выпуска нанопродукции предприятия не увеличились; если в 2011 году ее размер составлял 317,35 млн. рублей, то в 2012 году он составил 329,94 млн. рублей.

### 8.4.8. Проект ID 937 «Создание совместного фонда венчурных инвестиций ГК «Роснанотех» и МШУ «Сколково»

В 2009 году органами управления ГК «Роснанотех» было одобрено участие в закрытом паевом инвестиционном фонде особо рисковых (венчурных) инвестиций «Сколково-Нанотех» (далее – фонд «Сколково-Нанотех»). Цель финансирования состояла в раскрытии коммерческого потенциала российских нанотехнологий и обеспечении инвесторам высокой отдачи от инвестиций, а также в стимулировании и повышении качества образовательного процесса в области инновационного менеджмента и организации эффективной бизнес-практики.

Управляющей компанией фонда «Сколково-Нанотех» является ЗАО «Управляющая компания «Тройка Диалог» (далее – ЗАО «УК «Тройка Диалог». Всего в 2009–2012 годах фонду «Сколково-Нанотех» было перечислено 826 млн. рублей, в том числе: 413 млн. рублей от РОСНАНО и 413 млн. рублей от соинвестора – кипрской компании Bloominvest Limited, привлеченной негосударственным образовательным учреждением «Московская школа управления «Сколково-Нанотех». Необходимо отметить, что президентом ЗАО «УК «Тройка Диалог» и членом наблюдательного совета при фонде «Сколково-Нанотех» являлся Р.К.Варданян.

За период своей деятельности фондом «Сколково-Нанотех» было профинансировано 4 проекта в области нанотехнологий на общую сумму 382,3 млн. рублей, при этом:

в 2010 году не было профинансировано ни одного проекта, однако размер вознаграждения управляющей компании составил 76,2 млн. рублей;

в 2011 году был профинансирован всего 1 проект с объемом инвестиций в 42,3 млн. рублей; размер вознаграждения управляющей компании составил 82,6 млн. рублей, тем самым почти в 2 раза превысил объем произведенных инвестиций в портфельные компании;

в 2012 году было профинансировано всего 3 проекта с объемом инвестиций в 340,0 млн. рублей, при этом размер вознаграждения управляющей компании составил 82,8 млн. рублей, то есть 24,3 % от объема произведенных инвестиций в портфельные компании.

За период деятельности (3 года) вознаграждение ЗАО «УК «Тройка Диалог» составило 241,5 млн. рублей, или почти 63 % от общего размера инвестиций фонда «Сколково-Нанотех» в портфельные компании.

В 2012 году ОАО «РОСНАНО» получен первый доход от вложенных инвестиций в фонд «Сколково-Нанотех», который составил 329,1 тыс. рублей.

Таким образом, по итогам 2009–2012 годов можно констатировать, что эффективность вложений РОСНАНО в фонд «Сколково-Нанотех» крайне мала и несопоставима ни с произведенными вложениями, ни с доходами ЗАО «УК «Тройка Диалог», размер которых не привязан к результатам ее деятельности.

### 8.5. Порядок организации в РОСНАНО контроля за целевым использованием выделяемых средств и мониторинга реализации проектов.

Федеральным законом «О Российской корпорации нанотехнологий» установлено, что для достижения целей своей деятельности Корпорация осуществляет контроль за эффективностью использования выделяемых средств посредством мониторинга, проводимого на основе сбора и анализа отчетности, предоставляемой проектными компаниями, о ходе реализации проектов

Отчеты о результатах мониторинга реализации проектов предоставляются правлением ГК «Роснанотех» в наблюдательный совет, а в случае выявления фактов нецелевого использования средств правление принимает решение о приостановлении финансовой поддержки за счет средств Корпорации.

Устав ОАО «РОСНАНО», утвержденный постановлением Правительства Российской Федерации от 7 февраля 2011 г. № 55, не содержит каких-либо положений, отдельно регламентирующих процедуру контроля со стороны ОАО «РОСНАНО» за средствами, выделенными в целях реализации проектов в сфере нанотехнологий. Контроль осуществлялся обществом по тем же принципам, что и в Корпорации.

В ходе проверки не установлено ни одного случая принятия органами управления РОСНАНО решения о приостановке финансирования проекта в связи с выявленным нецелевым использованием средств.

При этом в силу установленных в РОСНАНО процедур контроля в форме мониторинга проектов выявление нецелевого использования представляется невозможным.

Фактически мониторинг осуществляется по следующим направлениям:

соблюдение графика финансирования проектов;

контроль исполнения утвержденных календарных планов реализации проектов в разрезе установленных направлений расходования средств;

прохождение проектными компаниями установленных контрольных точек;

исполнение утвержденных финансовых моделей проектов и бюджетов движения денежных средств проектных компаний.

Материалы проверки свидетельствуют о неэффективности деятельности РОСНАНО по контролю за использованием выделяемых средств, в том числе по следующим основаниям:

в календарные планы реализации проектов часто вносятся изменения, предусматривающие перенос контрольных точек на более позднее даты в случае их недостижения в установленные сроки; например, срок завершения строительства завода по производству солнечных модулей на базе технологии «тонких пленок» Oerlikon первоначально был запланирован на декабрь 2010 года, потом на декабрь 2011 года, на июль 2012 года и т.д.;

в большинстве случаев РОСНАНО отслеживалось лишь использование средств в разрезе статей утвержденных бюджетов (не превысили ли расходы данную статью за установленный срок), не контролировалось, как по этой статье расходуются денежные средства и кому они перечисляются; что, в частности, допускает совершение следующих действий: проектная компания ООО «Уником» перечислила более 300 млн. рублей на ремонт, аренду и выкуп задания, на которое она не в состоянии оформить право собственности ввиду того, что здание находится в залоге у банка; проектная компания ООО «Лиотех» заключила контракт на строительство завода стоимостью более 1 500 млн. рублей с организацией, не имеющей разрешительных документов на ведение строительно-монтажных работ.

Кроме того, элементы механизма мониторинга реализации проектов заложены в работе ревизионных комиссий проектных компаний, в составы советов директоров которых входят сотрудники РОСНАНО.

Единственный случай, когда ревизионная комиссия проектной компании установила нецелевое использование средств, имел место в 2012 году, когда после смены руководства проектной компании ЗАО «Инновационная компания «САН» ревизионная комиссия провела проверку и установила, что предыдущим руководством компании в 2010–2012 годах нанесен ущерб в размере 355 500 тыс. рублей, выразившийся в перечислении денежных средств «фирмам-однодневкам» по фиктивным основаниям, необоснованных выплатах вознаграждений руководству, хищении готовой продукции, реализации продукции по ценам ниже затрат на ее производство.

По данным обстоятельствам информация была направлена в правоохранительные органы; в результате принятия мер по возмещению убытков на основании судебных решений взыскано 13 465,8 тыс. рублей.

В ходе проверки установлены иные случаи использования проектными компаниями ОАО «РОСНАНО» организаций, имеющих признаки «фирм-однодневок».

В процессе рассмотрения ГК «Роснанотех» заявки на финансирование проекта государственного учреждения «Научно-исследовательский институт эпидемиологии и микробиологии имени почетного академика Н.Ф.Гамалеи» РАМН (г. Москва) (далее – ГУ «НИИЭМ им. Н.Ф.Гамалеи» РАМН) права заявителя перешли к ООО «НТфарма», проект был переструктурирован и получил наименование «Создание GMP производства нановакцин и терапевтических биопрепаратов на основе псевдоаденовирусных наночастиц и наноструктур, содержащих карбогидрат-связывающий домен»; цель проекта – строительство завода и дальнейший выпуск ряда лекарственных препаратов.

