1  Ely Goldin (*Pro Hac Vice Pending*)
   egoldin@foxrothschild.com
2  W. Christian Moffitt (*Pro Hac Vice Pending*)
   cmoffitt@foxrothschild.com
3  Michael A. Sweet (SBN 184345)
   msweet@foxrothschild.com
4  Jack Praetzellis (SBN 267765)
   jpraetzellis@foxrothschild.com
5  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
6  San Francisco, CA 94104 - 2734
   Telephone:    415.364.5540
7  Facsimile:    415.391.4436

8  Attorneys for Plaintiffs NEAS LIMITED,
   individually in its own right and derivatively
9  on behalf of NITOL SOLAR LIMITED and
   ANDREY TRETYAKOV
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14

15 | NEAS LIMITED, individually in its own right       | CASE NO. _____
   | and derivatively on behalf of NITOL SOLAR        |
16 | LIMITED, and ANDREY TRETYAKOV,                   | **CERTIFICATION OF INTERESTED
   |                                                  | ENTITIES OR PERSONS**
17 |                 Plaintiffs,                      |

18 | v.

19 | OJSC RUSNANO;
   | RUSNANO MANAGEMENT COMPANY,
20 | LLC;
   | RUSNANO CAPITAL, A.G.;
21 | RUSNANO CAPITAL, LLC;
   | RUSNANO USA, INC.;
22 | FONDS RUSNANO CAPITAL, A.G.;
   | ANATOLY CHUBAIS;
23 | OLEG KISELEV;
   | IRINA RAPPAPORT;
24 | SERGEY POLIKARPOV;
   | VALERY ROSTOKIN;
25 | SHERIGO RESOURCES LIMITED; and
   | JOHN DOES 1 THROUGH 10
26
   |                 Defendants,
27
   | and
28

1  NITOL SOLAR LIMITED,
2      Nominal Defendant.
3
4    Pursuant to Civil Local Rule 3-15, there is no interest to disclose.  Accordingly, undersigned
5  certifies that no such interest is known other than that of the named parties to the action.
6  Dated:  April 8, 2015.      FOX ROTHSCHILD LLP
7
8              By s/Michael A. Sweeet
              Michael A. Sweet
9                Attorneys for Plaintiffs
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED PARTIES
CASE NO. _____