| | |
|---|---|
| 1 | KAREN JOHNSON-McKEWAN (SBN 121570) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | The Orrick Building |
|   | 405 Howard Street |
| 3 | San Francisco, California  94105-2669 |
|   | Telephone:  1-415-773-5700 |
| 4 | Facsimile:  1-415-773-5759 |

ROBERT L. SILLS
rsills@orrick.com
PHILIPP SMAYLOVSKY
psmaylovsky@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, New York  10019-6142
Telephone:  1-212-506-5000
Facsimile:  1-212-506-5151

Attorneys for DEFENDANTS OJSC RUSNANO; RUSNANO MANAGEMENT COMPANY, LLC; RUSNANO CAPITAL, A.G.; RUSNANO CAPITAL, LLC; FONDS RUSNANO CAPITAL, A.G.; ANATOLY CHUBAIS; OLEG KISELEV; IRINA RAPOPORT; SERGEY POLIKARPOV; AND VALERY ROSTOKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEAS LIMITED, individually in its own right and derivatively on behalf of NITOL SOLAR LIMITED; and ANDREY TRETYAKOV, <br><br> Plaintiffs, <br><br> v. <br><br> OJSC RUSNANO; RUSNANO MANAGEMENT COMPANY, LLC; RUSNANO CAPITAL, A.G.; RUSNANO CAPITAL, LLC; RUSNANO USA, INC.; FONDS RUSNANO CAPITAL, A.G.; ANATOLY CHUBAIS; OLEG KISELEV; IRINA RAPPAPORT; SERGEY POLIKARPOV; VALERY ROSTOKIN; SHERIGO RESOURCES LIMITED; and JOHN DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 15-cv-01612-RMW <br><br> **CORRECTED JOINT STIPULATION WAIVING SERVICE, EXTENDING TIME TO RESPOND TO COMPLAINT, AND SCHEDULING MOTION TO DISMISS** <br><br> (] **ORDER FILED CONCURRENTLY HEREWITH**) <br><br> Date Action Filed:  April 8, 2015 |

CORRECTED JOINT STIPULATION RE RESPONSE TO COMPLAINT

WHEREAS, Plaintiffs Neas Limited, individually in its own right and derivatively on behalf of Nitol Solar Limited, and Andrey Tretyakov commenced this action by filing a complaint (the "Complaint") on April 8, 2015;

WHEREAS, Plaintiffs have served Defendant Rusnano USA, Inc. ("Rusnano USA"), a Delaware corporation with an office in this District, and Rusnano USA has appeared in this action;

WHEREAS, Plaintiffs have named as defendants a number of individual and corporate defendants who reside, are incorporated, or maintain their principal offices outside the United States, including Defendants OJSC Rusnano; Rusnano Management Company, LLC; Rusnano Capital, A.G.; Rusnano Capital, LLC; Fonds Rusnano Capital, A.G.; Anatoly Chubais; Oleg Kiselev; Irina Rapoport; Sergey Polikarpov; and Valery Rostokin (collectively, the "Foreign Defendants");

WHEREAS, due to difficulties and expenses associated with serving the Foreign Defendants Plaintiffs have not yet undertaken service;

WHEREAS, for the sake of efficiency and to ease the burden on the parties and the Court, the parties wish to come to an agreement on the issue of service and coordinate the contemplated motions of Rusnano USA and the Foreign Defendants (collectively the "Moving Defendants") to dismiss the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1 as follows:

1. The Foreign Defendants hereby waive service of the Complaint, and appear by their undersigned counsel, conditioned on the entry of this stipulation and proposed order by the Court;

2. The time to move to dismiss or otherwise respond to the Complaint for the Moving Defendants is extended to and including September 11, 2015;

3. If the Moving Defendants, or any of them, move to dismiss or stay the Complaint herein, then Plaintiffs shall serve their responsive papers on such motion on or before November 6, 2015, and the Moving Defendants shall serve their reply papers on or before

1  December 4, 2015.  No surreply papers shall be filed on any such motion, except by leave of
2  Court granted on motion for good cause shown, on such terms and conditions as the Court deems
3  appropriate.  The parties agree that (a) any such surreply papers shall be strictly limited to issues
4  newly raised in the moving parties' reply papers, and (b) subject to the approval of the Court, the
5  moving parties may file papers responding to any such surreply.

6       4.    Notwithstanding the foregoing, nothing herein shall preclude Plaintiffs from
7  seeking discovery addressed solely and specifically to issues of jurisdiction or venue raised in the
8  Moving Defendants' motions to dismiss or stay either (a) as expressly granted, if at all, by the
9  Federal Rules of Civil Procedure and the Local Rules of this Court or (b) by leave of Court
10 granted on motion.  For the avoidance of doubt, the Moving Defendants do not agree that any
11 such discovery is necessary or appropriate, and reserve their right to object to any such discovery
12 or to any motion seeking leave to take such discovery.

13      5.    Other than as set forth in paragraph 4 hereof, all discovery is stayed pending the
14 hearing and resolution of the Moving Defendants' motions to dismiss;

15      6.    This stipulation is entered into solely by and between Plaintiff and the Moving
16 Defendants and in no way affects or limits the rights of any other party.

17      7.    Other than the defenses of insufficient process and insufficient service of process,
18 this stipulation is without prejudice to all claims, rights and defenses of each of the Moving
19 Defendants, each of which acknowledged by Plaintiffs to be expressly reserved.

20 **IT IS SO STIPULATED.**
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 2 -
CORRECTED JOINT STIPULATION RE RESPONSE TO COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: September 2, 2015 | ORRICK HERRINGTON & SUTCLIFFE, LLP |

By: */s/ Karen Johnson-McKewan*
Karen Johnson-McKewan
Robert L Sills
Philipp Smaylovsky
Attorneys for OJSC Rusnano; Rusnano Management Company, LLC; Rusnano Capital, A.G.; Rusnano Capital, LLC; Fonds Rusnano Capital, A.G.; Anatoly Chubais; Oleg Kiselev; Irina Rappaport; Sergey Polikarpov; and Valery Rostokin

DATED: September 2, 2015   WILSON SONSINI GOODRICH & ROSATI PC

By: */s/ Steven Mark Schatz*
Steven Mark Schatz
Rodney Grant Strickland , Jr.
Naira Arax Der Kiureghian
Attorneys for Defendant Rusnano USA, Inc.

DATED: September 2, 2015   FOX ROTHSCHILD LLP

By: */s/ Ely Goldin*
Ely Goldin
W. Christain Moffitt
Michael A. Sweet
Jack Praetzellis
Attorneys for Plaintiffs NEAS Limited, individually and in its own right and derivatively on behalf of Nitol Solar Limited, and Andrey Tretyakov

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED: September 2, 2015   ORRICK HERRINGTON & SUTCLIFFE, LLP

By: */s/ Karen Johnson-McKewan*
Karen Johnson-McKewan

- 3 -
CORRECTED JOINT STIPULATION RE RESPONSE TO COMPLAINT

1   **PURSUANT TO THE FORGONE STIPULATION, IT IS SO ORDERED**,

2

3   Dated: September __, 2015

                                                        *Ronald M. Whyte*
                                                       Honorable Ronald M. Whyte
                                                       Judge, U.S. District Court for the
                                                       Northern District of California