1  STEVEN M. SCHATZ, State Bar No. 118356
   Email: sschatz@wsgr.com
2  RODNEY G. STRICKLAND, JR., State Bar No. 161934
   Email: rstrickland@wsgr.com
3  SHERYL SHAPIRO BASSIN, admitted pro hac vice
   Email: sbassin@wsgr.com
4  NAIRA DER KIUREGHIAN, State Bar No. 282391
   Email: ndk@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
8
   Attorneys for Defendant
9  Rusnano USA, Inc.

10                UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

| | |
|---|---|
| NEAS LIMITED, individually in its own right and derivatively on behalf of NITOL SOLAR LIMITED; and ANDREY TRETYAKOV,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>OJSC RUSNANO; RUSNANO MANAGEMENT COMPANY, LLC; RUSNANO CAPITAL, A.G.; RUSNANO CAPITAL, LLC; RUSNANO USA, INC.; FONDS RUSNANO CAPITAL, A.G.; ANATOLY CHUBAIS; OLEG KISELEV; IRINA RAPPAPORT; SERGEY POLIKARPOV; VALERY ROSTOKIN; SHERIGO RESOURCES LIMITED; and JOHN DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. 5:15-cv-01612-RMW<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**([PROPOSED] ORDER FILED CONCURRENTLY HEREWITH)** |

WHEREAS, Plaintiffs Neas Limited, individually in its own right and derivatively on behalf of Nitol Solar Limited, and Andrey Tretyakov commenced this action by filing a complaint (the "Complaint") on April 8, 2015;

WHEREAS, defendants Rusnano USA, Inc. ("Rusnano USA"); OJSC Rusnano; Rusnano Management Company, LLC; Rusnano Capital, A.G.; Rusnano Capital, LLC; Fonds Rusnano Capital, S.A.; Anatoly Chubais; Oleg Kiselev; Irina Rapoport; Sergey Polikarpov; and Valery Rostokin (collectively, the "Moving Defendants") filed motions to dismiss the Complaint on September 11, 2015;

WHEREAS, rather than oppose the motions to dismiss, pursuant to Federal Rule of Civil Procedure 15(a) Plaintiffs filed a first amended complaint (the "First Amended Complaint") on October 9, 2015;

WHEREAS, Plaintiffs have agreed to a short extension of the Moving Defendants' time to respond to the First Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, as follows:  the Moving Defendants' time to respond to the First Amended Complaint is extended to and including October 30, 2015.

**IT IS SO STIPULATED.**

DATED:  October 23, 2015             ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Karen Johnson-McKewan*
Karen Johnson-McKewan
Robert L. Sills
Olga N. Sirodoeva
Attorneys for Defendants OJSC Rusnano; Rusnano Management Company, LLC; Rusnano Capital, A.G.; Rusnano Capital, LLC; Fonds Rusnano Capital, S.A.; Anatoly Chubais; Oleg Kiselev; Irina Rapoport; Sergey Polikarpov; and Valery Rostokin

| | | |
|---|---|---|
| 1 | DATED: October 23, 2015 | WILSON SONSINI GOODRICH & ROSATI PC |
| 3 | | By: */s/ Rodney Grant Strickland, Jr.* |
| 4 | | Rodney Grant Strickland, Jr.<br>Attorneys for Defendant Rusnano USA, Inc. |
| 5 | DATED: October 23, 2015 | FOX ROTHSCHILD LLP |
| 7 | | By: */s/ Ely Goldin* |
| 8 | | Ely Goldin<br>W. Christain Moffitt<br>Michael A. Sweet<br>Jack Praetzellis<br>Attorneys for Plaintiffs NEAS Limited, individually and in its own right and derivatively on behalf of Nitol Solar Limited, and Andrey Tretyakov |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**,

Dated: October 27, 2015

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Judge, U.S. District Court for the
Northern District of California

- 2 -

JOINT STIPULATION RE RESPONSE TO THE FIRST AMENDED COMPLAINT

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

DATED: October 23, 2015                    WILSON SONSINI GOODRICH & ROSATI PC


                                           By:  /s/ *Rodney G. Strickland, Jr.*
                                                Rodney G. Strickland, Jr.