UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAS LIMITED, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>OJSC RUSNANO, et al.,<br><br>        Defendants. | Case No. 5:15-cv-01612-RMW<br><br>**ORDER DENYING LEAVE TO FILE SUPPLEMENTAL EVIDENCE**<br><br>**(Re: Docket No. 66)** |

Plaintiffs Neas Limited et al.'s motion for leave to file supplemental evidence[1] is DENIED pursuant to Civ. L.R. 7-3(d).

**SO ORDERED.**

Dated: December 22, 2015

                                                    _____<br>
                                                    PAUL S. GREWAL<br>
                                                    United States Magistrate Judge

---

[1] *See* Docket No. 66.

1

Case No. 5:15-cv-01612-RMW
ORDER DENYING LEAVE TO FILE SUPPLEMENTAL EVIDENCE