KAREN JOHNSON-McKEWAN (SBN 121570)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 1-415-773-5700
Facsimile: 1-415-773-5759

ROBERT L. SILLS (*pro hac vice*)
rsills@orrick.com
OLGA N. SIRODOEVA (*pro hac vice*)
osirodoeva@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, New York 10019-6142
Telephone: 1-212-506-5000
Facsimile: 1-212-506-5151

Attorneys for DEFENDANTS OJSC RUSNANO; RUSNANO MANAGEMENT COMPANY, LLC; RUSNANO CAPITAL, A.G.; RUSNANO CAPITAL, LLC; FONDS RUSNANO CAPITAL, S.A.; ANATOLY CHUBAIS; OLEG KISELEV; IRINA RAPOPORT; SERGEY POLIKARPOV; AND VALERY ROSTOKIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEAS LIMITED, individually in its own right and derivatively on behalf of NITOL SOLAR LIMITED; and ANDREY TRETYAKOV,<br><br>Plaintiffs,<br><br>v.<br><br>OJSC RUSNANO; RUSNANO MANAGEMENT COMPANY, LLC; RUSNANO CAPITAL, A.G.; RUSNANO CAPITAL, LLC; RUSNANO USA, INC.; FONDS RUSNANO CAPITAL, A.G.; ANATOLY CHUBAIS; OLEG KISELEV; IRINA RAPPAPORT; SERGEY POLIKARPOV; VALERY ROSTOKIN; SHERIGO RESOURCES LIMITED; and JOHN DOES 1 THROUGH 10,<br><br>Defendants,<br>and<br><br>NITOL SOLAR LIMITED,<br><br>Nominal Defendant. | Case No. 5:15-cv-01612-LB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING SCHEDULE IN CONNECTION WITH PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANTS' MOTIONS TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Present conference date: February 16, 2017 |

1  WHEREAS, on September 30, 2016, the Court granted in part Plaintiffs' Motion
2  for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 82) (the "Discovery
3  Order") and authorized Plaintiffs to pursue specified jurisdictional discovery directed toward
4  Defendants OJSC RUSNANO, Anatoly Chubais and Oleg Kiselev;

5  WHEREAS, on November 11, 2016, the Court issued its order scheduling a case
6  management conference for December 22, 2016 and asking the parties to provide by December
7  15, 2016 an update regarding their next steps, including those for the pending motions to dismiss
8  Plaintiffs' First Amended Complaint (Dkt. Nos. 46 and 50) (the "Motions");

9  WHEREAS, by Stipulated Order, dated December 13, 2016, the Court extended
10  the deadline for submission of the parties' update to February 6, 2017 and continued the case
11  management conference to February 16, 2017 (Dkt. No. 94);

12  WHEREAS, following the deposition of Anatoly Chubais held on January 31,
13  2017, the parties met and conferred regarding their next steps including, without limitation,
14  amendments to the First Amended Complaint (Dkt. No. 43) following the completion of
15  jurisdictional discovery and the impact of said amendment on the pending Motions;

16  WHEREAS, the parties have agreed that on or before February 28, 2017, Plaintiffs
17  will either (i) file a Second Amended Complaint, or (ii) inform Defendants that Plaintiffs will rest
18  on their First Amended Complaint, in either of which cases Defendants will file new motions to
19  dismiss the First or the Second Amended Complaint, as the case may be, and Defendants'
20  pending Motions will be considered withdrawn;

21  WHEREAS, the parties wish to agree on a schedule to govern further briefing in
22  this matter;

23  WHEREAS, in light of the foregoing, the parties believe that the case management
24  conference should be continued until after the Court resolves Defendants' anticipated motions to
25  dismiss;

26  NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rules 6-1
27  and 6-2, as follows:

28  1. On or before February 28, 2017, Plaintiffs will either file a Second Amended

Complaint or inform Defendants' counsel in writing that Plaintiffs will rest on the First Amended Complaint;

    2.    On or before March 24, 2017, Defendants will move to dismiss the First Amended Complaint or will move or answer with respect to the Second Amended Complaint, as the case may be, and Defendants' pending Motions will be considered withdrawn;

    3.    If Defendants move to dismiss, Plaintiffs shall serve their papers in response to Defendants' motions to dismiss on or before April 24, 2017, and Defendants shall serve their reply papers on or before May 12, 2017.  No surreply papers shall be filed on any such motion, except by leave of Court granted on motion for good cause shown, on such terms and conditions as the Court deems appropriate.

    4.    The case management conference currently scheduled for February 16, 2017 shall be taken off calendar and rescheduled on a date convenient for the Court.

    5.    This stipulation is without prejudice to all claims, rights, defenses and positions of each of Plaintiffs and each of Defendants.

**IT IS SO STIPULATED.**

DATED: February 6, 2017    ORRICK, HERRINGTON & SUTCLIFFE, LLP

By:  /s/ *Robert L. Sills*
Karen Johnson-McKewan
Robert L. Sills
Olga N. Sirodoeva
Attorneys for OJSC Rusnano; Rusnano Management Company, LLC; Rusnano Capital, A.G.; Rusnano Capital, LLC; Fonds Rusnano Capital, S.A.; Anatoly Chubais; Oleg Kiselev; Irina Rapoport; Sergey Polikarpov; and Valery Rostokin

DATED: February 6, 2017    WILSON SONSINI GOODRICH & ROSATI PC

By:  /s/ *Rodney Grant Strickland, Jr.*
Rodney Grant Strickland, Jr.
Attorneys for Defendant Rusnano USA, Inc.

DATED: February 6, 2017            FOX ROTHSCHILD LLP


                                   By:  */s/ Ely Goldin*
                                        Ely Goldin
                                        W. Christain Moffitt
                                        Michael A. Sweet
                                        Jack Praetzellis
                                        Attorneys for Plaintiffs NEAS Limited,
                                        individually and in its own right and derivatively
                                        on behalf of Nitol Solar Limited, and Andrey
                                        Tretyakov


**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED,**

To avoid losing track of the case, the court calendars a Case Management
Conference for June 8, 2017 at 11 A.M.

Dated: __02/07/2017__            _____
                                        Hon. Laurel Beeler
                                        United States Magistrate Judge