В целях реализации проекта между ГК «Роснанотех», Р.Р.Атауллахановым, Aspen Technologies Inc. (США), ООО «Пром-Би», ООО «Управляющая компания «Доминанта» и ООО «НТфарма» (проектная компания) 26 июля 2010 года было заключено инвестиционное соглашение, которое определяло порядок взаимодействия сторон, а также включало бизнес-план проекта, согласно которому в качестве соисполнителей его реализации планировалось привлечь ряд ведущих российских научных учреждений, таких как ГУ «НИИЭМ им. Н.Ф.Гамалеи» РАМН, ФГУ «Московский научно-исследовательский онкологический институт им. П.А.Герцена».

Инвестиционным соглашением предусмотрены два этапа финансирования проекта со стороны ГК «Роснанотех»: на первом этапе посредством формирования уставного капитала проектной компании, на втором – путем предоставления займа проектной компании в размере до 1 063 000 тыс. рублей.

ГК «Роснанотех» 28 сентября 2010 года перечислила ООО «НТфарма» в качестве вклада в уставный капитал 227 000 тыс. рублей, из которых за три оставшихся месяца 2010 года 134 320 тыс. рублей, или 59 % от общего объема поступлений, проектная компания перечислила в адрес четырех организаций: ООО «Медэзрин», ООО «Биокон», ООО «Биотестлаб» и ООО «Биомед Инвест».

Всего по состоянию на 31 декабря 2012 года ООО «НТфарма» от участников инвестиционного соглашения получило на реализацию проекта денежные средства в сумме 1 198 000 тыс. рублей, из которых 1 097 000 тыс. рублей от ОАО «РОСНАНО» (227 000 тыс. рублей – взнос в уставный капитал, 870 000 тыс. рублей – предоставленный займ), 101 000 тыс. рублей в качестве взноса в уставный капитал от Aspen Technologies Inc. (США).

ООО «НТфарма» перечисляло денежные средства следующим организациям, а именно:

зарегистрированному 15 ноября 2010 года на территории г. Москвы ООО «Медэзрин» уже 24 ноября 2010 года было перечислено 27 600 тыс. рублей на выполнение НИОКР. Спустя полтора месяца с даты государственной

регистрации, 28 декабря 2010 года, единственным участником ООО «Медэзрин» было принято решение о реорганизации общества путем присоединения совместно с девятью участниками (в том числе с ООО «Биокон») к ООО «Строй Торг», о чем 30 декабря 2010 года в Инспекцию ФНС по Сормовскому району г. Нижний Новгород были поданы документы о государственной регистрации реорганизации. В период с 24 ноября 2010 года по 1 июня 2011 года ООО «НТфарма» перечислило ООО «Медэзрин» по 9 договорам на выполнение НИОКР 139 940 тыс. рублей. 19 мая 2011 года Межрайонной ИФНС России № 4 по Владимирской области была произведена государственная регистрация прекращения деятельности ООО «Медэзрин» в связи с его реорганизацией;

зарегистрированному 13 ноября 2010 года на территории г. Москвы ООО «Биокон» в период с 9 по 10 декабря 2010 года ООО «НТфарма» перечислило по договорам поставки оборудования 36 150 тыс. рублей. ООО «Биокон» проходило реорганизацию совместно с ООО «Медэзрин»;

зарегистрированному 22 июня 2011 года на территории г. Москвы ООО «Биомед Инвест», начавшему 7 марта 2013 года реорганизацию на территории Приморского края, за выполнение НИОКР было перечислено 6 200 тыс. рублей;

зарегистрированному 6 декабря 2010 года на территории г. Москвы ООО «Биотестлаб», подавшему 13 сентября 2011 года в Нижнем Новгороде документы о реорганизации и там же исключенному из Единого государственного реестра юридических лиц 13 января 2012 года, ООО «НТфарма» в период с 22 декабря 2010 года по 7 июля 2011 года на выполнение НИОКР перечислило 75 310 тыс. рублей;

зарегистрированному 20 июня 2011 года на территории г. Москвы и подавшему 4 марта 2013 года в Приморском крае документы о регистрации реорганизации ООО «НПО «Синтез» по договорам поставки оборудования ООО «НТфарма» в период с 1 сентября 2011 года по 27 февраля 2012 года перечислило 145 890,3 тыс. рублей.

Как отмечено выше, согласно бизнес-плану ООО «НТфарма» планировало привлечь ведущие научные организации в целях реализации проекта.

Установлено, что проектная компания перечислила непосредственно ГУ «НИИЭМ им. Н.Ф.Гамалеи» РАМН 100 тыс. рублей, ФГУ «Московский научно-исследовательский онкологический институт им. П.А.Герцена» 3 000 тыс. рублей.

При этом «ведущей научной организации» ООО «Медэзрин» на выполнение НИОКР было перечислено 139 940 тыс. рублей, из которых последним всего 5 000 тыс. рублей направлено в оплату услуг ФГУ «Московский научно-исследовательский онкологический институт им. П.А.Герцена» и 1 700 тыс. рублей перечислено ФГБУ «Российский онкологический научный центр им. Н.Н.Блохина» РАМН. Остальные денежные

средства ООО «Медэзрин» были направлены в оплату различного оборудования организациям, которые на момент проверки или прекратили свое существование, или же находятся в процессе реорганизации.

Согласно первоначальным плановым показателям к январю 2013 года выручка ООО «НТфарма» должна была составить 172 005 тыс. рублей, фактически составила 0 рублей, по итогам 2012 года проект на запланированные мощности не вышел, завод по производству лекарственных препаратов не построен, в том числе и по причине переноса места его размещения.

Анализ документов свидетельствует о выделении ГК «Роснанотех» денежных средств ООО «НТфарма», в частности первого транша займа в размере 470 000 тыс. рублей, без наличия экономической необходимости привлечения проектной компанией заемных средств (остатки по счетам компании составляли сопоставимую сумму более полугода).

Кроме того, в рамках проекта ID 1191 «Производство функциональных протеинов из сырья животного происхождения и целевых продуктов с улучшенными биологическими свойствами на их основе» ОАО «РОСНАНО» перечислило ООО «Росана» (проектная компания) 1 117 120 тыс. рублей в качестве вклада в уставный капитал.

Указанным проектом предусмотрено строительство производственного комплекса «Росана» в Валуйском районе Белгородской области, для чего ООО «Росана» заключило с ООО «СтройМАКС» договор генерального подряда от 23 мая 2011 г. № 06/10-11 ориентировочной стоимостью 1 437 300 тыс. рублей.

ООО «СтройМАКС» как юридическое лицо было зарегистрировано 28 июля 2010 года в г. Москве и уже 4 октября 2010 года было признано рабочей группой ООО «Росана» организацией, предложившей наилучшие условия проектирования и строительства производственного комплекса площадью более 89 тыс. кв. метров.

В рамках субподрядных договоров поставки оборудования ООО «СтройМАКС» перечислило 147 406,5 тыс. рублей ООО «ДИГ-ВЕРТ», которое первоначально было зарегистрировано в г. Москве, а 11 января 2013 года Межрайонной ИФНС России № 23 по Красноярскому краю в Единый государственный реестр юридических лиц были внесены сведения о прекращении деятельности юридического лица в связи с реорганизацией.

После того как ООО «ДИГ-ВЕРТ» прекратило поставку оборудования в рамках строительства производственного комплекса «Росана», поставку начало производить ООО «Аротрон», которое зарегистрировано в г. Москве с 11 сентября 2012 года и имеет расчетный счет в том же банке, что и предыдущий поставщик, а также тех же контрагентов.

Общая сумма денежных средств, которая перечислена проектными компаниями РОСНАНО организациям, имеющим признаки «фирм-однодневок» (юридический адрес по месту массовой регистрации,

непродолжительный срок существования юридического лица, ликвидация в отдаленном регионе, непредставление бухгалтерской отчетности), составляет около 1,2 млрд. рублей.

Таким образом, работу РОСНАНО по контролю за целевым использованием выделяемых средств, которая осуществляется посредством мониторинга, нельзя признать эффективной и действенной особенно с учетом того, что сотрудники РОСНАНО являются членами советов директоров проектных компаний, устанавливают порядок согласования советом директоров тех или иных сделок, а также утверждают бюджеты проектных компаний.

В ходе контрольного мероприятия из ОАО «РОСНАНО» уволились управляющий директор С.С.Поликарпов (общий объем профинансированных РОСНАНО проектов управляющего директора составляет более 47 млрд. рублей) и управляющий директор А.С.Кондрашов (общий объем профинансированных РОСНАНО проектов управляющего директора составляет более 15 млрд. рублей).

**8.6. Оценка эффективности деятельности РОСНАНО и достижения поставленных целей и задач.**

Оценка эффективности деятельности РОСНАНО производилась на основании положений Федерального закона «О Российской корпорации нанотехнологий», определяющего основные цели, задачи и функции Корпорации, а также документов стратегического характера, имеющих количественные показатели оценки деятельности.

Наблюдательным советом ГК «Роснанотех» 29 мая 2008 года была утверждена Стратегия деятельности ГК «Роснанотех» до 2020 года (далее – Стратегия ГК «Роснанотех»), в которой в качестве основной миссии компании определено содействие реализации государственной политики, имеющей целью обеспечить вхождение России в число мировых лидеров в области нанотехнологий. В документе говорится, что индикаторы и основные показатели решения задач (достижения целей) ГК «Роснанотех» до 2015 года согласуются с президентской инициативой от 24 апреля 2007 года «Стратегия развития наноиндустрии» и показателями решения задач Программы развития наноиндустрии в Российской Федерации до 2015 года.

Минобрнауки России письмом от 20 декабря 2012 года направило в Правительство Российской Федерации доработанный доклад о реализации в 2011 году Программы развития наноиндустрии, в котором в качестве одной из двух существующих острых проблем отражена следующая – «недостаточный вклад ОАО «РОСНАНО» в выполнение важнейших показателей развития отечественной наноиндустрии («объем продаж продукции наноиндустрии» и «количество созданных новых рабочих мест в сфере нанотехнологий»)».

Материалы контрольного мероприятия полностью подтверждают выводы министерства, особенно с учетом отраженного выше направления РОСНАНО

более 47 млрд. рублей, или 35,3 % от общего объема финансирования проектов, за рубеж на финансирование деятельности различных фондов и организаций.

Содержащиеся в Стратегии ГК «Роснанотех» показатели деятельности компании делятся на две группы:

первая группа, связанная с инвестициями,

вторая группа, связанная с объемами продаж проектных компаний, показатели которой и являются основными.

Первая группа показателей включает в себя следующие:

объем финансирования проектов по развитию производства продукции наноиндустрии, формированию рынков нанопродукции (инвестиционные проекты);

объем финансирования инфраструктурных проектов и программ в области нанотехнологий и наноиндустрии, научного прогнозирования и создания дорожных карт, информационной деятельности, работ по страндартизации, сертификации и метрологическому обеспечению безопасности в наноиндустрии;

объем финансирования проектов в области образования, популяризации науки, продвижения имиджа России как одного из мировых центров наноиндустрии;

объем инвестиций, привлекаемых в проекты за счет средств внебюджетных источников;

объем инвестиций за счет доходов от деятельности ГК «Роснанотех».

Сведения об итоговом выполнении РОСНАНО всех пяти показателей первой группы приведены в следующей таблице.

млрд. рублей

|  | 2008 год | 2009 год | 2010 год | 2011 год | 2012 год | Итого |
|---|---|---|---|---|---|---|
| План | 20,5 | 24,0 | 29,0 | 29,0 | 29,5 | 132,0 |
| Факт | 1,4 | 49,8 | 58,4 | 107,3 | 67 | 283,9 |

Таким образом, согласно отчетным документам РОСНАНО общий объем финансирования в рамках установленных показателей оценки при плановом значении в 132 млрд. рублей составил 283,9 млрд. рублей, что превышает запланированные объемы 2,15 раза.

Далее приводится анализ выполнения РОСНАНО показателей деятельности первой группы.

1)   В следующей таблице отражены плановые и фактические значения показателя «Объем финансирования проектов по развитию производства продукции наноиндустрии, формированию рынков нанопродукции (инвестиционные проекты)».

млрд. рублей

|  | 2008 год | 2009 год | 2010 год | 2011 год | 2012 год | Итого |
|---|---|---|---|---|---|---|
| План | 8 | 10 | 12 | 12 | 12 | 54 |
| Факт | 0,01 | 32 | 32 | 36 | 33 | 133,01 |

Таким образом, итоговые значения свидетельствуют о том, что объем фактического финансирования превысил плановые значения в 2,46 раза.

При этом анализ структуры и сроков финансирования проектов в течение отдельно взятого года свидетельствует о несистемном финансировании:

из 193,34 млн. рублей, составляющих общий объем финансирования проектов в 2008 году, 176,01 млн. рублей, или 91 %, было перечислено 29 декабря 2008 года на реализацию проекта ID 176 «Нанофабрикация асферических оптических элементов», который был основан на технических решениях, опробованных и отвергнутых еще в 70 – 80 годах прошлого века; в итоге проект не реализован, денежные средства ГК «Роснанотех» после более чем девяти месяцев нахождения на счете иностранной коммерческой организации были возвращены Корпорации;

из 32 025,22 млн. рублей, составляющих общий объем финансирования проектов в 2009 году, 17 297,59 млн. рублей, или 54 %, было перечислено в декабре 2009 года, в том числе: 4 647,46 млн. рублей на проект ID 1340 «Plastic Logic», 3 677,64 млн. рублей на проект ID 1549 «Фонд Роснано Капитал С.А.», 470 млн. рублей на проект ID 575 «Нановакцины» (при этом, как уже отмечено выше, последняя проектная компания проекта не нуждалась в заемных средствах);

из 36 338,84 млн. рублей, составляющих общий объем финансирования проектов в 2010 году, 11 846,45 млн. рублей, или 33 %, было перечислено в ноябре – декабре 2010 года.

Таким образом, изложенное свидетельствует о том, что ГК «Роснанотех» на начальной стадии своей работы наибольший объем средств на финансирование проектов направляла в конце года. Представляется допустимым, что это делалось в целях максимального освоения денежных средств в отчетном году. При этом ряд проектов, профинансированных подобным образом, в последующем оказался неэффективным (ID 176 «Нанофабрикация асферических оптических элементов», ID 1340 «Plastic Logic»).

2) Согласно данным ОАО «РОСНАНО» по показателю «Объем финансирования инфраструктурных проектов и программ в области нанотехнологий и наноиндустрии, научного прогнозирования и создания дорожных карт, информационной деятельности, работ по стандартизации, сертификации и метрологическому обеспечению безопасности в наноиндустрии» при плановом значении в 17 млрд. рублей объем финансирования составил 19,9 млрд. рублей, что в 1,17 раза больше планового показателя.

Из 105 проектов на общую сумму 134 052,2 млн. рублей РОСНАНО было профинансировано всего четыре инфраструктурных проекта на общую сумму 2 226,25 млн. рублей.

С учетом того, что в расходы по данному показателю были включены расходы в сумме 5,25 млрд. рублей, которые были выделены из федерального

бюджета в качестве целевого взноса Российской Федерации на строительство установки Европейского рентгеновского лазера на свободных электронах, данный показатель финансирования представляется не выполненным РОСНАНО.

Справочно: в состав расходов по рассматриваемому показателю включены расходы на разработку технологических дорожных карт и методик, выполнение форсайт-исследований, аналитических исследований, на прогнозирование, формирование информационных ресурсов и баз данных в наноиндустрии, на стандартизацию, сертификацию, метрологическое обеспечение и т.д.

3) Показатель «Объем финансирования проектов в области образования, популяризации науки, продвижения имиджа России как одного из мировых центров наноиндустрии» соотносится с одной из шести функций ГК «Роснанотех», закрепленной в Федеральном законе «О Российской корпорации нанотехнологий», – «осуществление финансирования проектов по подготовке специалистов в сфере нанотехнологий».

В результате реорганизации ГК «Роснанотех» функции по реализации образовательных программ перешли к созданному в 2011 году Фонду инфраструктурных и образовательных программ.

До начала действия фонда согласно Стратегии ГК «Роснанотех» в 2008–2010 годах плановые расходы по рассматриваемому показателю установлены в размере 7,5 млрд. рублей. Фактически они составили 1,5 млрд. рублей, или 20 % от планового значения.

Таким образом, изложенное свидетельствует не только о невыполнении ГК «Роснанотех» рассматриваемого показателя, но и о невыполнении функции, закрепленной в Федеральном законе «О Российской корпорации нанотехнологий», которую Корпорация должна исполнять для достижения своих целей.

4) Согласно данным ОАО «РОСНАНО» по показателю «Объем инвестиций, привлекаемых в проекты за счет средств внебюджетных источников» при плановом значении в 29,5 млрд. рублей было привлечено около 130 млрд. рублей инвестиций, что в 4,4 раза больше планового показателя.

При этом представлена структура привлеченных инвестиций:

80,0 млрд. рублей, или 60,7 %, – неденежный взнос в уставный капитал;

27,6 млрд. рублей, или 20,9 %, – взнос в уставный капитал денежных средств;

18,5 млрд. рублей, или 14 %, – предоставленные кредиты и займы;

2,2 млн. рублей, или 1,7 %, – финансирование фондов;

остальную часть составляют прочие взносы.

Таким образом, большую часть привлеченных инвестиций (60,7 %) составляют инвестиции в виде неденежного взноса, которые были внесены на основании результатов оценки и нередко, как отмечено выше, были завышены. Это, в свою очередь, свидетельствует о том, что реальная рыночная стоимость привлеченных РОСНАНО инвестиций ниже заявляемых показателей.

5)   Показатель «Объем инвестиций за счет доходов от деятельности ГК «Роснанотех» при плановом значении в 21 млрд. рублей выполнен РОСНАНО с результатом в 41,3 млрд. рублей. Достижение указанного результата связано в первую очередь не с эффективностью работы РОСНАНО, а с тем, что, как было отмечено выше, на начальном этапе деятельности компании она располагала избыточными денежными средствами, которые размещались на депозитных счетах. Например, показателем предусмотрено, что в 2009 году инвестиции за счет доходов от деятельности составят 5 млрд. рублей, фактически ГК «Роснанотех» было получено 14,7 млрд. рублей.

Таким образом, изложенное свидетельствует о том, что перечисленные показатели первой группы выполнены РОСНАНО не в полном объеме, как и некоторые функции, закрепленные в Федеральном законе «О Российской корпорации нанотехнологий».

Согласно Стратегии ГК «Роснанотех» основными показателями деятельности Корпорации являются показатели второй группы, к которым относятся:

1)   показатель «Объем продаж российской продукции наноиндустрии, в том числе в результате реализации проектов с участием Корпорации».

Основным показателем деятельности РОСНАНО является объем выручки проектных компаний от реализации продукции наноиндустрии (далее – нановыручка), которая к 2015 году должна составить 300 млрд. рублей.

В следующей таблице приведены сведения о плановых и фактических объемах нановыручки проектных компаний РОСНАНО.

млрд. рублей

|      | 2008 год | 2009 год | 2010 год | 2011 год | 2012 год | 2013 год | 2014 год | 2015 год |
|------|----------|----------|----------|----------|----------|----------|----------|----------|
| План | 0        | 0        | 0        | 0        | 10,0     | 50,0     | 100,0    | 300,0    |
| Факт | 0        | 0        | 1,02     | 11,2     | 23,5     | -        | -        | -        |
|      |          |          |          |          |          |          |          |          |

Согласно Стратегии ГК «Роснанотех» впервые проектные компании РОСНАНО должны показать полученную нановыручку в 2012 году в размере 10 млрд. рублей. Фактический показатель в 2012 году превысил плановый в 2,35 раза и составил 23,5 млрд. рублей.

Наличие объема нановыручки, более чем в два раза превышающей плановые показатели, нельзя связывать напрямую с эффективной деятельностью РОСНАНО по развитию наноиндустрии в Российской Федерации.

В первую очередь это связано с увеличением количества компаний, получивших финансовую поддержку РОСНАНО за счет увеличенного в 2,46 раза, как отмечено выше, объема финансирования проектов. На фоне увеличения количества проектных компаний увеличивается и их нановыручка, особенно притом, что некоторые из организаций являлись действующими предприятиями и производили нанопродукцию до начала реализации совместных с РОСНАНО проектов.

Например, согласно статистической отчетности ЗАО «Новомет Пермь» объем нановыручки в 2010 году составил 3 389,88 млн. рублей, в 2011 году – 4 591,24 млн. рублей.

ОАО «РОСНАНО» в рамках реализации проекта, начатого в 2011 году, перечислило 17 ноября 2011 года ЗАО «Новомет Пермь» в качестве вклада в уставный капитал 2 460,93 млн. рублей, и в последующем нановыручка общества за 2011 год в размере 4 591,24 млн. рублей была включена в общую нановыручку проектных компаний ОАО «РОСНАНО» за 2011 год.

С учетом срока реализации совместного проекта, а также динамики увеличения нановыручки ЗАО «Новомет Пермь» в 2010–2011 годах представляется, что вклад ОАО «РОСНАНО» кардинально не повлиял на объемы выпуска продукции. Вместе с тем нановыручка указанной организации составила 41 % от общего объема нановыручки проектных компаний ОАО «РОСНАНО» за 2011 год.

В первый раз нановыручка была показана ГК «Роснанотех» в 2010 году, когда 17 ее проектных компаний сформировали объем нановыручки в 1,02 млрд. рублей, объем нановыручки этих же компаний в 2011 году составил 3,7 млрд. рублей, а в 2012 году – 4,2 млрд. рублей.

По итогам 2011 года ОАО «РОСНАНО» опубликовало сведения, что объем нановыручки его 34 проектных компаний составил 11,2 млрд. рублей. Структура указанной суммы представлена следующим образом:

- 3,7 млрд. рублей – нановыручка 17 компаний, показавших нановыручку в 2010 году,

- 0,5 млрд. рублей – нановыручка 9 компаний, которые начали реализовывать совместные проекты с ГК «Роснанотех» до 2011 года и впервые показали нановыручку (в 2012 году нановыручка указанных организаций составила 1,6 млрд. рублей),

- 7 млрд. рублей, или 62,5 %, – нановыручка проектных компаний, получивших финансирование от РОСНАНО в 2011 году, включая ЗАО «Новомет Пермь».

По итогам 2012 года нановыручка проектных компаний ОАО «РОСНАНО» составила 23,5 млрд. рублей, из которых 1,7 млрд. рублей – нановыручка проектных компаний, получивших финансирование от РОСНАНО в 2012 году.

При этом необходимо отметить, что объемы нановыручки РОСНАНО определяются на основании направляемой проектными компаниями статистической отчетности, которая, как установлено в ходе проверки, противоречива, а в некоторых случаях не подтверждается Росстатом, что свидетельствует о ее недостоверности.

Например, согласно форме статистического наблюдения № 1-НАНО за 2011 год, направленной ЗАО «Новые инструментальные решения», обществом было отгружено первичной нанотехнологической продукции категории «А» на сумму 79 538,0 тыс. рублей.

По запросу Счетной палаты Российской Федерации Росстат подтвердил, что статистическая отчетность ЗАО «Новые инструментальные решения» сдавалась, но не содержит сведений об отгрузке компанией первичной нанотехнологической продукции категории «А» на сумму 79 538,0 тыс. рублей.

Таким образом, сведения об объеме нановыручки РОСНАНО основываются на данных противоречивой и недостоверной статистической отчетности; увеличение нановыручки РОСНАНО связано с увлечением количества ее проектных компаний, в большем своей объеме основано на результатах деятельности проектных компаний до начала реализации ими совместных проектов в сфере нанотехнологий.

На основании изложенного, а также с учетом экономической несостоятельности многих проектов, реализуемых ОАО «РОСНАНО», достижение объема нановыручки в 300 млрд. рублей представляется недостижимым.

2) Показатель «Удельный вес отечественной продукции наноиндустрии в общем объеме продукции наноиндустрии, реализованной на мировом рынке высоких технологий, в том числе в результате реализации проектов с участием Корпорации».

Согласно значениям данного показателя в 2012 году доля нановыручки проектных компаний ОАО «РОСНАНО» должна составить 0,04 % от мирового объема продукции наноиндустрии, а в 2015 году – 1 %.

Оценить работу ОАО «РОСНАНО» по указанному показателю не представляется возможным, так как согласно сведениям компании в зарубежных странах отсутствует статистика, описывающая объем реализации продукции наноиндустрии и, соответственно, международные статистические организации такие данные не обобщают.

3) Показатель «Объем экспорта продукции наноиндустрии, в том числе в результате реализации проектов с участием Корпорации».

Согласно значениям данного показателя объем экспорта продукции проектных компаний ОАО «РОСНАНО» в 2012 году должен составлять 2 млрд. рублей, в 2015 году – 60 млрд. рублей.

По указанному показателю данные формируются ОАО «РОСНАНО» на основании статистической отчетности, представляемой проектными компаниями по форме № 1-НАНО.

В 2012 году объем экспорта продукции наноиндустрии проектными компаниями не достиг плановых показателей и составил 1,4 млрд. рублей.

В соответствии с распоряжением Правительства Российской Федерации от 27 ноября 2010 г. № 2102-р в 2012-2013 годах планируется осуществить приватизацию 10 % акций ОАО «РОСНАНО». До настоящего времени указанное распоряжение Правительства Российской Федерации не исполнено.

С учетом произведенной реорганизации ГК «Роснанотех» советом директоров компании (протокол от 4 декабря 2012 года) был одобрен проект Стратегии ОАО «РОСНАНО» до 2020 года (далее – проект Стратегии

ОАО «РОСНАНО»). Согласно документу определяющим для ОАО «РОСНАНО» является стремление стать глобальной российской инвестиционной компанией, специализирующейся на инвестициях в конкурентоспособные российские и иностранные компании, внедряющие перспективные нанотехнологии, и входящей в число международно признанных лидеров в сфере инвестиций в высокотехнологичном секторе.

Согласно указанному документу к 2015 году ОАО «РОСНАНО», в частности, должно достигнуть следующих результатов:

объем продаж российской наноиндустрии в результате реализации проектов с участием ОАО «РОСНАНО» должен составить 300 млрд. рублей,

рыночная капитализация и стоимость чистых активов (в соответствии с International Financial Reporting Standards) должны составить 300 млрд. рублей.

Кроме того, советом директоров ОАО «РОСНАНО» правлению общества поручено в срок до 31 марта 2013 года согласовать проект Стратегии ОАО «РОСНАНО» с инвесторами в акционерный капитал общества, привлекаемыми в рамках частичного размещения 10 % акций, и представить доработанный с инвесторами проект Стратегии ОАО «РОСНАНО» на рассмотрение совета директоров.

Указанное решение совета директоров ОАО «РОСНАНО» правлением общества не исполнено.

Данный факт является не единственным случаем неисполнения решений органов управления РОСНАНО.

Так, согласно Программе развития наноиндустрии ГК «Роснанотех» является участником национальной нанотехнологической сети и как ее участник должна содействовать обеспечению эффективного использования интеллектуальных, информационных, финансовых, материальных и иных видов ресурсов в сфере наноиндустрии.

Решением правления ГК «Роснанотех» от 28 декабря 2009 года была одобрена и в последующем утверждена приказом от 8 февраля 2010 г. № 79 Концепция управления и защиты интеллектуальной собственности ГК «Роснанотех», которая в качестве основного индикатора обеспечения целей деятельности компании к 2015 году определяет количество и ценность российских и зарубежных патентов, полученных для обеспечения проектов ОАО «РОСНАНО».

Также указанным решением правления ГК «Роснанотех» было поручено в I квартале 2010 года представить предложения по созданию базы данных ГК «Роснанотех» по интеллектуальной собственности, используемой в проектах.

В ходе проверки установлено, что РОСНАНО не только не обеспечено содействие эффективному использованию интеллектуальных ресурсов, но и не создана база данных по интеллектуальной собственности, так как компания не располагает сведениями о том, сколько объектов интеллектуальной собственности имеется у ее проектных компаний.

В ходе проверки в связи с «необходимостью проведения анализа эффективности использования интеллектуальной собственности проектными компаниями» был издан приказ ОАО «РОСНАНО» от 28 декабря 2012 г. № 711 «О представлении информации об использовании интеллектуальной собственности проектными компаниями ОАО «РОСНАНО», которым директорам бизнес-единиц предписывалось в срок до 1 февраля 2013 года обеспечить представление курируемыми проектными компаниями необходимой информации по состоянию на 1 января 2013 года. Контроль исполнения приказа оставлен за председателем правления ОАО «РОСНАНО» А.Б.Чубайсом.

Из отчета, подготовленного в соответствии с указанным приказом, следует, что из 109 проектных компаний необходимые сведения представили только 59 компаний, или 54,12 % от общего их количества.

Согласно представленным данным они обладают правом собственности на 1 476 РИД общей стоимостью 15 601 113,7 тыс. рублей, 733 РИД получены по лицензии, отправлены 126 заявок на регистрацию РИД, готовятся 19 заявок на регистрацию РИД.

Необходимо отметить, что представленные в отчете сведения включают в себя РИД, которыми обладали организации до их взаимодействия с РОСНАНО, а также полученные в последующем.

Установить в ходе проверки, сколько и каких объектов интеллектуальной собственности было получено проектными компаниями в ходе реализации совместных проектов с РОСНАНО, не представилось возможным, так как, по признанию компании, специальное исследование на эту тему не проводилось.

На основании решений органов управления ОАО «РОСНАНО» в 2012 году был осуществлен выход из проектных компаний по 4 инвестиционным проектам. При этом поступления от выхода ОАО «РОСНАНО» из указанных проектных компаний планировались в размере 3 023,0 млн. рублей, однако по состоянию на конец 2012 года поступления составили всего 2 016,0 млн. рублей.

### 8.7.   Расходование РОСНАНО средств на собственные нужды.

При наличии указанных выше результатов РОСНАНО по развитию российской наноиндустрии расходы компании на собственное содержание, несмотря на рекомендации ревизионной комиссии, в первые годы деятельности компании были чрезмерными. Так в 2007 году они составили 0,0453 млрд. рублей; в 2008 году – 1,7 млрд. рублей; в 2009 году – 4,6 млрд. рублей; в 2010 году – 5,5 млрд. рублей; в 2011 году – 4,8 млрд. рублей; в 2012 году – 4,1 млрд. рублей.

Так, по итогам проверки финансово-хозяйственной деятельности ГК «Роснанотех» за 2008 год ревизионной комиссией, в частности, были даны рекомендации повысить эффективность расходования денежных средств на цели и функции, определенные Федеральным законом «О Российской

корпорации нанотехнологий», и сократить неоправданные и излишние административно-хозяйственные расходы.

По итогам проверки финансово-хозяйственной деятельности ГК «Роснанотех» за 2009 год ревизионной комиссией были даны те же рекомендации, что и ранее. Кроме того, отмечено, что согласно поручению Правительства Российской Федерации от 6 апреля 2009 г. № ВП-П13-1823 уровень заработной платы сотрудников государственных корпораций не может превышать среднюю рыночную величину по соответствующей отрасли, сложившуюся в коммерческих организациях. Несмотря на это, уровень оплаты труда одного работника ГК «Роснанотех» в 3,5 раза превышает размер заработной платы работников московских финансовых организаций.

По итогам проверки финансово-хозяйственной деятельности ГК «Роснанотех» за 2010 год ревизионная комиссия сделала аналогичные выводы о необходимости наращивания эффективности работы в сфере инвестиционных проектов и сокращения расходов на функционирование Корпорации и решение сопутствующих задач.

Далее приводится анализ некоторых статей расходов РОСНАНО.

1)   Фонд оплаты труда составил 7 143,79 млн. рублей. При этом необходимо отметить, что при уменьшении фактической численности в 2012 году по сравнению с 2011 годом на 83 человека фонд оплаты труда вырос на 20 %, или на 228,1 тыс. рублей в месяц в расчете на одного сотрудника.

Расходы на оплату труда (в расчете на одного работника в месяц исходя из среднесписочной численности работников) с 2007 по 2012 год увеличились с 215,9 тыс. рублей до 383,1 тыс. рублей, или в 1,8 раз, а исходя из фактической численности работников по состоянию на 31 декабря 2007 года и на 31 декабря 2012 года  – в 4,4 раза (с 89,0 до 392,3 тыс. руб. в месяц).

В проверяемый период доходы руководства РОСНАНО превышали доходы сотрудников структурных подразделений в 3,1 – 5,7 раза.

2)   Административные и хозяйственные расходы РОСНАНО на обеспечение текущей деятельности составили 6 499,94 млн. рублей, из них: в 2009 году – 2 828,06 млн. рублей, в 2010 году – 1 061,15 млн. рублей, в 2011 году – 1 127,04 млн. рублей; в 2012 году – 998 млн. рублей.

3)   Расходы, связанные с размещением персонала, составили 5 366,21 млн. рублей, большая часть из них связана с покупкой здания и его ремонтом.

Необходимо отметить, что вопрос покупки здания был одобрен наблюдательным советом ГК «Роснанотех». Против одобрения сделки выступила член наблюдательного совета – Министр экономического развития Российской Федерации Э.С.Набиуллина, которая в своем письменном мнении отразила, что стоимость 1 кв. метра, а также его отделки представляется завышенной и, по мнению министерства, не соответствует рыночной ситуации (по некоторым оценкам, стоимость 1 кв. метра в аналогичном здании эквивалентна 3 900 долларам США). При этом исходя из представленных к

заседанию наблюдательного совета расчетов следует, что стоимость 1 кв. метра с учетом всех расходов составит около 10 000 долларов США.

В результате ГК «Роснанотех» приобрела у ООО «Принципал Плюс» нежилые помещения общей площадью 17 010,6 кв. метра (51,5 % от общей площади всего здания), перечислив последнему 2 619,89 млн. рублей. В последующем ремонт здания на общую сумму 1 154,66 млн. рублей произвело ОАО «Трест трансстрой».

4)    Расходы РОСНАНО на проведение корпоративных мероприятий и празднований Нового года за пять лет составили 101,74 млн. рублей, из них: в 2010 году – 30,44 млн. рублей, в 2011 году – 29,0 млн. рублей. При этом отчетные финансовые документы по договорам с ООО «СТЕЛКОМ» и ООО «ЭКА-ТУР» не в полном объеме раскрывают структуру расходов на указанные мероприятия.

5)    Расходы РОСНАНО в 2008–2012 годах по охране имущества, обеспечению порядка в местах проведения массовых мероприятий составили 563,16 млн. рублей, из них: в 2010 году – 141,45 млн. рублей; в 2011 году – 158,69 млн. рублей; в 2012 году – 163,04 млн. рублей.

Охранные услуги РОСНАНО на указанные суммы оказывало ООО «Частное охранное предприятие «Вымпел-ТН» (впоследствии переименовано в ООО «Частное охранное предприятие «Святовит-А») на основании двух заключенных договоров которые со стороны РОСНАНО курирует директор департамента безопасности (его брат является одним из совладельцев указанного охранного предприятия).

6)    Расходы на приобретение сувенирной продукции составили 34,52 млн рублей.

7)    Расходы РОСНАНО по подбору персонала, подготовке кадров, разработке и принятию кодекса корпоративной этики составили 106,25 млн. рублей. В частности, Корпорацией были заключены договоры со следующими организациями: ООО «Андерсон Партнерс», компанией «КБС Интернасиональ С.А.» (Швейцария), ООО «Хэдхантер», компанией «Морган Хант Лимитед» (Великобритания), ООО «Пипл Солюшнз Груп», консалтинговой компанией ООО «БЛМ-Консорт», ООО «Корнерстоун». Расходы ГК «Роснанотех» на оплату услуг вышеуказанных кадровых агентств в 2008 году составили 21,78 млн. рублей; по итогам было принято на работу 34 сотрудника, из которых 18 в настоящее время уже не работают в ОАО «РОСНАНО».

Расходы РОСНАНО за 2008–2012 годы на обеспечение служебным автотранспортом составили 854,81 млн. рублей, из них: в 2010 году – 221,47 млн. рублей; в 2011 году – 248,44 млн. рублей; в 2012 году – 198,82 млн. рублей. Указанные услуги оказывали ООО «Счет Спец Транс» и ООО «Авто Спец Транс». Расходование средств на служебный транспорт в РОСНАНО не всегда прозрачно, обосновано экономически и представляется завышенным по сравнению с аналогичными услугами, оплачиваемыми в федеральных органах

исполнительной власти. Например, стоимость обслуживания автомобиля Ауди A8L руководителя Федеральной службы по надзору в сфере образования и науки в 2012 году составила 2 145 тыс. рублей в год, стоимость обслуживания автомобиля Ауди A8 в РОСНАНО составляла 1 599,9 тыс. рублей в месяц. Кроме того, стоимость обслуживания автомобиля Мерседес S 600L составляла от 853,0 тыс. рублей до 934,1 тыс. рублей в месяц, автомобилей БМВ X5, X6 – от 474,7 тыс. рублей до 519,8 тыс. рублей в месяц.

8) Расходы РОСНАНО в 2008–2012 годах на оказание юридических, консультационных услуг и предынвестиционных экспертиз проектов составили 3 989,15 млн. рублей, из них: в 2010 году – 1 169,73 млн. рублей; в 2011 году – 833,06 млн. рублей; в 2012 году – 709,99 млн. рублей.

При этом представляется допустимым, что некоторые из оказываемых услуг могли бы выполняться сотрудниками РОСНАНО. Например, на момент заключения договора от 8 октября 2007 года с адвокатами Коллегии адвокатов Московской области «Юридическая фирма «ЮСТ» в штате ГК «Роснанотех» числились заместитель генерального директора по правовым вопросам и юрисконсульт с окладами 640,0 тыс. рублей и 75,0 тыс. рублей соответственно. Предметом договора стоимостью 2 632,9 тыс. рублей была разработка внутренних документов Корпорации (положения о правлении, филиалах, представительствах, научно-техническом совете и т. д.).

Кроме того, ГК «Роснанотех» был заключен договор от 8 апреля 2008 г. № 94 с ЗАО «УК «Тройка Диалог» на оказание услуг и подготовку необходимой документации, раскрывающей принципы управления временно свободными денежными средствами Корпорации; разработку системы оформления взаимоотношений с управляющими компаниями (банками) и прочих документов. Всего по договору было перечислено исполнителю 111,80 млн. рублей.

Из анализа отчетных документов по договору, в частности, следует:

по заданию № 1 (разработка документов, регламентирующих проведение тендеров и конкурсов) ЗАО «УК «Тройка Диалог» представило материалы на 87 страницах, из которых около 45 % страниц – типовые формы в виде пустых таблиц или общепринятых документов (письмо-приглашение, письмо-заявка, анкета претендента и т.д.). За выполнение данного задания ГК «Роснанотех» было перечислено 20,0 млн. рублей, что расчетно составляет 230 тыс. рублей за страницу. Следует отметить, что одни и те же формы, представленные в отчете, повторяются в отчетных документах и по другим этапам;

по заданию № 5 (обзор и анализ рынка депозитарных услуг; подготовка рекомендаций для заказчика по выбору депозитариев для поддержки деятельности доверительных управляющих и хранения ценных бумаг, приобретаемых заказчиком в рамках своей основной деятельности) отчет имел схожую структуру – документ составлен на 152 листах, из которых значительная часть содержит типовые формы в виде пустых таблиц или

общепринятых документов. За выполнение задания ГК «Роснанотех» перечислила 7,0 млн. рублей.

Следует отметить, что управляющий директор группы компаний «Тройка Диалог» С.В.Скворцов одновременно являлся членом комитета по инвестиционной политике при наблюдательном совете ГК «Роснанотех».

Расходы РОСНАНО по проведению обязательного ежегодного аудита финансовой (бухгалтерской) отчетности составили:

за 2007–2008 годы 1,06 млн. рублей (аудитор ООО «РСМ Топ-Аудит»);

за 2009–2010 годы 41,79 млн. рублей (аудитор ЗАО «ПрайсвотерхаусКуперс Аудит»);

за 2011 год 27,26 млн. рублей (аудитор ООО «Эрнст энд Янг»).

Начальная (максимальная) цена контракта по проведению аудита бухгалтерской отчетности и аудита консолидированной финансовой отчетности за 2012 год была объявлена в размере 49,0 млн. рублей.

9)      Расходы на осуществление спонсорской и благотворительной деятельности за 2008–2012 годы составили 169,17 млн. рублей. При этом по некоторым договорам отсутствуют первичные отчетные документы, документы о рассмотрении отчетов об использовании выделенных средств на заседании комиссии по спонсорской и благотворительной деятельности Корпорации.

Так, ГК «Роснанотех» заключила договор от 20 октября 2010 г. № 2010 УМ о предоставлении спонсорской помощи в размере 8 000 тыс. рублей некоммерческой организации «Национальная ассоциация индивидуальных венчурных инвесторов (бизнес-ангелов)». Выборочной проверкой установлено, что средства были израсходованы на: оплату услуг по организации и проведению кофе-брейков, фуршетов, оплату авиабилетов, организацию проживания в гостинице, предоставление автотранспорта, изготовление рекламной продукции.

ГК «Роснанотех» заключила договор добровольного пожертвования от 9 апреля 2009 г. № 0904/09-ДП с фондом «Институт современного развития» для реализации проекта «Изучение общественных условий развития инновационной экономики и нанотехнологий в мире, в том числе разработка программы взаимодействия Российской Федерации и Соединенных Штатов Америки в сфере инноваций, науки и высоких технологий, в том числе нанотехнологий», по которому было перечислено 15 000 тыс. рублей. Из отчетных документов следует, что вознаграждение физических лиц составило 11 218,7 тыс. рублей или, 75 % от общей суммы. Предусмотренный протокол заседания комиссии ГК «Роснанотех» по рассмотрению отчета об использовании выделенных средств отсутствует.

10)      Согласно представленной в ходе проверки справке расходы ОАО «РОСНАНО» на проведение Международного форума по нанотехнологиям (далее – Форум) составили 444,70 млн. рублей, в том числе: в 2008 году – 163,79 млн. рублей, в 2009 году – 145,23 млн. рублей, в 2010 году – 135,67 млн. рублей. С учетом того, что ОАО «РОСНАНО» не смогло представить полный

перечень договоров, которые имеют отношение к проведению Форума, расходы по данному направлению проверены частично.

Таким образом, материалы проверки подтверждают выводы ревизионной комиссии РОСНАНО о чрезмерных расходах компании, которые не всегда корреспондируют с целями и задачами ее деятельности.

При этом в рамках расходования средств РОСНАНО допускаются сделки с заинтересованностью, которые носят как прямой характер (в рамках заключенных договоров, получивших одобрение органов управления), так и косвенный.

Например, Л.Б.Меламед в период с 7 сентября 2007 года по 22 сентября 2008 года являлся генеральным директором ГК «Роснанотех»; распоряжением Правительства Российской Федерации от 12 ноября 2008 г. № 1649-р президент открытого акционерного общества «Эффортел» Л.Б.Меламед был назначен членом наблюдательного совета ГК «Роснанотех» (по согласованию); в 2007–2008 годах являлся членом совета директоров ОАО «Управляющая компания «АЛЕМАР».

В 2008–2009 годах проектные компании открывали специальные счета для получения денежных средств Корпорации в ОАО «Банк «Алемар», акционером которого, с долей более 50 % являлось ЗАО «Лимброк», учредителем которого, в свою очередь, с долей более 50 % являлся Л.Б.Меламед.

Всего в проверяемый период ГК «Роснанотех» перечислила на специальные счета проектных компаний, открытые в ОАО «Банк «Алемар», 9 351,11 млн. рублей и 4,31 млн. евро.

Наличие распорядительного документа, обязывающего проектные компании открывать счета в указанном банке, в ходе проверки не установлено.

Кроме того, по договору от 24 декабря 2008 г. № 1406, заключенному ГК «Роснанотех» и ЗАО «Инвестиционно-финансовая корпорация «Алемар», последнее оказывало Корпорации услуги советника при рассмотрении проектов. В частности, обществом был проведен экспресс-анализ 21 проекта, из которых РОСНАНО профинансировало 8.

По указанному договору расходы РОСНАНО составили 228,26 млн. рублей. Заключение договора именно с ЗАО «Инвестиционно-финансовая корпорация «Алемар» было согласовано правлением ГК «Роснанотех» (протокол от 23 декабря 2008 г. № 51)

9. Возражения или замечания руководителей объектов контрольных мероприятий на результаты контрольного мероприятия.

По результатам контрольного мероприятия составлено 3 акта, с которыми ознакомлено руководство ОАО «РОСНАНО», в том числе 2 акта по фактам создания препятствий инспекторам Счетной палаты Российской Федерации в проведении контрольного мероприятия.

Акт проверки в ОАО «РОСНАНО» был подписан с замечаниями, на которые дано заключение.

10. **Выводы:**

10.1. Во исполнение положений президентской инициативы «Стратегия развития наноиндустрии» от 24 апреля 2007 года, Послания Президента Российской Федерации В.В.Путина Федеральному Собранию Российской Федерации от 26 апреля 2007 года в целях содействия реализации государственной политики и развития инновационной инфраструктуры в сфере нанотехнологий, реализации проектов создания перспективных нанотехнологий и наноиндустрии была создана ГК «Роснанотех», реорганизованная в 2011 году в ОАО «РОСНАНО», единственным акционером которого является Российская Федерация.

10.2. Минобрнауки России в процессе реорганизации ГК «Роснанотех» не выполнено распоряжение Правительства Российской Федерации от 17 декабря 2010 г. № 2287-р в части согласования условий и порядка формирования уставного капитала образуемого открытого акционерного общества. В результате ГК «Роснанотех» самостоятельно, без соответствующего решения учредителя, использовав недостоверные данные, определила размер уставного капитала ниже величины чистых активов, снизив его до 6,5 млрд. рублей, что, в свою очередь, позволило увеличить размер нераспределенной прибыли с 4,2 млрд. рублей до 56 млрд. рублей и тем самым создать картину благополучного финансового состояния компании в 2011–2012 годах.

10.3. В 2007–2012 годах объем средств, аккумулированных РОСНАНО в целях финансирования уставной деятельности, составил 259,5 млрд. рублей, из них: 111,8 млрд. рублей – средства федерального бюджета, 106 млрд. рублей – заемные средства, привлеченные под гарантии Российской Федерации, 41,7 млрд. рублей – иные доходы, получение которых связано с размещением временно свободных средств на депозитах. Расходы РОСНАНО за 2007–2012 годы составили 196,1 млрд. рублей, в процессе расходования которых РОСНАНО допускалось совершение сделок с заинтересованностью, имеющих прямой и косвенный характер.

10.4. Несмотря на рекомендации ревизионной комиссии, расходы компании в первые годы ее работы были чрезмерными. В целом за 5 лет направлены 6 млрд. рублей на административные и хозяйственные нужды, 5,3 млрд. рублей на размещение персонала (покупка и ремонт части здания), 4 млрд. рублей на различного рода консультационные и экспертные услуги, 560 млн. рублей на охранные услуги, 850 млн. рублей на транспортные услуги, 7 млрд. рублей на оплату труда и выплаты социального характера.

10.5. Фактический объем инвестиций РОСНАНО за 2008–2012 годы составил 284 млрд. рублей, что на 152 млрд. рублей больше объема инвестиций, установленного Стратегией ГК «Роснанотех» на указанный период. При этом инвестиционная политика не была сбалансированной и системной. Так, в целях максимального освоения денежных средств отчетного периода значительный объем инвестиций в 2008–2010 годах производился в

декабре, в ряде случаев без достаточной экономической обоснованности; некоторые из профинансированных проектов на сегодняшний день можно признать неэффективными.

10.6. В 2008–2012 годах общий объем инвестиций РОСНАНО и соинвесторов в реализацию проектов составил 265,98 млрд. рублей, в том числе: доля РОСНАНО в денежной форме – 134,05 млрд. рублей, доля соинвесторов – 131,93 млрд. рублей, из которых 80,08 млрд. рублей (60,7 %) это неденежные взносы в виде различных активов, результаты стоимостной оценки которых во многих случаях являются завышенными.

РОСНАНО выдано проектным компаниям займов на 34,3 млрд. рублей, при этом обеспечение, принимаемое в залог, во многих случаях имеет завышенную стоимостную рыночную оценку и не может быть реализовано по принятой в залог стоимости. Стоимость одних и тех же объектов, подвергающихся оценке в сопоставимые периоды времени, отличается в несколько раз.

10.7. РОСНАНО в рамках 25 проектов перечислено 47,3 млрд. рублей, или 35,3 % от общего объема финансирования проектов, за рубеж организациям-нерезидентам, которые, в свою очередь, в рамках их реализации должны направить в Российскую Федерацию 73,3 млрд. рублей, из них на конец 2012 года направлено всего 23 млрд. рублей, или 31,4 % от предусмотренного объема. На момент проверки установить экономический эффект от произведенных вложений не представляется возможным.

При этом установлено, что в некоторых случаях денежные средства, поступающие в Российскую Федерацию от компаний-нерезидентов, в последующем вновь перечисляются за рубеж.

На этом фоне удельный вес ведущих российских научных организаций, получивших финансирование, незначителен. Количество заявок на получение финансовой поддержки РОСНАНО на протяжении последних лет имеет тенденцию к снижению, что свидетельствует о потере интереса к совместной работе со стороны заявителей.

10.8. Действующая в РОСНАНО система мониторинга за реализацией проектов не позволяет эффективно выявлять факты нецелевого расходования средств. При общем объеме финансирования проектов 134,05 млрд. рублей органами управления РОСНАНО не было принято ни одного решения о приостановке финансирования проектов в связи с выявленными фактами нецелевого использования средств. При этом в ходе выборочной проверки реализации проектов установлены факты, свидетельствующие о перечислении проектными компаниями РОСНАНО более 1,2 млрд. рублей организациям, имеющим признаки «фирм-однодневок».

По некоторым проектным компаниям еще до начала их совместной деятельности с РОСНАНО при оценке их активов и бизнеса в оценочных отчетах содержалась информация о том, что организации-заявители используют «технические» компании для вывода денежных средств, схемы по

уходу от уплаты налогов и т.п., несмотря на это заявки этих компаний получали финансовую поддержку РОСНАНО.

10.9. Реализация некоторых проектов ОАО «РОСНАНО» связана со следующими обстоятельствами: неэффективный менеджмент и ошибки при принятии инвестиционных решений; экономическая несостоятельность реализуемых проектов; убыточность проектных компаний и реструктуризация их задолженностей; искажение реальных результатов реализации проектов; финансирование в рамках «нанотехнологий» российских и иностранных компаний, находящихся в предбанкротном состоянии; реализация проектов, не относящихся к нанотехнологиям или же имеющих отрицательные экспертные заключения.

Реализация РОСНАНО некоторых проектов начинает негативно отражаться на социальной обстановке в регионах. Например, находящееся в ситуации, близкой к банкротству, градообразующее предприятие ООО «Усолье-Сибирский силикон» (Иркутская область), которому было направлено 13,9 млрд. рублей, на проектные мощности не вышло, происходит сокращение рабочих мест, что чревато взрывом социальной напряженности.

10.10. По итогам 2012 года убыток ОАО «РОСНАНО» составил 24,3 млрд. рублей, который обуславливается, как наличием отрицательного финансового результата от текущей деятельности компании в размере 2,5 млрд. рублей, так и включением в состав прочих расходов резерва под обесценение стоимости активов в сумме 21,8 млрд. рублей.

По итогам 2011 года убыток на одну акцию составил 0,4599 рубля, по итогам 2012 года – 0,5313 рубля.

10.11. При наличии внутренних распорядительных документов и утвержденной Концепции управления и защиты интеллектуальной собственности ОАО «РОСНАНО» не располагает полной информацией о количестве объектов интеллектуальной собственности, полученных ее проектными компаниями.

10.12. Согласно Стратегии деятельности ГК «Роснанотех» в 2015 году объем продаж нанотехнологической продукции проектных компаний РОСНАНО должен составить 300 млрд. рублей. В 2012 году при плановом показателе в 10 млрд. рублей объем продаж проектных компаний составил 23,5 млрд. рублей. Достижение указанного уровня в первую очередь связано с увеличением количества компаний, получивших финансовую поддержку, многие из которых и ранее являлись действующими предприятиями и производили нанопродукцию до начала реализации совместных с РОСНАНО проектов.

На сегодняшний день с учетом объемов продаж проектных компаний ОАО «РОСНАНО» и сроков выхода реализуемых проектов на запланированные мощности становится очевидным тот факт, что показатель в 300 млрд. рублей к 2015 году достигнут не будет. Статистическая отчетность проектных компаний, на основе которой формируются сведения об объемах

продаж нанотехнологической продукции ОАО «РОСНАНО», противоречива, а некоторых случаях и недостоверна.

10.13. Материалы проверки свидетельствуют о недостаточном вкладе ОАО «РОСНАНО» в развитие отечественной наноиндустрии и выполнении возложенных на него задач.

11.    Предложения:

11.1. Направить представление Счетной палаты Российской Федерации ОАО «РОСНАНО».

11.2.  Направить  информационные письма в:

Правительство Российской Федерации;

Федеральную службу по финансовому мониторингу;

Федеральное агентство по управлению государственным имуществом;

Федеральную налоговую службу.

11.3. Направить отчет о результатах контрольного мероприятия в:

Совет Федерации Федерального Собрания Российской Федерации,

Государственную Думу Федерального Собрания Российской Федерации.

11.4.  Направить материалы контрольного мероприятия в:

Генеральную прокуратуру Российской Федерации;

Следственный комитет Российской Федерации;

Министерство внутренних дел Российской Федерации;

Федеральную службу безопасности Российской Федерации.


Аудитор                                                                            С.А.Агапцов